STEVEN N. RICHMAN, State Bar No. 101267
CHRISTOPHER NELSON, State Bar No. 242859
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone: (310) 785-0885
Facsimile: (310) 785-0787
E-Mail: *srichman@erlaw.com*
*cnelson@erlaw.com*

Attorneys for First Federal Bank of California

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

BENJAMIN ASHLEY, an individual,

Plaintiff,

v.

FIRST FEDERAL BANK OF CALIFORNIA, DEUTSCHE NATIONAL TRUST AND ASSOC,

Defendants.

CASE NO. 07 CV 2123

**NOTICE OF MOTION AND MOTION OF DEFENDANT FIRST FEDERAL BANK OF CALIFORNIA:**
**(1) TO DISMISS ALL CAUSES OF ACTION AGAINST FIRST FEDERAL BANK OF CALIFORNIA [F.R.C.P. (8) & 12(b)(6)];**
**OR, IN THE ALTERNATIVE,**
**(2) FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]**

Date: January 7, 2007
Time: 10:30 a.m.
Crtrm.: 3
Judge: Hon. Roger T. Benitez

Complaint Filed: November 6, 2007

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

**TO PLAINTIFF BENJAMIN ASHLEY AND ALL OTHER INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN THAT on January 7, 2008, or as soon thereafter as the matter may be heard in Courtroom 3 of the United States District Court for the Southern District of California, located at the Edward J. Schwartz Courthouse, 940 Front Street, San Diego, California, defendant First Federal Bank of California ( "First Federal") will, and hereby does, move the Court to dismiss Plaintiff's entire Complaint as to First Federal.[1] This motion is made pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Complaint does not nor does it contain a short and plain statement of the claim showing that Plaintiff Benjamin Ashley ("Ashley") is entitled to relief.

NOTICE IS FURTHER GIVEN THAT, in the alternative, should the Court decide not to dismiss the Complaint as to First Federal at this time, First Federal requests that the Court order Plaintiff Ashley to provide a more definite statement regarding the basis of his claims against First Federal. This alternative Motion is made pursuant to Rule 12(e) of the Federal Rules of Civil Procedure on the grounds that the Complaint is so vague and ambiguous that First Federal cannot reasonably be required to frame a responsive pleading.

/ / /

/ / /

---

[1] First Federal brings this Motion on its own behalf because the Complaint is ambiguous as to the identities of the parties named, and First Federal believes that the Plaintiff is suing it as an entity. However, First Federal respectfully requests the Court to consider this Motion to have been brought on behalf of First Federal and any of its officers the Court considers properly named in the Complaint.

This Motion shall be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and the Request for Judicial Notice filed concurrently herewith, Plaintiff's Complaint, any other pleadings or documents of which the Court may take judicial notice and the oral argument, if any, permitted by the Court.

EPPORT, RICHMAN & ROBBINS, LLP

By: ______________________________
CHRISTOPHER NELSON
Attorneys for First Federal Bank of California

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787