STEVEN N. RICHMAN, State Bar No. 101267
CHRISTOPHER NELSON, State Bar No. 242859
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone: (310) 785-0885
Facsimile: (310) 785-0787
E-Mail: *srichman@erlaw.com*
*cnelson@erlaw.com*

Attorneys for First Federal Bank of California

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

BENJAMIN ASHLEY, an individual,

Plaintiff,

v.

FIRST FEDERAL BANK OF CALIFORNIA, DEUTSCHE NATIONAL TRUST AND ASSOC,

Defendants.

CASE NO. 07 CV 2123

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANT FIRST FEDERAL BANK OF CALIFORNIA:**
**(1) TO DISMISS ALL CAUSES OF ACTION AGAINST FIRST FEDERAL BANK OF CALIFORNIA [F.R.C.P. (8) & 12(b)(6)];**
**OR, IN THE ALTERNATIVE,**
**(2) FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]**

Date: January 7, 2007
Time: 10:30 a.m.
Crtrm.: 3
Judge: Hon. Roger T. Benitez

Complaint Filed: November 6, 2007

**TO THE HONORABLE ROGER T. BENITEZ:**

Defendant First Federal Bank of California ("First Federal") hereby requests that the Court take judicial notice of the following documents:

A. The Complaint of Charlette Sneed in Sneed v. Chase Home Finance LLC, et al., Case No. 07 CV 729 (the "Sneed Complaint"), filed on April 23, 2007 in the Southern District of California;

B. The Trustee's Deed Upon Sale conveying the real property known as 2402 Cullivan Street, Inglewood, California (the "Property") to First Federal, recorded in Los Angeles County as Recorder Document No. 20071391349;

C. The Complaint of Catherine Pope in Pope v. Countrywide Home Loans, et al., 07 CV 925 (the "Pope Complaint"), filed on May 22, 2007 in the Southern District of California;

D. The Complaint of Rodney Belle in Belle v. Chase Home Finance LLC, et al., 06 CV 2454 (the "Belle Complaint"), filed on November 7, 2006 in the Southern District of California;

E. The Order dismissing First Federal from Sneed v. Chase Home Finance LLC, et al., Case No. 07 CV 729 (the "Sneed Order"), dated June 26, 2007;

F. The Order dismissing First Federal from Pope v. Countrywide Home Loans, et al., 07 CV 925 (the "Pope Order"), dated October 3, 2007;

G. The Order dismissing Belle v. Chase Home Finance LLC, et al., 06 CV 2454 (the "Belle Order"), dated October 31, 2007;

True and correct copies of the Sneed Complaint, Trustee's Deed Upon Sale, Pope Complaint, Belle Complaint, Sneed Order, Pope Order, and Belle Order are attached hereto as Exhibits "A," "B," "C," "D," "E," "F," and "G" respectively, and are incorporated herein by this reference.

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

These documents are public records and Court records, and are pertinent to the consideration of the pending Motion of Defendant First Federal Bank of California: (1) To Dismiss All Causes of Action Against First Federal Bank of California [F.R.C.P. (8) & 12(b)(6)]; or, in the Alternative, (2) For a More Definite Statement [F.R.C.P. 12(e)]. This Request for Judicial Notice is made pursuant to Federal Rule of Evidence 201(d).

EPPORT, RICHMAN & ROBBINS, LLP

By: ______________________
CHRISTOPHER NELSON
Attorneys for First Federal Bank of California

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

EXHIBIT A

Charlette Sneed
640 Pyramid Street
San Diego, CA 92114

**THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Charlette Sneed,<br>Plaintiff,<br>vs.<br>CHASE HOME FINANCE LLC, FRIST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE, GMAC/SILVERSTATE),<br>Defendant | Case No. 07 CV 0729 LAB (AJB)<br>**Complaint to Action of Quiet Title/Lis Penden**<br>**1) Violation of Regulation Z of the Truth in Lending Act, pursuant to Title 5 U.S.C. section 1635(a) and Title 12 CFR 226.23 (d)(i).**<br>**2) Invasion of Title 5 USC Section 1635 (A) and title CFR 226.23 Title 11, U.S. Code 9th Circuit Ruling in Yamamoto v.Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency to Grant Relief.**<br>**3) Invasion of International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes/House Joint Resolution- 192 (the United States insurance policy),and the Emergency Bankruptcy of 1933, Am Jur 2d 81.** |

"Here comes the Secured Party, Charlette Sneed/ Non-Joint tenant, spokesperson in behalf of the unincorporated corporation (CHARLETTE SNEED) Creditor/ Non-Joint Tenant, Has Exhausted All Administrative Process under Notary Protest to the Comptroller of the Currency bringing this Article III Court Claim/ Action to Quiet Title/ Lis Penden/ **International Protocol of the United**



EXHIBIT A
PAGE 3

**Nations Convention on International Bills of Exchange and International Promissory Notes.** This controversy is over One Hundred Thousand to over Five Hundred Thousand Dollars and it also involves real properties; located at 2402 W. Cullivan Street, Inglewood, CA 90303 (**loan no. 49963660 of First Federal Bank of California**), 10513 Crenshaw Blvd., Inglewood, CA 90303 (**loan no. 142714640 of Countrywide Home Loans**), 620 E. 135th Street, Los Angeles, CA 90059 (**loan no. 111862464 of Countrywide Home Loans**), 9300 W. Kramer Lane, Arizona city, AZ 85223 (**loan no.0281910600 & 0292107506 of GMAC MORTGAGE**), 148 Coral Tree Drive, Rialto, CA 92377 (**loan no. 22523740 & 22523757 of Chase Home Finance, LLC**), and 9510 W. Santa Cruz Blvd., Arizona City, AZ 85223 (**loan no. 23266901 &23266919 of Chase Home Finance)**

**Jurisdiction of the Court**

The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; Judicial power of the United States shall be vested in the Supreme Court by the Constitution for the United States of America. The Amendments 1-10, absolutely, and without qualification petition relief upon the Constitution, which has not been abolished and repealed by Congress.

The jurisdiction of this subject matter involves real property, constructive fraud, misinformation, failure to give full disclosure of contract, counterfeiting securities, conspiracy, and violation of Regulation Z of the Truth in Lending Act/ and GAAP/ the Federal Reserve Board Regulation. In

further notice of jurisdiction and judicial notice the Secured Party, Charlette Sneed/ Non-Joint tenant, reserves all rights, waiver none ever, displaying of Bonds (Financial Statement) from the Secretary of State. A claim of relief can only be granted under the Bankruptcy Reform Act of 1978 (Bankruptcy Emergency Act), House Joint Resolution-192 Public Policy, and the Uniform Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate of protest of dishonor of International Bill of Exchange Pursuant to the International Protocol of United Nations pursuant to the International Protocol of the United Nations, to the Comptroller of the Currency by notary public.

Additional jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction over subject matter/ Title 18 is enforcement of criminal elements, and furthermore, the United States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of jurisdiction of Federal Court/ and thus grounds, which governs jurisdiction and remedies under Title 42, 1983 and 1984 is operational under the color of State Law and offices.

**Parties of Interest**

Plaintiff at all times mentions Secured Party, Charlette Sneed/ Non-Joint tenant.

Defendant at all times Mentioned is: 1) CHASE HOME FINANCE LLC, 2) FIRST FEDERAL BANK OF CALIFORNIA, 3) HOMEQ SERVICING 4) COUNTRYWIDE HOME LOANS, 5) GMAC MORTGAGE/(SILVERSTATE)



EXHIBIT A

PAGE 5

**Fact**

On or around JANUARY 22, 2007 an agreement was made between CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE, and the Grantor, Charlette Sneed/ Non-Joint tenant. The Grantor, Charlette Sneed/ Non-Joint tenant has **honored/ tendered in full with good faith funds the said amount of the property ($150,000.00 to over $500,000.00)** by commercial instrument No. 201540739 from Citibank Checking Account / Bill of Exchange. Charlette Sneed/ Non-Joint tenant was then waiting for the notice of full Reconveyance of the Deed of Trust of said property by the President or Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE. The Grantor, Charlette Sneed/ Non-Joint tenant, **in good faith, honored** and sent, by independent courier, a payment in full of the full amount of the property. The affirmative fact, due to the Dishonor mentioned in the above waiver of rights pursuant to our settlement agreement and stipulations, that any dishonor/ arguments the grantor can regain his rights and the original Deed of Trust was rescinded in good faith due to the following reasons:

A) the President/Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE, **dishonored/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act pursuant to the Freedom of Information Act, that lawful money was loaned out (CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE **Dishonored** by silence, Charlette Sneed's Request to all the Corporations listed in the above to have a professional accountant to check the credit and debit of the account.

**B)** CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE refused to sign under their **full commercial liability under the penalty of perjury by sworn Affidavit/ Jurat** that pursuant to article 1 section 10 of the Constitution for the United States of America, lawful money was loaned out to the Plaintiff Charlette Sneed/ Non-Joint tenant, and the Plaintiff Charlette Sneed/ Non-Joint tenant does not qualify pursuant to the personal belief of the President and Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE who feel that Charlette Sneed/ Non-Joint tenant Doesn't qualify under the United States insurance policy, which is **House Joint Resolution-192 and its responsibility to discharge all public and private debts, pursuant to the**



EXHIBIT A

PAGE 7

**Emergency Bankruptcy/ Executive order of President Roosevelt in 1933.**

C) The ultimate fact due to the dishonor/ unethical and outrageous business practice of the Defendant CHASE HOME FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE Charlette Sneed/ Non-Joint tenant, in her own stead, gave notice of rescission of the Deed of Trust under the statutes of fraud and also due to breach of agreement/ dishonor of the administrative process, in which Charlette Sneed/ Non-Joint tenant **honored/ regained his power to hire a notary to do a certificate of protest of the dishonor to the Secretary of the Treasury and the Insurance Commissioner and the Comptroller of the Currency.** Due to dishonor/ continued arguments and outrageous and unethical business practices of the, CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE under the color of office and State Law.

The affirmative fact, that I, Charlette Sneed/ Non-Joint tenant, further have reason to believe that the general public and the public at large are in jeopardy due to these unethical business practices and the President and Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE, willful refusal to give full disclosure pursuant to Regulation Z of the Truth in Lending Act and am expecting Relief under said act. This is the

reason I, Charlette Sneed/ Non-Joint tenant honor the defendant's mutual administrative settlement agreement and stipulations to have filed, a Quiet title Lis Penden, under the rules of the common law, to test the Validity and let the Jury make the Determination whether there is a Breach of Contract between the Grantor and the Grantee, who is the lawful owner of the property. The Quiet title is also to test the validity as to whether there was a breach of agreement or a breach of duty of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE) to give full Reconveyance of the property.

To Further Test the Validity of whether the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE has the right to enforce an acceleration clause that is on the deed of trust, when a payment in full was dishonored by the CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE)and when there is evidence that the defendant CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE /(SILVERSTATE)never loaned anything of substance to Charlette Sneed/ Non-Joint tenant and, does CHASE HOME FINANCE LLC,FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE



EXHIBIT A

PAGE 9

/SILVERSTATE qualify for the security/ estate to foreclose on the security.

Charlette Sneed/ Non-Joint tenant has reason to believe that the President/ Vice President of CHASE HOME FINANCE FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE) are in want of Jurisdiction/ acceleration clause after the dishonor of $150,000.00 - over $500,000.00. Also due to the affirmative fact that Charlette Sneed/ Non-Joint tenant registered a UCC-1 financing statement with the Secretary of the State and transmitted utilities to the Secretary of the Treasury and notified all parties of her status. The Secured Party, Charlette Sneed/ Non-Joint tenant, spokesperson for the non-debtor corporation CHARLETTE SNEED/ NON-JOINT TENANT, with UCC-1 Financial Statement with the Secretary of State, gave 72 hour notice to all parties of interest, of transmitting utilities (UCC-3) and through means of Bill of Exchange Pursuant to the International Protocol of United Nations, "acceptance for value" and notice of rescission, due to failure to give full disclosure, for said amount of Two Million Two Hundred Eighty Eight Thousand Dollars and zero cents lawful money, which was sent to the Secretary of the Treasury for adjustment of my prepaid account under Public Policy HJR-192, Emergency Bankruptcy Act of 1978, which was transmitted by the Chief Justice of the Supreme court to Congress, wherefore the Secured Party Reserves Rights by Judicial Notice to all of that which is mentioned in the

above of how a claim of relief can be granted. Please take Judicial Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the Judge mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.

The respondent failed to respond within the 15 days as requested or cancel the transaction and return the property back (Rescission and Replevine).

**Judicial Notice of International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes/ Counterfeiting Securities of the United States**

The Secured Party, Charlette Sneed/ Non-Joint tenant, spokesperson for the non-debtor corporation (CHARLETTE SNEED) declares and is informed that CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE willfully failed to give full disclosure, according to Regulation Z and the Truth and Lending Act, of check book credit/ credit debit, a.k.a. letter of credit (bill of credit) and they declined to have an independent, certified accountant to review the lawful money that was originally loaned to see if there was clean hands in the above matter.

The Secured Party, Charlette Sneed/ Non-Joint tenant further affirms and is informed that the president/ vice



EXHIBIT A

PAGE 11

president of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE)further declined to sign the affidavit under the penalty of perjury, and also further declined in setting a public conference and invitation of the press/ media in front of the place of business of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE) to answer one hundred and fifty questions/ schedule within a specified time, which was also declined by the defendant CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE) who continue to this day to refuse to give full disclosure that check book entries/ debit credit was created, and no lawful money was lent to the Plaintiff. For this reason, the Secured Party has reason to believe that all of that mentioned in the above qualifies as counterfeiting securities of the United States, which is a violation of the Securities and Exchange Commission Act of 1933 and 1934.

**International Protocol/ Treaty with the United States**

**United Nations Convention on International Bills of Exchange and International Promissory Notes**

**Security Exchange Commission Act of 1933 and 1934**

Article 1, section 8, clause 6 in the Constitution for the united States of America provides that, "the Congress shall have power to provide for the punishment of counterfeiting the securities and current coin of the United States.

Pursuant to Title 28 U.S.C., section 4 of the Commission of Crimes Cognizable by a Court of the United States under Title 18 U.S.C. section 513 to wit 513(a), whoever makes utters or possesses a counterfeited security in a private capacity of a state or a political subdivision thereof, or of an organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten years or both. See also section 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. 2311-15 included evidence of indebtedness, which, in a broad sense may mean anything that is due or owing, which would include a duty, obligation, or right of action. The negotiable instrument that was deposited in the above mentioned account, qualifies as counterfeited securities.

**Failure to give full disclosure of contract according to the Truth In Lending Act and Regulation Z**

The Secured Party, Charlette Sneed/ Non-Joint tenant, spokesperson for the non-debtor corporation, reserve all rights and remedy under the Uniform Commercial Code and the Emergency Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the Chief Justice transmitted to Congress that all courts of the United States are subject to the Bankruptcy Court and the Bankruptcy code is the Supreme Law of the Land. For the affirmative fact the Secured Party, pursuant to Public Policy HJR-192, Bill of Exchange Pursuant to the International Protocol of United Nations for Two Million Two Hundred Eighty Eight



EXHIBIT A
PAGE 13

Thousand Dollars and zero cents, the Secured Party transmitted Utilities to the Secretary of State and the Secretary of the Treasury, instructing all parties to make adjustment of account, wherefore the defendant and all parties of interest have currently been served.

**Statement of Cause**

The Secured Party Charlette Sneed/ Non-Joint tenant, attests and is informed that all rights are reserved under the **Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights, International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes. If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days).**

Further definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.

The Secured Party, Charlette Sneed/ Foreign African National Non-Joint tenant is further informed that it is the responsibility of the lender (creditor) CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC MORTGAGE/(SILVERSTATE MORTGAGE) to give full disclosure of contract pursuant to the **Freedom of Information Act** and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin money, emit bills of credit..."** **And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.**

The affirmative fact is that the President/ Vice President of, CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE MORTGAGE and cohorts, also dishonored/ failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the plaintiff. The defendant further failed to disclose the loan was pre-paid and the plaintiff would be converted into a joint tenant for 30 years. It also was not disclosed to the plaintiff that he was a Joint Tenant/ Mortgage was a lien and all monthly payments of Federal Reserve Notes, tender for debt. ("Federal Reserve Notes



EXHIBIT A
PAGE 15

are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

See **Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.**

The Secured Party, Charlette Sneed/ Non-Joint tenant, further has reason to believe this operation under the color of authority by President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE is in direct violation of the Constitution for the united States of America, also the International Protocol (United Nations Convention on International Bills of Exchange and International Promissory Notes, and the U.S. Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and the general public at large.

The Secured Party, Charlette Sneed/ Non-Joint tenant, in her own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a **special well informed grand jury of**

**the rules of the Common Law/ Article III Court Proceeding/ International Protocol/ treaties of the United Nations Convention on International Bills of Exchange and International Promissory Notes. Further investigation of Violation of the Securities and Exchange Commission Act of 1933 and 1934 the RICO allegation/ criminal elements.**

**Judicial Notice of How a Claim of Relief Can be Granted**

The Secured Party, Charlette Sneed/ Non-Joint tenant gives **Judicial Notice to the United States District Court that relief can only be granted under his bond/ UCC-1 Financing Statement/ Article III Court Proceeding under the rules of the Common Law, all rights reserved, waiver none ever to an Article II Maritime Court proceeding. Further relief can be granted? A) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933. B) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code.**



EXHIBIT A

PAGE 17

**C) Under the Settlement agreement and the stipulations between the parties, Charlette Sneed/ Non-Joint tenant and the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE.**

In further Judicial Notice, the plaintiff/ Secured Party, Charlette Sneed/ Non-Joint tenant, spokesperson for the none debtor Corporation, CHARLETTE SNEED, honor any and all arguments and anticipate dishonor of the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE, and its attorneys, to continue to **Dishonor/ harassment of the Secured Party by threatening of non-judicial foreclosure in state court, by interference of a third party/ silent partner or newly appointed trustee**, after secured party notice of rescission/termination of the former trustee and demand according to the Secured Party's mortgage insurance Company policy to pay off the balance, which was also refused pursuant to the United States insurance Policy, which is House Joint Resolution-192.

## Conclusion

The Secured Party, Charlette Sneed/ Non-Joint tenant, **honors** and further anticipates that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and

GMAC/SILVERSTATE Dishonor by invasion of administrative settlement agreement between the parties, by **political arguments and debates on Points and Authority contrary to the principles of the National Banking Association Act of 1863** in a spurious attempt to cover up the RICO and unclean hands, request an order for dismissal due to plaintiff's failure to post bond or state how a claim of relief can be granted, when the affirmative fact shows the Acceptance for value by the Secured Party, see exhibit of bond, a.k.a. financial statement/ transmit of utilities and adjustment of account has been taken care of under Public Policy HJR-192/ Emergency Bankruptcy Act of 1933, which the plaintiff gives Judicial Notice of the settlement agreement and stipulations and this is how a claim of relief can be granted under my bond/ Financing Statement Registered with the Secretary of State and all of the mentioned in the above.

**Prayer**

1) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE **Honor** the terms and conditions of the settlement agreement between the parties to Stay of all dishonor/ non-judicial foreclosure proceeding, stay of harassment of the defendant and its silent partner.

2) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ



EXHIBIT A

PAGE 19

SERVICING, COUNTRYWIDE HOME LOANS, and GMAC MORTGAGE / (SILVERSTATE) honor the terms and conditions of the settlement agreement between the parties request for three times the above and the amount of the Bill of Exchange Pursuant to the International Protocol of United Nations, which will be presented at trial.

3) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC MORTGAGE / (SILVERSTATE) **Honor** the terms and conditions of the settlement agreement between the parties, the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE cease and desist all commercial **dishonor/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out. CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE **Dishonored** by silence Charlette Sneed's Request to have a professional accountant to check the credit and debit of the account Request that this court accept my bond UCC-1 financial statement by the Secretary of State and give further Judicial Notice of Full Acceptance of the Defendant's Dishonor and accept it for value and exchange in behalf of her exemption and further release the property to her before the end of business hours, which will conclude any and all commercial transaction, which includes but is not limited to the Defense's spurious claims of defective service to authorized



EXHIBIT A
PAGE 20

agent/ other political arguments and debates that are contrary to Regulation Z of the Truth-in-Lending-Act/ the Security Exchange Commission of 1933 and 1934/ House Joint Resolution-192, which is the United States Insurance Policy.

This also includes in the acceptance and merit evidence that a claim of relief has been mentioned according to HJR-192 Public Policy and the Bankruptcy Reform Act of 1978/ Uniform Commercial Code.

4) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE honor the terms and conditions of the settlement agreement between the parties Special Request that this controversy is governed only according to the rule of the Common Law Article III proceeding, waiver of Rights none ever to special Maritime Territory and Jurisdictional proceeding of legislative none ever, unless signed by a notary public...

5) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE honor the terms and conditions of the settlement agreement between the parties and further **relief can only be granted by Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for**



EXHIBIT A

PAGE 21

**rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

6) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE **Honor** the terms and conditions of the settlement agreement between the parties to have the President and Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE before they hire any attorney dishonor/ protest Charlette Sneed's **Honor Draft** (Quiet Title Lis Penden) that they first swear under their full commercial liability under the penalty of perjury and a signed jurat or record a full Reconveyance on the Deed of Trust in the County Recorder and do

7) **Judicial Notice of Request for a well informed Grand Jury review, who understands the rules of the Common Law in an Article III Court proceeding only. By the Plaintiff, Charlette Sneed, being a Foreign African National she makes reservation under the Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights, International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes. If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling**



EXHIBIT A
PAGE 22

**in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days) (see further reference: Am Jur 2d 81).**

whatever the District Court of the United States Article III Court deem to be just and proper.

**Verification**

The Secured Party, Charlette Sneed/ Non-Joint tenant, declares and attests that he has **Honored** all of the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE notice/ letter of dishonor of the $150,000.00 to over $500,000.00. In further dishonor by **Invasion of International Protocol of United Nations International Bill of Exchange Pursuant to the International Protocol of United Nations**/ by the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE refusal to sign under their full commercial liability under the penalty of perjury and give disclosure pursuant to the Truth in Lending

Act/ Regulation Z by signed jurat before a notary public that all loans are lawful money and are backed by gold and silver and the plaintiff, Charlette Sneed/ Non-Joint tenant qualifies under the House Joint Resolution-192, the United States insurance policy, (and according to Charlette Sneed's home insurance policy) to have the public debt discharged. Any mention that judicial notice of relief can only be granted under Public Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE dishonoring the administrative settlement agreement between the parties by non judicial foreclosure/ counter claims/ motion for dismissal shall be viewed as a breach of agreement between the parties, and shall also be viewed as true and correct.

Henceforth Submitted

Secured Party, Charlette Sneed/
Non-Joint tenant, spokesperson for
the unincorporated corporation/
vessel, (CHARLETTE SNEED)