EXHIBIT B

**SERVICELINK, IRVINE**

RECORDING REQUESTED BY

T.D. SERVICE COMPANY

And when recorded mail to

First Federal Bank of
California
RE: Loan # 49963660/SNEED
401 Wilshire Blvd.
Santa Monica, CA 90401

06/08/07

20071391349

270515725 Space above this line for recorder's use

Accommodation

# TRUSTEE'S DEED UPON SALE

The undersigned declares under penalty of perjury that the following declaration is true and correct:

| | | |
|---|---|---|
| 1) | The Grantee herein was the foreclosing Beneficiary. | |
| 2) | The amount of the unpaid debt together with costs was | $460,444.31 |
| 3) | The amount paid by the Grantee at the Trustee's Sale was | $460,444.31 |
| 4) | The documentary transfer tax is | $.00 |
| 5) | The city transfer tax is | $.00 |
| 6) | The monument preservation tax is | $.00 |
| 7) | Said property is in Inglewood, County of Los Angeles | |

T.D. SERVICE COMPANY

Dated: 06/06/07

By ________________
Frances DePalma, Trustee's Sale Officer

T.S. No: A340756 CA Unit Code: A Loan No: 49963660/SNEED
AP #1: 4029-020-017
Property Address: 2402 CULLIVAN STREET, INGLEWOOD, CA 90303

SEASIDE FINANCIAL CORPORATION
(herein called Trustee)

does hereby GRANT AND CONVEY, without any covenant or warranty, express or implied to

FIRST FEDERAL BANK OF CALIFORNIA
(herein called Grantee), such interest as Trustee has in that certain property described as follows:

LOT 106 OF TRACT NO. 19033, IN THE CITY OF INGLEWOOD, COUNTY OF LOS ANGELES, STATE OF CAIFORNIA, AS PER MAP RECORDED IN BOOK 488 PAGE(S) 10 TO 17 INCLUSIVE OF MAPS, IN THE OFFIC OF THE COUNTY RECORDER OF SAID COUNTY.

This conveyance is made pursuant to the authority vested in said Trustee, as Trustee or as duly appointed Trustee by the Deed of Trust described as follows:

MAIL TAX STATEMENTS TO ADDRESS SHOWN ABOVE

EXHIBIT B

PAGE 25

Page 2
T.S. No: A340756 CA Unit Code: A Loan No: 49963660/SNEED

Trustor: CHARLETTE SNEED

Recorded December 1, 2006 as Instr. No. 20062670181 in Book --- Page --- of Official Records in the office of the Recorder of LOS ANGELES County; CALIFORNIA , Whereas, the holder of the note secured by said Deed of Trust delivered to Trustee a written Declaration of Default and, pursuant thereto, a Notice of Default was recorded February 9, 2007 as Instr. No. 07 0284430 in Book --- Page --- of Official Records in the office of the Recorder of LOS ANGELES County; CALIFORNIA.

Whereas, Trustee complied with all applicable statutory provisions of California Civil Code Sections 2924 et seq. and of the described Deed of Trust including the mailing, publication, personal delivery, and posting of the Notice of Default and Notice of Sale, as respectively appropriate.

Said Notice of Trustee's Sale stated the time and place that Trustee would sell its interest in the described property at public auction. On June 6, 2007, the date set forth in the Notice of Trustee's Sale or the properly postponed sale date, Trustee sold the described property to Grantee, the highest qualified bidder present, for the sum of $460,444.31.

In Witness Whereof, the undersigned caused its corporate name and seal (if applicable) to be hereunto affixed.

Dated June 6, 2007

SEASIDE FINANCIAL CORPORATION
By T.D. Service Company, As Agent for the Trustee

BY [signature]
Frances Depalma, Assistant Secretary

BY [signature]
Patricia A. Randall, Vice President

STATE OF CALIFORNIA )
COUNTY OF ORANGE )SS

On 06/06/07 before me, KAY HENDRICKS, a Notary Public, personally appeared FRANCES DEPALMA, ASSISTANT SECRETARY, PATRICIA A. RANDALL, VICE PRESIDENT personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature [signature] (Seal)

KAY HENDRICKS
Commission # 1530718
Notary Public - California
Orange County
My Comm. Expires Dec 27, 2008

EXHIBIT 13
PAGE 26

**EXHIBIT C**

Catherine Pope
1224 Weaver St.
San Diego, CA 92114

FILED

07 MAY 22 PM 2:28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE POPE,<br>Plaintiff,<br>vs.<br>COUNTRYWIDE HOME LOANS,<br>EMC MORTGAGE CORPORATION,<br>INDYMAC BANK,<br>PACIFIC MONARCH RESORT, INC.,<br>FIRST FEDERAL BANK,<br>GE MONEYBANK, and<br>HOUSEHOLD BANK<br>Defendant | Case No.: '07 CV 925 JM (AJB)<br>**Complaint to Action of Quiet Title/ Lis Penden**<br>**1) Violation of Regulation Z of the Truth in Lending Act, pursuant to Title 5 U.S.C. section 1635(a) and Title 12 CFR 226.23 (d)(i).**<br>**2) Violation/ invastion of Title 15, Chapter 41, subchapter I, part D, 1666a thru (e)**<br>**3) First National Bank of Montgomery vs. Jerome Daily/ Am Jur 2d 81**<br>**4) Security Exchange Act of 1933/ National Bank Act of 1863** |

"Here comes Catherine Pope, bringing this complaint/ Action to Quiet Title/ Lis Penden. This controversy is over Four Hundred Thousand Dollars and it also involves real properties; located at 1) **5950 Barbosa Drive 8, North Las Vegas, NV 89031** with associated loan no. **121809640** and **121810000-4** from COUNTRYWIDE HOME LOANS , 2) **5774-5776 Midwick St., San Diego, CA 92139** with associated loan no. **114683126** and **114683190** from COUNTRYWIDE HOME LOANS, 3) **5945 Palmilla St., Las Vegas, NV** with associated loan no. **122113997** and **121819793** from COUNTRYWIDE HOME LOANS, 4) **3705 TIGER RIDGE LN, NORTH LAS VEGAS, NV 89084** with associated loan no. **14543201** and **1006700916** from EMC MORTGAGE CORPORATION, 5) **Timeshare Act. 15100499** with associated loan no. **15100499** from PACIFIC



EXHIBIT C

PAGE 27

MONARCH RESORT, 6) **1224 WEAVER STREET, SAN DIEGO, CA 92114** with associated loan no. **49803128** from **FIRST FEDERAL BANK**, and 7) 4774 Wabash, San Diego, CA 92105.

**Jurisdiction of the Court**

The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; Judicial power of the United States shall be vested in the Supreme Court by the Constitution for the United States of America. The Amendments 1-10, absolutely, and without qualification petition relief upon the Constitution, which has not been abolished and repealed by Congress.

The jurisdiction of this subject matter involves real property, constructive fraud, misinformation, failure to give full disclosure of contract, counterfeiting securities, conspiracy, and violation of Regulation Z of the Truth and Lending Act/ and GAAP/ the Federal Reserve Board Regulation. In further notice of jurisdiction and judicial notice, Catherine Pope, reserves all rights, waiver none ever, displaying of Bonds (Financial Statement) from the Secretary of State. A claim of relief can only be granted under the Bankruptcy Reform Act of 1978 (Bankruptcy Emergency Act), House Joint Resolution-192 Public Policy, and the Uniform Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate of protest of dishonor, and a Reorganization Chapter 11 in the United States Bankruptcy Court (341 Meeting).

Additional jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction over subject matter/ Title 18 is enforcement of criminal elements, and furthermore, the United States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of jurisdiction of Federal Court/ and thus grounds, which governs jurisdiction and remedies under Title 42, 1983 and 1984 is operational under the color of State Law and offices.



EXHIBIT C
PAGE 28

**Parties of Interest**

Plaintiff at all times mentioned is Catherine Pope a foreign State National.

Defendant at all times Mentioned as:

1) COUNTRYWIDE HOME LOANS, located at **P. O. Box 10287, Van Nuys, CA 91410-0287, P.O Box 10219, Van Nuys, CA 91410-0219, and P. O. Box 10222, Van Nuys, CA 91410-0222**
2) EMC MORTGAGE CORPORATION located at **P.O. Box 660530, Dallas, TX 75266-0530**
3) INDYMAC BANK located at **P. O. Box 78826, PHOENIX, AZ 85062-8826**
4) PACIFIC MONARCH RESORT, INC. located at **23091 MILL CREEK DRIVE, LAGUNA HILLS, CA 92653-1258**
5) FIRST FEDERAL BANK located at **401 WILSHIRE BLVD, SANTA MONICA, CA 90401**

**Fact**

The affirmative fact is that the grantor, Catherine Pope, has exercised her right pursuant to Title 15, subsection 1666 (a) thru (e), and in good faith, gave notice of error and request for investigation/ full reconveyance of the deed of trust, etc. An agreement was made between the Defendants and the Grantor, Catherine Pope. The Grantor, Catherine Pope has **honored/ tendered in full with good faith funds the said amount of each property listed above** by commercial instrument Nos.3226, 3225, 3233, 3234, 3227, 3228, 3231, 3230, 3229, 3223 to each of the Companies listed above. Catherine Pope was then waiting for the notice of full Reconveyance of the Deed of Trust of said property by the President or Vice President of said lenders. The Grantor, Catherine Pope, **in good faith, honored** and sent, by certified mail, a payment in full of the full amount of the property. The affirmative fact, due to the Dishonor mentioned in the above waiver of rights pursuant to the our settlement agreement and stipulations, that any dishonor/ arguments the grantor can regain his rights and the original Deed of Trust was rescinded in good faith due to the following reasons:

A) the President/ Vice President of said lenders listed in the above, **dishonored/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out (Defendants **Dishonored** by silence, Catherine Pope's Request to have a professional accountant to check the credit and debit of the account.

B) Defendants refused to sign under there **full commercial liability under the penalty of perjury by sworn Affidavit/ Jurat** that pursuant to article 1 section 10 of the Constitution for the United States of America, lawful money was loaned out to the Plaintiff Catherine Pope, and the Plaintiff Catherine Pope does not qualify pursuant to the personal belief of the President and Vice President of Defendants who feel that Catherine Pope Doesn't qualify under the United States insurance policy, which is **House Joint Resolution-192 and its responsibility to discharge all public and private debts, pursuant the Emergency Bankruptcy/ Executive order of President Roosevelt in 1933.**

C) The ultimate fact due to the dishonor/ unethical and outrageous business practice of the Defendants listed above, Catherine Pope, in her own stead, gave notice of rescission of the Deed of Trust under the statutes of fraud and also due to breach of agreement/ dishonor of the administrative process, in which Catherine Pope **honored/ regained her power to hire a notary to do a certificate of protest of the dishonor to the Secretary of the Treasury and the Insurance Commissioner and the Comptroller of the Currency**. Due to dishonor/ continued arguments and outrageous and unethical business practices of each Defendant under the color of office and State Law.

The affirmative fact, that I, Catherine Pope, further have reason to believe that the general public and the public at large are in jeopardy due to these unethical business practices and the President and Vice President of each Defendant's willful refusal to give full disclosure pursuant to Regulation Z of the Truth in Lending Act and am expecting Relief under said act. This is the reason I, Catherine Pope honor the defendant's mutual administrative settlement agreement and stipulations to have filed, a Quiet title Lis Penden, under the rules of the common law, to test the Validity and let the Jury make the Determination whether there is a Breach of

Contract between the Grantor and the Grantee, who is the lawful owner of the property. The Quiet title is also to test the validity to whether there was a breach of agreement or a breach of duty of the Defendants to give full Reconveyance of the property. To Further Test the Validity of whether the President/ Vice President of each Defendant has the right to enforce an acceleration clause that is on the deed of trust, when a payment in full was dishonored by the Defendants, and when there is evidence that the defendants never loaned anything of substance to Catherine Pope and, does each Defendant qualify for the security/ estate to foreclose on the security.

Catherine Pope has reason to believe that the President/ Vice President of each Defendant is in want of Jurisdiction/ acceleration clause after the dishonor the checks, for which each Defendant apologized for any inconvenience in an unsigned cover letter by President/ Vice President. Also due to the affirmative fact that Catherine Pope registered a UCC-1 financing statement with the Secretary of the State and transmitted utilities to the Secretary of the Treasury and notified all parties of his status. Catherine Pope, gave 72 hour notice to all parties of interest, of transmitting utilities (UCC-3) and through means of bill of exchange, "acceptance for value" and notice of rescission, due to failure to give full disclosure, for said amount of Five Hundred Million Dollars and zero cents lawful money, which was sent to the Secretary of the Treasury for adjustment of my prepaid account under Public Policy HJR-192, Emergency Bankruptcy Act of 1978, which was transmitted by the Chief Justice of the Supreme court to Congress, wherefore Catherine Pope Reserves Right by Judicial Notice to all of that which is mentioned in the above of how a claim of relief can be granted. Please take Judicial Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the Judge mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.

The respondent failed to respond within the 20 days as requested or cancel the transaction and return the property back (Rescission and Replevine).

**Security Exchange Act of 1933/ National Bank Act of 1863**

**(Counterfeiting Securities of the United States)**

Catherine Pope declares and is informed that the Named Defendants willfully failed to give full disclosure, according to Regulation Z and the Truth and Lending Act, of check book credit/ credit debit, a.k.a. letter of credit (bill of credit) and they declined to have an independent, certified accountant to review the lawful money that was originally loaned to see if there was clean hands in the above matter.

Catherine Pope further affirms and is informed that the president/ vice president of each named Defendant further declined to sign the affidavit under the penalty of perjury, and also further declined in setting a public conference and invitation of the press/ media in front of the place of business of each Defendant to answer one hundred and fifty questions/ schedule within a specified time, which was also declined by the defendants, who continue to this day to refuse to give full disclosure that check book entries/ debit credit was created, and no lawful money was lent to the Plaintiff. For this reason, Catherine Pope has reason to believe that all of that mentioned in the above qualifies as counterfeiting securities of the United States.

Article 1, section 8, clause 6 in the U.S. Constitution provides that, "the Congress shall have power to provide for the punishment of counterfeiting the securities and current coin of the United States.

Pursuant to Title 28 U.S.C., section 4 of the Commission of Crimes Cognizable by a Court of the United States under Title 18 U.S.C. section 513 to wit 513(a), whoever makes utters or possesses a counterfeited security in a private capacity of a state or a political subdivision thereof, or of an organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten years or both. See also section 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. 2311-15 included evidence of

indebtedness, which, in a broad sense may mean anything that is due or owing, which would include a duty, obligation, or right of action. The negotiable instrument that was deposited in the above mentioned account, qualifies as counterfeited securities.

**Failure to give full disclosure of contract according to the Truth and Lending Act and Regulation Z/ Violation/ invastion of Title 15, Chapter 41, subchapter I, part D, 1666a thru (e)**

Catherine Pope reserves all rights and remedy under the Uniform Commercial Code and the Emergency Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the Chief Justice transmitted to Congress that all courts of the United States are subject to the Bankruptcy Court and the Bankruptcy code is the Supreme Law of the Land. For the affirmative fact that Catherine Pope, pursuant to Public Policy HJR-192, Bill of Exchange for Four Hundred Thousand Dollars and Zero Cents, Catherine Pope transmitted Utilities to the Secretary of State and the Secretary of the Treasury, instructing all parties to make adjustment of account, wherefore the defendant and all parties of interest have currently been served.

**Statement of Cause**

The affirmative fact is that the grantor, Catherine Pope, has exercised her right pursuant to Title 15, subsection 1666 (a) thru (e), and in good faith, gave notice of error and request for investigation/ full reconveyance of the deed of trust, etc. An agreement was made between the Defendants and the Grantor, Catherine Pope. The Grantor, Catherine Pope has **honored/ tendered in full with good faith funds the said amount of each property listed above** by commercial instrument Nos.3226, 3225, 3233, 3234, 3227, 3228, 3231, 3230, 3229, 3223 to each of the Companies listed above. Catherine Pope was then waiting for the notice of full Reconveyance of the Deed of Trust of said property by the President or Vice President of said lenders. The Grantor, Catherine Pope, **in good faith, honored** and sent, by certified mail, a payment in full of the full amount of the property. The affirmative fact, due to the Dishonor

mentioned in the above waiver of rights pursuant to the our settlement agreement and stipulations, that any dishonor/ arguments the grantor can regain his rights and the original Deed of Trust was rescinded in good faith Catherine Pope further attests and is informed of the definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.

Catherine Pope is further informed that it is the responsibility of the lender (creditor) / Defendants, to give full disclosure of contract and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin money, emit bills of credit..." And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.**

The affirmative fact is that the President/ Vice President of, each named Defendant and cohorts, also failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the plaintiff. The defendant further failed to disclose the loan was pre-paid and the plaintiff would be converted into a joint tenant for 30 years. It also was not disclosed to the plaintiff that all monthly payments of Federal Reserve Notes, tender for debt. ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

See **Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.**



EXHIBIT C

PAGE 34

Catherine Pope, further has reason to believe this operation under the color of authority by President/ Vice President of each named Defendant is in direct violation of the Constitution for the United States of America, also the U.S. Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and the general public at large. Catherine Pope, in her own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a special grand jury investigation of the RICO allegation/ criminal elements.

**Judicial Notice of How a Claim of Relief Can be Granted**

Catherine Pope gives **Judicial Notice to the United States District Court that relief can only be granted A) Under the Emergency Bankruptcy of 1933/ House Joint Resolution-192, which is the United States Insurance Policy B) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192. C) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code.**

**D) Further Relief can be granted under the Settlement agreement (notice of Acceptance of Contract) and the stipulations between the parties, Catherine Pope and the President/ Vice President of each named Defendant.**

In further Judicial Notice, the plaintiff/, Catherine Pope, honored any and all political arguments (or corporate politics) and anticipates dishonor of the President/ Vice President of each named Defendant and its attorneys, to continue to dishonor/ harassment of Catherine Pope by threatening of non-judicial foreclosure in state court, by silent partner or newly appointed trustee, after Catherine Pope's notice of rescission/termination of the trust/ deed of trust and the former trustee, who under the color of office and state law, due to unethical business practice, refused to give full reconveyance of the deed of trust, nor pursuant to the notice of error/ request for investigation. Defendant's failed to set a remedy and a cure pursuant to Title 15 subsection 1666 (a) thru (e).

## Conclusion

Catherine Pope, **honored** and further anticipates that the President/ Vice President of each named Defendant/ invasion of administrative settlement agreement between the parties, in a spurious attempt to cover up the RICO and unclean hands, request an order for dismissal due to plaintiff's failure to post bond or state how a claim of relief can be granted, when the affirmative fact shows the Acceptance for value by Catherine Pope, see exhibit of bond, a.k.a. financial statement/ transmit of utilities and adjustment of account has been taken care of under Public Policy HJR-192/ Emergency Bankruptcy Act, which the plaintiff gives Judicial Notice of the settlement agreement and stipulations and this is how a claim of relief can be granted and all of the mentioned in the above.

## Prayer

1) I, Catherine Pope, a foreign State National, declare and attest that the only form of relief can be granted through the Article III Court The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; Judicial power of the United



EXHIBIT C
PAGE 36

States shall be vested in the Supreme Court by the Constitution for the United States of America. The Amendments 1-10, absolutely, and without qualification petition relief upon the Constitution, which has not been abolished and repealed by Congress, and further relief under appointment of Article III Court Judges, Special-Choice- of- Law, under International Protocol (Universal Declaration of Human Rights, International Bill of Rights/ United Nations Convention on International Bills of Exchange and International Promissory Notes/ UPU (Universal Postal Union), Criminal Code of Canada (when an institution refuses to surrender its bonds to be abandoned when demanded/ Alien Tort Claim Act against all third party interferences of malfeasant/ esquires practicing without bonds for professional performance issued by the California State commissioner. Further request for the district Court of the United States that the President/ Vice President of each named Defendant to honor the terms and conditions of the settlement agreement between the parties to Stay of all dishonor/ non-judicial foreclosure proceeding, stay of harassment of the defendant and its silent partner.

2) Additional Request to the Court that the President/ Vice President of each named Defendant honor the terms and conditions of the settlement agreement between the parties and further **relief can only be granted by Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

3) Additional Request to the Court that the President/ Vice President of each named Defendant honor the terms and conditions of the settlement agreement between the parties the President/ Vice President of each named Defendant, cease and desist all commercial **dishonor/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out (Each Defendant **Dishonored** by silence, Catherine Pope's Request to have a professional accountant to check the credit and debit of the account Request that this court accept my bond UCC-1 financial statement by the secretary of state as an acceptance merit evidence

that a claim of relief has been mentioned according to HJR-192 Public Policy and the Bankruptcy Emergency Act/ Uniform Commercial Code.

4) Additional Request to the Court that the President/ Vice President of each named Defendant honor the terms and conditions of the settlement agreement between the parties Special Request that this controversy is governed only according to the rule of the Common Law Article III proceeding, waiver of Rights none ever to special Maritime Territory and Jurisdictional proceeding of legislative none ever, unless signed by a notary public.

5) Additional Request to the Court that the President/ Vice President of each named Defendant honor the terms and conditions of the settlement agreement between the parties request for three times the above and the amount of the Bill of Exchange, which will be presented at trial.

6) Additional Request to the Court that the President/ Vice President of each named Defendant honor the terms and conditions of the settlement agreement between the parties to have the President and Vice President of each named Defendant before they hire any attorney dishonor/ protest Catherine Pope's honor draft (Quiet Title Lis Penden) that they first swear under their full commercial liability under the penalty of perjury and sign a jurat or record a full Reconveyance on the Deed of Trust in the County Recorder and do whatever the Dis-trict Court of the United States article III court deem to be just and proper.

**Verification**

I, Catherine Pope, declare and attest that I have honored all of the President/ Vice President of each named Defendant, mentioned in the above, notice/ letter of dishonor. The Defendants have failed to give full disclosure of Contract pursuant to Regulation Z of the Truth in Lending Act/ the Security Exchange Act of 1933, which requires these individuals to post it in place noted in the Federal Register. All named Defendants refused to adjust the Account of Catherine Pope pursuant to Public Policy/ United States Insurance Policy House Joint Resolution

192, and the Emergency Bankruptcy of 1933. Any mention that judicial notice of relief can only be granted under Public Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and the President/ Vice President of each named Defendant dishonoring the administrative settlement agreement between the parties by non judicial foreclosure/ invasion of Title 15, 1666 (a) thru (e), which states that "**If a creditor receives a further written notice from and obligor that and amount is still in dispute within the time allowed for payment under subsection (a) of this section, a creditor may not report to any third party that the amount of the obligor is delinquent because the obligor has failed to pay an amount which he has indicated under section 1666 (a)(2) of this title, unless the creditor also reports that the amount is in dispute and, at the same time, notifies the obligor of the name and address of each party to whom the creditor is reporting information concerning the delinquency.**" shall be viewed as a breach of agreement between the parties shall also be viewed as true and correct. In further dishonor by the President/ Vice President of each named Defendant's refusal to sign under their full commercial liability under the penalty of perjury and give disclosure pursuant to the Truth and Lending Act/ Regulation Z by signed jurat before a notary public that all loans are lawful money and are backed by gold and silver and the plaintiff, Catherine Pope qualifies under the House Joint Resolution-192, the United States insurance policy, (and according to Catherine Pope's home insurance policy) to have the public debt discharged.

Henceforth Submitted

Catherine Pope

Catherine Pope



EXHIBIT C

PAGE 39

EXHIBIT D

Rodney L. Belle
640 Pyramid Street
San Diego, CA 92114

FILED
06 NOV -7 AM 10:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rodney L. Belle,<br>Plaintiff,<br>vs.<br>CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC.<br>Defendant | Case No. '06 CV 2454 WQH (LSP)<br>**Complaint to Action of Quiet Title/Lis Penden**<br>**1) Violation of Regulation Z of the Truth in Lending Act, pursuant to Title 5 U.S.C. section 1635(a) and Title 12 CFR 226.23 (d)(i).**<br>**2) Invasion of Title 5 USC Section 1635 (A) and title CFR 226.23 Title 11, U.S. Code 9th Circuit Ruling in Yamamoto v.Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency to Grant Relief.**<br>**3) Invasion of International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes/ House Joint Resolution- 192 (the United States insurance policy),and the Emergency Bankruptcy of 1933, Am Jur 2d 81.** |

"Here comes the Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson in behalf of the unincorporated corporation (RODNEY L. BELLE) Creditor/ Non-Joint Tenant, Has Exhausted All Administrative Process under Notary Protest to the Comptroller of the Currency bringing this Article III Court Claim/ Action to Quiet Title/ Lis Penden/ **International Protocol of the United**



EXHIBIT D
PAGE 40

**Nations Convention on International Bills of Exchange and International Promissory Notes.** This controversy is over Four Hundred Thousand to over Six Hundred Thousand Dollars and it also involves real properties; located at 640 Pyramid St. San Diego, CA 92114 (**loan no.20929816 of Chase Home Finance, LLC and Loanstar Mortgage Service, LLC/ Loan No 2013993 Nova Star Mortgage Inc./Loan No.0014405549.**

**Jurisdiction of the Court**

The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; Judicial power of the United States shall be vested in the Supreme Court by the Constitution for the United States of America. The Amendments 1-10, absolutely, and without qualification petition relief upon the Constitution, which has not been abolished and repealed by Congress.

The jurisdiction of this subject matter involves real property, constructive fraud, misinformation, failure to give full disclosure of contract, counterfeiting securities, conspiracy, and violation of Regulation Z of the Truth and Lending Act/ and GAAP/ the Federal Reserve Board Regulation. In further notice of jurisdiction and judicial notice the Secured Party, Rodney L. Belle/ Non-Joint tenant, reserves all rights, waiver none ever, displaying of Bonds (Financial Statement) from the Secretary of State. A claim of relief can only be granted under the Bankruptcy Reform Act of 1978 (Bankruptcy Emergency Act), House Joint Resolution-192 Public Policy, and the Uniform



EXHIBIT D
PAGE 41

Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate of protest of dishonor of International Bill of Exchange Pursuant to the International Protocol of United Nations pursuant to the International Protocol of the United Nations, to the Comptroller of the Currency by notary public.

Additional jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction over subject matter/ Title 18 is enforcement of criminal elements, and furthermore, the United States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of jurisdiction of Federal Court/ and thus grounds, which governs jurisdiction and remedies under Title 42, 1983 and 1984 is operational under the color of State Law and offices.

**Parties of Interest**

Plaintiff at all times mentions Secured Party, Rodney L. Belle/ Non-Joint tenant.

Defendant at all times Mentioned is: 1) CHASE HOME FINANCE LLC, 2) LOANSTAR MORTGAGE SERVICES, LLC, 3) MARRIOTT VACATION CLUB INTERNATIONAL, 4) NOVASTAR MORTGAGE, INC.

**Fact**

On or around July, 2006 an agreement was made between CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, NOVASTAR MORTGAGE, INC., and the

Grantor, Rodney L. Belle/ Non-Joint tenant. The Grantor, Rodney L. Belle/ Non-Joint tenant has **honored/ tendered in full with good faith funds the said amount of the property ($400,000.00 to over $600,000.00)** by commercial instrument No.4443800530 from Washington Mutual Check No. 263/ Bill of Exchange. Rodney L. Belle/ Non-Joint tenant was then waiting for the notice of full Reconveyance of the Deed of Trust of said property by the President or Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL and NOVASTAR MORTGAGE, INC. The Grantor, Rodney L. Belle/ Non-Joint tenant, **in good faith, honored** and sent, by independent courier, a payment in full of the full amount of the property. The affirmative fact, due to the Dishonor mentioned in the above waiver of rights pursuant to the our settlement agreement and stipulations, that any dishonor/ arguments the grantor can regain his rights and the original Deed of Trust was rescinded in good faith due to the following reasons:

A) the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC **dishonored/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act pursuant to the Freedom of Information Act, that lawful money was loaned out (CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Dishonored**



EXHIBIT D

PAGE 43

by silence, Rodney Belle's Request to all the Corporations listed in the above to have a professional accountant to check the credit and debit of the account.

B) GHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE, INC refused to sign under there **full commercial liability under the penalty of perjury by sworn Affidavit/ Jurat** that pursuant to article 1 section 10 of the Constitution for the United States of America, lawful money was loaned out to the Plaintiff Rodney L. Belle/ Non-Joint tenant, and the Plaintiff Rodney L. Belle/ Non-Joint tenant does not qualify pursuant to the personal belief of the President and Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC who feel that Rodney L. Belle/ Non-Joint tenant Doesn't qualify under the United States insurance policy, which is **House Joint Resolution-192 and its responsibility to discharge all public and private debts, pursuant the Emergency Bankruptcy/ Executive order of President Roosevelt in 1933.**

C) The ultimate fact due to the dishonor/ unethical and outrageous business practice of the Defendant CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC. Rodney L. Belle/ Non-Joint tenant, in his own stead, gave notice of rescission of the Deed of Trust under the statutes of fraud and also due to breach of agreement/ dishonor of the administrative process, in which Rodney L.



EXHIBIT D
PAGE 44

Belle/ Non-Joint tenant **honored/ regained his power to hire a notary to do a certificate of protest of the dishonor to the Secretary of the Treasury and the Insurance Commissioner and the Comptroller of the Currency.** Due to dishonor/ continued arguments and outrageous and unethical business practices of the, CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC under the color of office and State Law.

The affirmative fact, that I, Rodney L. Belle/ Non-Joint tenant, further have reason to believe that the general public and the public at large are in jeopardy due to these unethical business practices and the President and Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC's willful refusal to give full disclosure pursuant to Regulation Z of the Truth in Lending Act and am expecting Relief under said act. This is the reason I, Rodney L. Belle/ Non-Joint tenant honor the defendant's mutual administrative settlement agreement and stipulations to have filed, a Quiet title Lis Penden, under the rules of the common law, to test the Validity and let the Jury make the Determination whether there is a Breach of Contract between the Grantor and the Grantee, who is the lawful owner of the property. The Quiet title is also to test the validity to whether there was a breach of agreement or a breach of duty of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE, INC to give full Reconveyance of the property. To



EXHIBIT D
PAGE 45

Further Test the Validity of whether the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC has the right to enforce an acceleration clause that is on the deed of trust, when a payment in full was dishonored by the CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC and when there is evidence that the defendant CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC never loaned anything of substance to Rodney L. Belle/ Non-Joint tenant and, does CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC qualify for the security/ estate to foreclose on the security.

Rodney L. Belle/ Non-Joint tenant has reason to believe that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC in want of Jurisdiction/ acceleration clause after the dishonor the $400,000.00, for which CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC apologized for any inconvenience in an unsigned cover letter by President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC (see attachments). Also due to the affirmative fact that Rodney L. Belle/ Non-Joint tenant registered a UCC-1 financing statement



EXHIBIT D
PAGE 46

with the Secretary of the State and transmitted utilities to the Secretary of the Treasury and notified all parties of his status. The Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson for the non-debtor corporation RODNEY L. BELLE/ NON-JOINT TENANT, with UCC-1 Financial Statement with the Secretary of State, gave 72 hour notice to all parties of interest, of transmitting utilities (UCC-3) and through means of Bill of Exchange Pursuant to the International Protocol of United Nations, "acceptance for value" and notice of rescission, due to failure to give full disclosure, for said amount of One Million Eight Hundred Thousand Dollars and zero cents lawful money, which was sent to the Secretary of the Treasury for adjustment of my prepaid account under Public Policy HJR-192, Emergency Bankruptcy Act of 1978, which was transmitted by the Chief Justice of the Supreme court to Congress, wherefore the Secured Party Reserves Right by Judicial Notice to all of that which is mentioned in the above of how a claim of relief can be granted. Please take Judicial Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the Judge mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.

The respondent failed to respond within the 20 days as requested or cancel the transaction and return the property back (Rescission and Replevine).



EXHIBIT D

PAGE 47

**Judicial Notice of International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes/ Counterfeiting Securities of the United States**

The Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson for the non-debtor corporation (RODNEY L. BELLE) declares and is informed that CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC willfully failed to give full disclosure, according to Regulation Z and the Truth and Lending Act, of check book credit/ credit debit, a.k.a. letter of credit (bill of credit) and they declined to have an independent, certified accountant to review the lawful money that was originally loaned to see if there was clean hands in the above matter.

The Secured Party, Rodney L. Belle/ Non-Joint tenant further affirms and is informed that the president/ vice president of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC further declined to sign the affidavit under the penalty of perjury, and also further declined in setting a public conference and invitation of the press/ media in front of the place of business of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC. to answer one hundred and fifty questions/ schedule within a specified time, which was also declined by the defendant CHASE HOME FINANCE LLC, LOANSTAR



EXHIBIT D
PAGE 48

MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC., who continue to this day to refuse to give full disclosure that check book entries/ debit credit was created, and no lawful money was lent to the Plaintiff. For this reason, the Secured Party has reason to believe that all of that mentioned in the above qualifies as counterfeiting securities of the United States, which is a violation of the Securities and Exchange Commission Act of 1933 and 1934.

**International Protocol/ Treaty with the United States**

**United Nations Convention on International Bills of Exchange and International Promissory Notes**

**Security Exchange Commission Act of 1933 and 1934**

Article 1, section 8, clause 6 in the Constitution for the united States of America provides that, "the Congress shall have power to provide for the punishment of counterfeiting the securities and current coin of the United States.

Pursuant to Title 28 U.S.C., section 4 of the Commission of Crimes Cognizable by a Court of the United States under Title 18 U.S.C. section 513 to wit 513(a), whoever makes utters or possesses a counterfeited security in a private capacity of a state or a political subdivision thereof, or of an organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten years or both. See also section 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. 2311-15 included evidence of indebtedness, which, in a broad sense may mean anything that is



EXHIBIT D
PAGE 49

due or owing, which would include a duty, obligation, or right of action. The negotiable instrument that was deposited in the above mentioned account, qualifies as counterfeited securities.

**Failure to give full disclosure of contract according to the Truth and Lending Act and Regulation Z**

The Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson for the non-debtor corporation, reserve all rights and remedy under the Uniform Commercial Code and the Emergency Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the Chief Justice transmitted to Congress that all courts of the United States are subject to the Bankruptcy Court and the Bankruptcy code is the Supreme Law of the Land. For the affirmative fact the Secured Party, pursuant to Public Policy HJR-192, Bill of Exchange Pursuant to the International Protocol of United Nations for Four Hundred Thousand Dollars and Zero Cents, the Secured Party transmitted Utilities to the Secretary of State and the Secretary of the Treasury, instructing all parties to make adjustment of account, wherefore the defendant and all parties of interest have currently been served.

**Statement of Cause**

The Secured Party Rodney L. Belle/ Non-Joint tenant, attests and is informed that all rights are reserved under the **Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights,**



EXHIBIT D

PAGE 50

**International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes. If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days).**

Further definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.

The Secured Party, Rodney L. Belle/ Foreign African National Non-Joint tenant is further informed that it is the responsibility of the lender (creditor) CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC to give full disclosure of contract pursuant to the **Freedom of Information Act** and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin**



EXHIBIT D

PAGE 51

**money, emit bills of credit..." And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.**

The affirmative fact is that the President/ Vice President of, CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC and cohorts, also dishonored/ failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the plaintiff. The defendant further failed to disclose the loan was pre-paid and the plaintiff would be converted into a joint tenant for 30 years. It also was not disclosed to the plaintiff that he was a Joint Tenant/ Mortgage was a lien and all monthly payments of Federal Reserve Notes, tender for debt. ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

See **Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.**

The Secured Party, Rodney L. Belle/ Non-Joint tenant, further has reason to believe this operation under the color of



EXHIBIT D

PAGE 52

authority by President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC is in direct violation of the Constitution for the united States of America, also the International Protocol (United Nations Convention on International Bills of Exchange and International Promissory Notes, and the U.S. Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and the general public at large. The Secured Party, Rodney L. Belle/ Non-Joint tenant, in his own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a **special well informed grand jury of the rules of the Common Law/ Article III Court Proceeding/ International Protocol/ treaties of the United Nations Convention on International Bills of Exchange and International Promissory Notes. Further investigation of Violation of the Securities and Exchange Commission Act of 1933 and 1934 the RICO allegation/ criminal elements.**

**Judicial Notice of How a Claim of Relief Can be Granted**

The Secured Party, Rodney L. Belle/ Non-Joint tenant gives **Judicial Notice to the United States District Court that relief can only be granted under his bond/ UCC-1 Financing Statement/ Article III Court Proceeding under the rules of the Common Law, all rights reserved, waiver none ever to an Article II Maritime**



EXHIBIT D

PAGE 54

**Court proceeding. Further relief can be granted? A) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933. B) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code. C) Under the Settlement agreement and the stipulations between the parties, Rodney L. Belle/ Non-Joint tenant and the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC.**

In further Judicial Notice, the plaintiff/ Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson for the none debtor Corporation, RODNEY L. BELLE, honor any and all arguments and anticipate dishonor of the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC and its attorneys, to continue to **Dishonor/ harassment of the Secured Party by threatening of non-judicial foreclosure in state court, by interference of a third party/ silent partner or newly appointed trustee**, after secured party notice of



EXHIBIT D
PAGE 55

rescission/termination of the former trustee and demand according to the Secured Party's mortgage insurance Company policy to pay off the balance, which was also refused pursuant to the United States insurance Policy, which is House Joint Resolution-192.

**Conclusion**

The Secured Party, Rodney L. Belle/ Non-Joint tenant, **honors** and further anticipates that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC/ Dishonor by invasion of administrative settlement agreement between the parties, by **political arguments and debates on Points and Authority contrary to the principles of the National Banking Association Act of 1863** in a spurious attempt to cover up the RICO and unclean hands, request an order for dismissal due to plaintiff's failure to post bond or state how a claim of relief can be granted, when the affirmative fact shows the Acceptance for value by the Secured Party, see exhibit of bond, a.k.a. financial statement/ transmit of utilities and adjustment of account has been taken care of under Public Policy HJR-192/ Emergency Bankruptcy Act of 1933, which the plaintiff gives Judicial Notice of the settlement agreement and stipulations and this is how a claim of relief can be granted



EXHIBIT D

PAGE 56

under my bond/ Financing Statement Registered with the Secretary of State and all of the mentioned in the above.

**Prayer**

1) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Honor** the terms and conditions of the settlement agreement between the parties to Stay of all dishonor/ non-judicial foreclosure proceeding, stay of harassment of the defendant and its silent partner.

2) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC honor the terms and conditions of the settlement agreement between the parties request for three times the above and the amount of the Bill of Exchange Pursuant to the International Protocol of United Nations, which will be presented at trial.

3) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Honor** the terms and conditions of the settlement agreement between the parties the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC, cease and desist



EXHIBIT D

PAGE 57

all commercial **dishonor/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out (CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Dishonored** by silence, Rodney Belle's Request to have a professional accountant to check the credit and debit of the account Request that this court accept my bond UCC-1 financial statement by the Secretary of State and give further Judicial Notice of Full Acceptance of the Defendant's Dishonor and accept it for value and exchange in behalf of his exemption and further release the property to him before the end of business hours, which will conclude any and all commercial transaction, which includes but is not limited to the Defense's spurious claims of defective service to authorized agent/ other political arguments and debates that are contrary to Regulation Z of the Truth-in-Lending-Act/ the Security Exchange Commission of 1933 and 1934/ House Joint Resolution-192, which is the United States Insurance Policy. This is also includes in the acceptance and merit evidence that a claim of relief has been mentioned according to HJR-192 Public Policy and the Bankruptcy Reform Act of 1978/ Uniform Commercial Code.

4) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC honor the terms and conditions of the settlement agreement between the parties Special Request that this controversy is governed only according to the rule of the Common Law Article

III proceeding, waiver of Rights none ever to special Maritime Territory and Jurisdictional proceeding of legislative none ever, unless signed by a notary public...

5) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC honor the terms and conditions of the settlement agreement between the parties and further **relief can only be granted by Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

6) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Honor** the terms and conditions of the settlement agreement between the parties to have the President and Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC before they hire any attorney dishonor/ protest Rodney L. Belle's **Honor Draft** (Quiet Title Lis Penden) that they first swear under their full commercial liability under the penalty of perjury and sign a jurat or record a full Reconveyance on the Deed of Trust in the County Recorder and do



EXHIBIT D
PAGE 59

**7) Judicial Notice of Request for a well informed Grand Jury review, who understands the rules of the Common Law in an Article III Court proceeding only. By the Plaintiff, Rodney L. Belle, being a Foreign African National he makes reservation under the Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights, International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes. If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days) (see further reference: Am Jur 2d 81).**

whatever the District Court of the United States Article III Court deem to be just and proper.

**Verification**

The Secured Party, Rodney L. Belle/ Non-Joint tenant, declares and attests that he has **Honored** all of the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, AND MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC's notice/ letter of dishonor of the $400,000.00 to over $600,000.00 letter bond by Nancy Marks and Associates, LLC of Accounting who apologized for any inconvenience of returning the $400,000.00 to over $600,000.00. In further dishonor by **Invasion of International Protocol of United Nations International Bill of Exchange Pursuant to the International Protocol of United Nations**/ by the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC's refusal to sign under their full commercial liability under the penalty of perjury and give disclosure pursuant to the Truth and Lending Act/ Regulation Z by signed jurat before a notary public that all loans are lawful money and are backed by gold and silver and the plaintiff, Rodney L. Belle/ Non-Joint tenant qualifies under the House Joint Resolution-192, the United States insurance policy, (and according to Rodney L. Belle's home insurance policy) to have the public debt discharged. Any mention that judicial notice of relief can only be granted under Public Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC dishonoring the administrative settlement agreement between the parties by non judicial



EXHIBIT D

PAGE 41

foreclosure/ counter claims/ motion for dismissal shall be viewed as a breach of agreement between the parties shall also be viewed as true and correct.

Henceforth Submitted

Rodney L. Belle

Secured Party, Rodney L. Belle/
Non-Joint tenant, spokesperson for
the unincorporated corporation/
vessel, (RODNEY L. BELLE)



EXHIBIT D

PAGE 62