STEVEN N. RICHMAN, State Bar No. 101267
CHRISTOPHER NELSON, State Bar No. 242859
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone: (310) 785-0885
Facsimile: (310) 785-0787
E-Mail: *srichman@erlaw.com*
*cnelson@erlaw.com*

Attorneys for First Federal Bank of California

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN ASHLEY, an individual,<br>Plaintiff,<br>v.<br>FIRST FEDERAL BANK OF CALIFORNIA, DEUTSCHE NATIONAL TRUST AND ASSOC,<br>Defendants. | CASE NO. 07 CV 2123<br>**PROOF OF SERVICE**<br>Date: January 7, 2007<br>Time: 10:30 a.m.<br>Crtrm.: 3<br>Judge: Hon. Roger T. Benitez<br>Complaint Filed: November 6, 2007 |

**EPPORT, RICHMAN & ROBBINS, LLP**
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

# PROOF OF SERVICE

**ASHLEY v. FIRST FEDERAL BANK OF CALIFORNIA**
**Case No. 07 CV 2123**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 800, Los Angeles, California 90067-2512.

On November 26, 2007, I served true copies of the following document(s) described as **SEE ATTACHED LIST** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Epport, Richman & Robbins, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 26, 2007, at Los Angeles, California.

Mae T. Sasina

**ASHLEY v. FIRST FEDERAL BANK OF CALIFORNIA**
**Case No. 07 CV 2123**

**SERVICE LIST**

| | |
|---|---|
| Benjamin Ashley<br>7107 Broadway Avenue, #277<br>Lemon Grove, California 91945 | in pro per |

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

# LIST OF DOCUMENTS

1. NOTICE OF MOTION AND MOTION OF DEFENDANT FIRST FEDERAL BANK OF CALIFORNIA: (1) TO DISMISS ALL CAUSES OF ACTION AGAINST FIRST FEDERAL BANK OF CALIFORNIA [F.R.C.P.(8) & 12(b)(6)]; OR, IN THE ALTERNATIVE, (2) FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)];

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DEFENDANT FIRST FEDERAL BANK OF CALIFORNIA: (1) TO DISMISS ALL CAUSES OF ACTION AGAINST FIRST FEDERAL BANK OF CALIFORNIA [F.R.C.P.(8) & 12(b)(6)]; OR, IN THE ALTERNATIVE, (2) FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]; AND

3. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANT FIRST FEDERAL BANK OF CALIFORNIA: (1) TO DISMISS ALL CAUSES OF ACTION AGAINST FIRST FEDERAL BANK OF CALIFORNIA [F.R.C.P. (8) & 12(b)(6)]; OR, IN THE ALTERNATIVE, (2) FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)].