STEVEN N. RICHMAN, State Bar No. 101267
CHRISTOPHER NELSON, State Bar No. 242859
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone: (310) 785-0885
Facsimile: (310) 785-0787
E-Mail: *srichman@erlaw.com*
*cnelson@erlaw.com*

Attorneys for First Federal Bank of California

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLETTE SNEED,<br><br>Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE, GMAC/SIVERSTATE,<br><br>Defendant. | CASE NO. 07 CV 729 LAB (AJB)<br><br>Assigned to the Honorable Larry Alan Burns<br><br>Courtroom 9<br><br>**NOTICE OF RELATED CASES [CivLR 40.1e.]** |
| CATHERINE POPE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION, INDYMAC BANK, PACIFIC MONARCH RESORT, INC., FIRST FEDERAL BANK, GE MONEYBANK, and HOUSEHOLD BANK,<br><br>Defendant. | CASE NO. 07 CV 925 JM (AJB)<br><br>Assigned to the Honorable Jeffrey Miller<br><br>Courtroom 6 |

| | |
|---|---|
| BENJAMIN ASHLEY, an individual,<br>Plaintiff,<br>v.<br>FIRST FEDERAL BANK OF CALIFORNIA, DEUTSCHE NATIONAL TRUST AND ASSOC,<br>Defendants. | CASE NO. 07 CV 2123 BEN (NLS)<br>Assigned to the Honorable Roger T. Benitez<br>Courtroom 3 |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

First Federal Bank of California ("First Federal"), a Defendant in Ashley v. First Federal et al. (Case No. 07 CV 2123), Sneed v. Chase Home Finance, LLC et al. (Case No. 07 CV 729) and Pope v. Countrywide Home Loans et al. (Case No. 07 CV 925), but not a party to Belle v. Chase Home Finance LLC et al., (Case No. 06 CV 2454), submits the following Notice of Related Cases pursuant to Local Rule of Civil Procedure 40.1e., identifying the cases of which First Federal has become aware that are related to the above-captioned matter.

A. Earliest Filed Case Known to First Federal

Belle v. Chase Home Finance LLC et al., Case No. 06 CV 2454, filed on November 7, 2006, is the earliest filed case among the cases First Federal believes to be related.[1] A true and correct copy of the Complaint filed in Belle is attached as Exhibit "A." Belle was dismissed in its entirety without prejudice on October 31,

[1] First Federal has not filed this Notice in Belle due to the facts that: (1) First Federal is not a party in that case, and (2) Belle has now been dismissed with prejudice and is a closed matter.

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

2007. See Order of Dismissal in Belle, a true and correct copy of which is attached hereto as Exhibit "B."

B. Other Related Cases Known to First Federal

First Federal has discovered three cases which are related to Belle. The first of these cases is Sneed v. Chase Home Finance LLC et al., Case No. 07 CV 729, filed on April 20, 2007. A true and correct copy of the Complaint in Sneed is attached hereto as Exhibit "C." Sneed was dismissed in its entirety without prejudice on September 7, 2007. See Order of Dismissal in Sneed, a true and correct copy of which is attached hereto as Exhibit "D."

The second case is Pope v. Countrywide Home Loans et al., Case No. 07 CV 925, filed on May 22, 2007. A true and correct copy of the Complaint in Pope is attached hereto as Exhibit "E." Pope was dismissed in its entirety without prejudice on October 3, 2007. See Order of Dismissal in Pope, a true and correct copy of which is attached hereto as Exhibit "F."

The third and final case is Ashley v. First Federal et al., Case No. 07 CV 2123, filed on November 6, 2007. A true and correct copy of the Complaint in Ashley is attached hereto as Exhibit "G." Ashley is currently pending before the Honorable Roger T. Benitez, and First Federal has filed a Motion to Dismiss All Causes of Action Against First Federal [F.R.C.P. 8 & 12(b)(6)] or, in the Alternative, For a More Definite Statement [F.R.C.P. 12(e)], a true and correct copy of which is attached hereto as Exhibit "H."

C. Statement of Relationship of Cases

First Federal has filed this Notice pursuant to Local Rule of Civil Procedure 40.1e., which states, in pertinent part,

"counsel shall promptly file and serve on all known parties to each related action or proceeding a notice of related cases, stating the title,

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

> number, and filing date of each action or proceeding together with a brief statement of their relationship and the reasons why assignment to a single district judge is or is not likely to effect a saving of judicial effort and other economies."

A related case is defined as a case involving: (1) the same parties and similar claims; (2) the same property, transaction, or event; or (3) involve substantially the same facts and the same questions of law. CivLR 40.1f.

1. Similar Facts and Questions of Law

While the complaints in all of these cases are almost incomprehensible, these cases (as nearly as counsel can discern) all seem to deal with substantially similar facts and questions of law. All of the plaintiffs in these cases have named multiple lenders as defendants. While the facts in the complaints are unclear, each of these complaints seems to allege that somehow these lenders have acted inappropriately with respect to the real property secured by their loans.

These complaints seem to have been written using a common form, and while the claims are nonsensical, the nonsensical claims appear to relate back to a common source. Each of them seems to rely on a premise that the credit system upon which the lending industry in the United States is invalid, and that the only valid loans are loans for cash or gold and silver. In each of these complaints, the plaintiffs allege securities counterfeiting, allege RICO violations, cite international treaties (including the Treaty of the United Nations, the Universal Declarations of Human Rights, and the International Bill of Rights,), and seek the enforcement of criminal code provisions against lenders. These complaints rely on identical sources of law, many of them either wholly irrelevant for the relief sought or non-existent.

While Ashley is different from the other cases in that the Plaintiff has not disclosed a lending relationship with any of the defendants named in his complaint, his claims seem to involve the real property known as 2402 Cullivan Street,

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

Inglewood, California (the "Cullivan Street Property"), which was also central to the claims of the plaintiff in Sneed. While the Ashley complaint deviates from the general form of the others (it is also entitled a "Criminal Complaint"), the relief sought from lenders relating to real property is substantially similar to the other complaints.

2. Similar Property and Parties

First Federal was named as a defendant in all of these cases except Belle, in which First Federal had no involvement. Also, both Sneed and Ashley involve the Cullivan Street Property, and from what First Federal can discern, First Federal was sued in both instances due to its status as either a lender or owner of the Cullivan Street Property.

3. Assignment to a Single Judge is Unlikely to Effect a Saving of Judicial or Other Economies

First Federal does not believe that assignment of these cases to a single judge is likely to save judicial or other economies at this time, simply because all of the related cases but Ashley have been dismissed in their entirety. Should First Federal become aware of other related cases during the pendancy of Ashley, it will so notify all Courts assigned related matters pursuant to Local Rule of Civil Procedure 40.1e.

DATED: December 6, 2007

EPPORT, RICHMAN & ROBBINS, LLP

By: [signature]
CHRISTOPHER NELSON
Attorneys for First Federal Bank of California

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

EXHIBIT A

Rodney L. Belle
640 Pyramid Street
San Diego, CA 92114

FILED
06 NOV -7 AM 10:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rodney L. Belle, Plaintiff, vs. CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC. Defendant | Case No. '06 CV 2454 WQH (LSP) |
| | **Complaint to Action of Quiet Title/Lis Penden** |
| | **1) Violation of Regulation Z of the Truth in Lending Act, pursuant to Title 5 U.S.C. section 1635(a) and Title 12 CFR 226.23 (d)(i).** |
| | **2) Invasion of Title 5 USC Section 1635 (A) and title CFR 226.23 Title 11, U.S. Code 9th Circuit Ruling in Yamamoto v.Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency to Grant Relief.** |
| | **3) Invasion of International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes/ House Joint Resolution- 192 (the United States insurance policy),and the Emergency Bankruptcy of 1933, Am Jur 2d 81.** |

"Here comes the Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson in behalf of the unincorporated corporation (RODNEY L. BELLE) Creditor/ Non-Joint Tenant, Has Exhausted All Administrative Process under Notary Protest to the Comptroller of the Currency bringing this Article III Court Claim/ Action to Quiet Title/ Lis Penden/ **International Protocol of the United**



EXHIBIT A
PAGE 4

**Nations Convention on International Bills of Exchange and International Promissory Notes.** This controversy is over Four Hundred Thousand to over Six Hundred Thousand Dollars and it also involves real properties; located at 640 Pyramid St. San Diego, CA 92114 (**loan no.20929816 of Chase Home Finance, LLC and Loanstar Mortgage Service, LLC/ Loan No 2013993 Nova Star Mortgage Inc./Loan No.0014405549.**

**Jurisdiction of the Court**

The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; Judicial power of the United States shall be vested in the Supreme Court by the Constitution for the United States of America. The Amendments 1-10, absolutely, and without qualification petition relief upon the Constitution, which has not been abolished and repealed by Congress.

The jurisdiction of this subject matter involves real property, constructive fraud, misinformation, failure to give full disclosure of contract, counterfeiting securities, conspiracy, and violation of Regulation Z of the Truth and Lending Act/ and GAAP/ the Federal Reserve Board Regulation. In further notice of jurisdiction and judicial notice the Secured Party, Rodney L. Belle/ Non-Joint tenant, reserves all rights, waiver none ever, displaying of Bonds (Financial Statement) from the Secretary of State. A claim of relief can only be granted under the Bankruptcy Reform Act of 1978 (Bankruptcy Emergency Act), House Joint Resolution-192 Public Policy, and the Uniform



EXHIBIT A
PAGE 7

Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate of protest of dishonor of International Bill of Exchange Pursuant to the International Protocol of United Nations pursuant to the International Protocol of the United Nations, to the Comptroller of the Currency by notary public.

Additional jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction over subject matter/ Title 18 is enforcement of criminal elements, and furthermore, the United States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of jurisdiction of Federal Court/ and thus grounds, which governs jurisdiction and remedies under Title 42, 1983 and 1984 is operational under the color of State Law and offices.

**Parties of Interest**

Plaintiff at all times mentions Secured Party, Rodney L. Belle/ Non-Joint tenant.

Defendant at all times Mentioned is: 1) CHASE HOME FINANCE LLC, 2) LOANSTAR MORTGAGE SERVICES, LLC, 3) MARRIOTT VACATION CLUB INTERNATIONAL, 4) NOVASTAR MORTGAGE, INC.

**Fact**

On or around July, 2006 an agreement was made between CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, NOVASTAR MORTGAGE, INC., and the



EXHIBIT A

PAGE 9

Grantor, Rodney L. Belle/ Non-Joint tenant. The Grantor, Rodney L. Belle/ Non-Joint tenant has **honored/ tendered in full with good faith funds the said amount of the property ($400,000.00 to over $600,000.00)** by commercial instrument No. 4443800530 from Washington Mutual Check No. 263/ Bill of Exchange. Rodney L. Belle/ Non-Joint tenant was then waiting for the notice of full Reconveyance of the Deed of Trust of said property by the President or Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL and NOVASTAR MORTGAGE, INC. The Grantor, Rodney L. Belle/ Non-Joint tenant, **in good faith, honored** and sent, by independent courier, a payment in full of the full amount of the property. The affirmative fact, due to the Dishonor mentioned in the above waiver of rights pursuant to the our settlement agreement and stipulations, that any dishonor/ arguments the grantor can regain his rights and the original Deed of Trust was rescinded in good faith due to the following reasons:

A) the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC **dishonored/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act pursuant to the Freedom of Information Act, that lawful money was loaned out (CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Dishonored**



EXHIBIT A
PAGE 9

by silence, Rodney Belle's Request to all the Corporations listed in the above to have a professional accountant to check the credit and debit of the account.

**B)** GHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE, INC refused to sign under there **full commercial liability under the penalty of perjury by sworn Affidavit/ Jurat** that pursuant to article 1 section 10 of the Constitution for the United States of America, lawful money was loaned out to the Plaintiff Rodney L. Belle/ Non-Joint tenant, and the Plaintiff Rodney L. Belle/ Non-Joint tenant does not qualify pursuant to the personal belief of the President and Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC who feel that Rodney L. Belle/ Non-Joint tenant Doesn't qualify under the United States insurance policy, which is **House Joint Resolution-192 and its responsibility to discharge all public and private debts, pursuant the Emergency Bankruptcy/ Executive order of President Roosevelt in 1933.**

C) The ultimate fact due to the dishonor/ unethical and outrageous business practice of the Defendant CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC. Rodney L. Belle/ Non-Joint tenant, in his own stead, gave notice of rescission of the Deed of Trust under the statutes of fraud and also due to breach of agreement/ dishonor of the administrative process, in which Rodney L.



EXHIBIT A
PAGE 10

Belle/ Non-Joint tenant **honored/ regained his power to hire a notary to do a certificate of protest of the dishonor to the Secretary of the Treasury and the Insurance Commissioner and the Comptroller of the Currency.** Due to dishonor/ continued arguments and outrageous and unethical business practices of the, CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC under the color of office and State Law.

The affirmative fact, that I, Rodney L. Belle/ Non-Joint tenant, further have reason to believe that the general public and the public at large are in jeopardy due to these unethical business practices and the President and Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC's willful refusal to give full disclosure pursuant to Regulation Z of the Truth in Lending Act and am expecting Relief under said act. This is the reason I, Rodney L. Belle/ Non-Joint tenant honor the defendant's mutual administrative settlement agreement and stipulations to have filed, a Quiet title Lis Penden, under the rules of the common law, to test the Validity and let the Jury make the Determination whether there is a Breach of Contract between the Grantor and the Grantee, who is the lawful owner of the property. The Quiet title is also to test the validity to whether there was a breach of agreement or a breach of duty of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE, INC to give full Reconveyance of the property. To

Further Test the Validity of whether the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC has the right to enforce an acceleration clause that is on the deed of trust, when a payment in full was dishonored by the CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC and when there is evidence that the defendant CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC never loaned anything of substance to Rodney L. Belle/ Non-Joint tenant and, does CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC qualify for the security/ estate to foreclose on the security.

Rodney L. Belle/ Non-Joint tenant has reason to believe that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC in want of Jurisdiction/ acceleration clause after the dishonor the $400,000.00, for which CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC apologized for any inconvenience in an unsigned cover letter by President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC (see attachments). Also due to the affirmative fact that Rodney L. Belle/ Non-Joint tenant registered a UCC-1 financing statement



EXHIBIT A

PAGE 12

with the Secretary of the State and transmitted utilities to the Secretary of the Treasury and notified all parties of his status. The Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson for the non-debtor corporation RODNEY L. BELLE/ NON-JOINT TENANT, with UCC-1 Financial Statement with the Secretary of State, gave 72 hour notice to all parties of interest, of transmitting utilities (UCC-3) and through means of Bill of Exchange Pursuant to the International Protocol of United Nations, "acceptance for value" and notice of rescission, due to failure to give full disclosure, for said amount of One Million Eight Hundred Thousand Dollars and zero cents lawful money, which was sent to the Secretary of the Treasury for adjustment of my prepaid account under Public Policy HJR-192, Emergency Bankruptcy Act of 1978, which was transmitted by the Chief Justice of the Supreme court to Congress, wherefore the Secured Party Reserves Right by Judicial Notice to all of that which is mentioned in the above of how a claim of relief can be granted. Please take Judicial Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the Judge mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.

The respondent failed to respond within the 20 days as requested or cancel the transaction and return the property back (Rescission and Replevine).



EXHIBIT A
PAGE 13

**Judicial Notice of International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes/ Counterfeiting Securities of the United States**

The Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson for the non-debtor corporation (RODNEY L. BELLE) declares and is informed that CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC willfully failed to give full disclosure, according to Regulation Z and the Truth and Lending Act, of check book credit/ credit debit, a.k.a. letter of credit (bill of credit) and they declined to have an independent, certified accountant to review the lawful money that was originally loaned to see if there was clean hands in the above matter.

The Secured Party, Rodney L. Belle/ Non-Joint tenant further affirms and is informed that the president/ vice president of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC further declined to sign the affidavit under the penalty of perjury, and also further declined in setting a public conference and invitation of the press/ media in front of the place of business of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC. to answer one hundred and fifty questions/ schedule within a specified time, which was also declined by the defendant CHASE HOME FINANCE LLC, LOANSTAR



EXHIBIT A

PAGE 14

MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC., who continue to this day to refuse to give full disclosure that check book entries/ debit credit was created, and no lawful money was lent to the Plaintiff. For this reason, the Secured Party has reason to believe that all of that mentioned in the above qualifies as counterfeiting securities of the United States, which is a violation of the Securities and Exchange Commission Act of 1933 and 1934.

**International Protocol/ Treaty with the United States**

**United Nations Convention on International Bills of Exchange and International Promissory Notes**

**Security Exchange Commission Act of 1933 and 1934**

Article 1, section 8, clause 6 in the Constitution for the united States of America provides that, "the Congress shall have power to provide for the punishment of counterfeiting the securities and current coin of the United States.

Pursuant to Title 28 U.S.C., section 4 of the Commission of Crimes Cognizable by a Court of the United States under Title 18 U.S.C. section 513 to wit 513(a), whoever makes utters or possesses a counterfeited security in a private capacity of a state or a political subdivision thereof, or of an organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten years or both. See also section 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. 2311-15 included evidence of indebtedness, which, in a broad sense may mean anything that is

due or owing, which would include a duty, obligation, or right of action. The negotiable instrument that was deposited in the above mentioned account, qualifies as counterfeited securities.

**Failure to give full disclosure of contract according to the Truth and Lending Act and Regulation Z**

The Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson for the non-debtor corporation, reserve all rights and remedy under the Uniform Commercial Code and the Emergency Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the Chief Justice transmitted to Congress that all courts of the United States are subject to the Bankruptcy Court and the Bankruptcy code is the Supreme Law of the Land. For the affirmative fact the Secured Party, pursuant to Public Policy HJR-192, Bill of Exchange Pursuant to the International Protocol of United Nations for Four Hundred Thousand Dollars and Zero Cents, the Secured Party transmitted Utilities to the Secretary of State and the Secretary of the Treasury, instructing all parties to make adjustment of account, wherefore the defendant and all parties of interest have currently been served.

**Statement of Cause**

The Secured Party Rodney L. Belle/ Non-Joint tenant, attests and is informed that all rights are reserved under the **Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights,**



EXHIBIT A

PAGE 10

**International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes. If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days).**

Further definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.

The Secured Party, Rodney L. Belle/ Foreign African National Non-Joint tenant is further informed that it is the responsibility of the lender (creditor) CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC to give full disclosure of contract pursuant to the **Freedom of Information Act** and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin**



EXHIBIT A
PAGE 17

**money, emit bills of credit..." And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.**

The affirmative fact is that the President/ Vice President of, CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC and cohorts, also dishonored/ failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the plaintiff. The defendant further failed to disclose the loan was pre-paid and the plaintiff would be converted into a joint tenant for 30 years. It also was not disclosed to the plaintiff that he was a Joint Tenant/ Mortgage was a lien and all monthly payments of Federal Reserve Notes, tender for debt. ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

See **Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.**

The Secured Party, Rodney L. Belle/ Non-Joint tenant, further has reason to believe this operation under the color of



EXHIBIT A

PAGE 18

authority by President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC is in direct violation of the Constitution for the united States of America, also the International Protocol (United Nations Convention on International Bills of Exchange and International Promissory Notes, and the U.S. Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and the general public at large. The Secured Party, Rodney L. Belle/ Non-Joint tenant, in his own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a **special well informed grand jury of the rules of the Common Law/ Article III Court Proceeding/ International Protocol/ treaties of the United Nations Convention on International Bills of Exchange and International Promissory Notes. Further investigation of Violation of the Securities and Exchange Commission Act of 1933 and 1934 the RICO allegation/ criminal elements.**

**Judicial Notice of How a Claim of Relief Can be Granted**

The Secured Party, Rodney L. Belle/ Non-Joint tenant gives **Judicial Notice to the United States District Court that relief can only be granted under his bond/ UCC-1 Financing Statement/ Article III Court Proceeding under the rules of the Common Law, all rights reserved, waiver none ever to an Article II Maritime**



EXHIBIT A

PAGE 19

**Court proceeding. Further relief can be granted? A) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d) (i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933. B) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code. C) Under the Settlement agreement and the stipulations between the parties, Rodney L. Belle/ Non-Joint tenant and the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC.**

In further Judicial Notice, the plaintiff/ Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson for the none debtor Corporation, RODNEY L. BELLE, honor any and all arguments and anticipate dishonor of the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC and its attorneys, to continue to **Dishonor/ harassment of the Secured Party by threatening of non-judicial foreclosure in state court, by interference of a third party/ silent partner or newly appointed trustee,** after secured party notice of

rescission/termination of the former trustee and demand according to the Secured Party's mortgage insurance Company policy to pay off the balance, which was also refused pursuant to the United States insurance Policy, which is House Joint Resolution-192.

## Conclusion

The Secured Party, Rodney L. Belle/ Non-Joint tenant, **honors** and further anticipates that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC/ Dishonor by invasion of administrative settlement agreement between the parties, by **political arguments and debates on Points and Authority contrary to the principles of the National Banking Association Act of 1863** in a spurious attempt to cover up the RICO and unclean hands, request an order for dismissal due to plaintiff's failure to post bond or state how a claim of relief can be granted, when the affirmative fact shows the Acceptance for value by the Secured Party, see exhibit of bond, a.k.a. financial statement/ transmit of utilities and adjustment of account has been taken care of under Public Policy HJR-192/ Emergency Bankruptcy Act of 1933, which the plaintiff gives Judicial Notice of the settlement agreement and stipulations and this is how a claim of relief can be granted



EXHIBIT A

PAGE 21

under my bond/ Financing Statement Registered with the Secretary of State and all of the mentioned in the above.

**Prayer**

1) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Honor** the terms and conditions of the settlement agreement between the parties to Stay of all dishonor/ non-judicial foreclosure proceeding, stay of harassment of the defendant and its silent partner.

2) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC honor the terms and conditions of the settlement agreement between the parties request for three times the above and the amount of the Bill of Exchange Pursuant to the International Protocol of United Nations, which will be presented at trial.

3) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Honor** the terms and conditions of the settlement agreement between the parties the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC, cease and desist

all commercial **dishonor/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out (CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Dishonored** by silence, Rodney Belle's Request to have a professional accountant to check the credit and debit of the account Request that this court accept my bond UCC-1 financial statement by the Secretary of State and give further Judicial Notice of Full Acceptance of the Defendant's Dishonor and accept it for value and exchange in behalf of his exemption and further release the property to him before the end of business hours, which will conclude any and all commercial transaction, which includes but is not limited to the Defense's spurious claims of defective service to authorized agent/ other political arguments and debates that are contrary to Regulation Z of the Truth-in-Lending-Act/ the Security Exchange Commission of 1933 and 1934/ House Joint Resolution-192, which is the United States Insurance Policy. This is also includes in the acceptance and merit evidence that a claim of relief has been mentioned according to HJR-192 Public Policy and the Bankruptcy Reform Act of 1978/ Uniform Commercial Code.

4) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC honor the terms and conditions of the settlement agreement between the parties Special Request that this controversy is governed only according to the rule of the Common Law Article

III proceeding, waiver of Rights none ever to special Maritime Territory and Jurisdictional proceeding of legislative none ever, unless signed by a notary public...

5) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC honor the terms and conditions of the settlement agreement between the parties and further **relief can only be granted by Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

6) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Honor** the terms and conditions of the settlement agreement between the parties to have the President and Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC before they hire any attorney dishonor/ protest Rodney L. Belle's **Honor Draft** (Quiet Title Lis Penden) that they first swear under their full commercial liability under the penalty of perjury and sign a jurat or record a full Reconveyance on the Deed of Trust in the County Recorder and do

**7) Judicial Notice of Request for a well informed Grand Jury review, who understands the rules of the Common Law in an Article III Court proceeding only. By the Plaintiff, Rodney L. Belle, being a Foreign African National he makes reservation under the Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights, International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes. If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days) (see further reference: Am Jur 2d 81).**

whatever the District Court of the United States Article III Court deem to be just and proper.

**Verification**



EXHIBIT A
PAGE 25

The Secured Party, Rodney L. Belle/ Non-Joint tenant, declares and attests that he has **Honored** all of the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, AND MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC's notice/ letter of dishonor of the $400,000.00 to over $600,000.00 letter bond by Nancy Marks and Associates, LLC of Accounting who apologized for any inconvenience of returning the $400,000.00 to over $600,000.00. In further dishonor by **Invasion of International Protocol of United Nations International Bill of Exchange Pursuant to the International Protocol of United Nations**/ by the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC's refusal to sign under their full commercial liability under the penalty of perjury and give disclosure pursuant to the Truth and Lending Act/ Regulation Z by signed jurat before a notary public that all loans are lawful money and are backed by gold and silver and the plaintiff, Rodney L. Belle/ Non-Joint tenant qualifies under the House Joint Resolution-192, the United States insurance policy, (and according to Rodney L. Belle's home insurance policy) to have the public debt discharged. Any mention that judicial notice of relief can only be granted under Public Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC dishonoring the administrative settlement agreement between the parties by non judicial



EXHIBIT A
PAGE 26

foreclosure/ counter claims/ motion for dismissal shall be viewed as a breach of agreement between the parties shall also be viewed as true and correct.

Henceforth Submitted

Rodney L. Belle

Secured Party, Rodney L. Belle/
Non-Joint tenant, spokesperson for
the unincorporated corporation/
vessel, (RODNEY L. BELLE)



EXHIBIT A
PAGE 27