**EXHIBIT G**

Recording Requested by

When Recorded Mail to:
Name: **Benjamin Ashley**
Address: 7107 Broadway Ave
ZIP: Lemon Grove Ca 91945

FILED
07 NOV -6 PM 2:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

'07 CV 2123 BEN (NLS)

Space above this line for Recorder use only

To: United States Attorney
California Attorney General
880 Front St. Rm 6293
San Diego, CA 92101

**CRIMINAL COMPLAINT**
**Affidavit of information**
**Affidavit of Obligation/ Truth**
**"True Bill in Commerce" By the**
**Petitioner, Benjamin Ashley,**
Complaint
Felony, High Crimes and Racketeering Influenced and Corrupt Organization
18 USC (RICO)
Alien Tort Claim Act
A)Violation of Federal Civil Rights Act of 1871 and Title 12, 1983, 1984, 1986 Equal protection and Due process of Law, and Refusal to Make a Arrest on all Parties for Criminal Trespass, etc.

B) Trespassing and Invasion of International Protocols, the Law of the Nations, the Law of Merchants, Human Rights Violations, also of the World Constitution and Treaty of the United Nations, the Universal Declarations of Human Rights, International Bill of Rights, etc.

**Demand for Grand Jury Investigation / Review of Finding**

THIS CRIMINAL COMPLAINT AND AFFIDAVIT OF INFORMATION/ TRUE BILL DOES NOT ARISE FROM THE SUBJECT MATTER OF ANY PREVIOUS DISPUTES IN CLASS ACTION.

**Affidavit of Information/ Affidavit of Obligation (Affidavit of Truth) "True Bill in Commerce" in support of a Criminal Complaint/ Alien Tort Claim Act.**

I, **Benjamin Ashley, Attorney-in- Fact** the Complainant/ Affiant in the instant matter, am reporting, by affidavit of obligation, and am giving (Public Notice of Criminal Trespassing /Violations of International Protocols and the law of the Nations/Law of Merchants/Human Rights Violations, of the

EXHIBIT 6
PAGE 75

General Public at Large are in Jeopardy due to the Unlawful unethical Business Practice , the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates Insolvent Corporation Impersonating International Creditor of Debts of 1930 -33 Reorganization of UNITED STATES BANKRUPTCY as Debt Collector's .) to this office of the United States Attorney, and U.S. Attorney General believed to be the Competent authorities to which knowledge of criminal action should be reported. This "True Bill in Commerce" Affidavit of Obligation is pursuant to 18 United States Code Section 4 (18 USC 4), the Federal Rules of Criminal Procedure, Rule 3, Title 18 (18 USC) Section 4 States:

"Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals, and does not as soon as possible make known, the same to some Judge or other person in civil or Military authority under the United States, shall be fined not more than $500.00 or imprisoned not more than three years, or both."

Federal Rules of Criminal Procedure Rule 3 States:

"The complaint is a written statement of the essential fact constituting the offense charged. It shall be made upon oath, before a magistrate."

In order for a crime to exist, four elements must exist. First there must be a clearly defined crime or criminal action. Second, there must be a victim. Third, that the victim must have been damaged or injured, and fourth, the criminal intent must be established on the part of the accused. Without proof of all four elements, no action can be considered criminal.

In this matter the complainant affiant is the victim, the Commercial Affidavit set the complained issues and this criminal complaint defines the crimes, verifies the actual damages, and the intent was established by proof that the accused the President and Vice President of First Federal Bank and its Partnership/silent Partner Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust, Trustee for Insolvent New Century Mortgage Company/



EXHIBIT C

PAGE 76

**PARTIES OF INTEREST**

Petitioner at all times mentioned is **Benjamin Ashley Attorney-in-Fact.**

Respondent at all times mentioned is 1) the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates, 2) Los Angeles Police Department

**STATEMENT OF FACTS**

I Benjamin Ashley Declare and Attest this Controversy, of above Insolvent Mortgage Company Call New Century Mortgage, who no longer in Business or in a Reorganizations due to Outrageous and Unethical Business Practice of Impersonating and International Creditors , Pretending to Give a Loan to the General Public at Large ,and Refusal to Give Full Disclosure that Pursuant to Regulation Z and the Truth and Lending Act, all Mortgage is Not a Loan Only a Common Law Lien on Said Property, and also failure to Inform Pursuant to the National Bank Act of 1863 All Banks and Mortgage Company are Prohibits of Lending any Money, also not to mention Article 1 Section 10 of the Constitution for the united States of America which Prohibit , one from Emit Bill of Credit in the 50 Republic States, and only Gold & Silver is the Form of Legal Tender of Debts, under the Color of Office without the Grantor Consent the Insolvent Mortgage sold the loan to First Federal Bank , and the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust is Acting Trustee and Asset Back Pass Through Certificates and Fraudulent Loans of the General Public at Large. In Good Faith Mrs. Sneed wash her hand by Grant Deed Said Property Located at : 2402 Inglewood Ca 90303 and Surrender to Key to Logical Mortgage Banker, and Mrs. Sneed later filed for Bankruptcy / Quiet Title Action an she Move out of state, on or around Oct 24, 2007 am



EXHIBIT G

PAGE 77

Mrs. Patricia Murray and Associated Mrs. Lisa Fisher Attorney at Law ,come with the Municipal Police Sergeants Fernandez , I show the Grant Deed and etc. the office mention it's a civil Matter and he is prohibit of getting involved, the next day at 6pm I step out of the house for a couple of hour only to see that under the color of office and state law the lock has been change the second time without my permission and the Respondent mention in the above has Criminal Trespass, and on that follow sat 27,2007 the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates had some Mover and Municipal Police officer A Mayorgu ,appear and Refused to Arrest the Mover , after the Mover acknowledge that I was calling the Sheriff Department and A Citizenship will be made , despite of Municipal Police officer Mayorgu Refusal to do his Job, the Worker all Fled the Locations and the Representatives of the Realtors Rob Buchan and Mortgage never appear at the Scene, and I Benjamin Ashley Has Reason to believe that as long as these Outrageous and Unethical Behavior of Persons who are Party of the Municipal Police Department, Acting Sheriff for the Republic of California, does not Serve and Protect the General Public, Rather act as a Spokespersons for the Mortgage Company , by Political Argument and Debates of Moot Points, who First Second Position of Title Recorded in the County Recorder, does not exempt one from Criminal Trespass and Violation of the Law.

Domestic Mixed War- a mixed war is one which is made on one side of public authority, and the other by mere private Insolvents Corporation Impersonating as International Creditor(the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates) and ( (Black's Law Dictionary 5th Ed. Page 1420). War does not exist merely because of an armed attack by Military forces of another nation until it is a condition recognized or accepted by political authority of Government, which is attacked either through an actual declaration of war or other acts demonstrating such, criminally under Title 18, Section 4, civilly under Title 42, Section 1983, 1985, 1986, position emphasis added: (Suaser V. Sun Life Assure Co. Of Canada, D.C. 57 F Supp. 620, 621)



EXHIBIT G
PAGE 18

Mixed war is the disintegration of peace: Webster's states: "A State of hostility, conflict, or antagonism, a struggle between opposing forces," not necessarily open, violent, armed confrontations, although a continued state of disrupted peace by any forced lead to open armed conflict.

Non Bonded agent/ the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates did act in the scope of office and in their private capacity are hereby accused of the following crime against, and violation of the rights of the people of this California Republic/ International Communities/ Universal Declaration of Human Rights or obligation are secured, preserved or defined by the Constitution, art.1 sec. 10, clause 1 and also Article 1 section 9 clause 3- Bill of Attainder to prevent such abused by government officials by their oath to support said Constitution; (67 CJS, Officers, Section 46, and Oaths) Sec (15 USC).

Malfeasance A. Mayorgu/ Los Angeles Police Department of office by such wrongful action, by Refusal to Make an Arrest upon all those who Criminal Trespass and these individuals have acted with malfeasance of office in deliberate conspiracy with knowingly and willfully acted under the color of state law and office by Refusal to Arrest All Parties for Criminal Trespass and Change of the Locks on said Property Listed in above Refusal to Call After Sergeant Fernandez and Confirm mention it's a civil Matter and he can't get involve and they the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates are guilty of misconduct in office whether public or private.

Treason-

Treason is defined as the assault against the authority to which one owes allegiance. It is one of three specific crimes named in the United States Constitution. It requires that one commit an act of war against the Constitution or giving aid and comfort to an enemy, such clearly, action by government officer and such private officer who have privileged authority in Commerce by the Constitution, in specific



EXHIBIT G
PAGE 79

connection to the above violation. Malfeasance of office along with violating their oath of office and in the related connected activities here in as listed below is nothing short of Treason.

In addition to and along with the above cited crimes, the accuser's acting in concert with such so called government official or impersonation of the Sheriff (A. Mayorgu/ Los Angeles Police Department without professional performance Bonds) Pursuant to the California Government Code Section 110 Define only the Sheriff is Police of California Republic and the Deputize Marshall Complete such acts as listed as follows:

Obstructing enforcement (a) whoever holds, or returns any person to a condition of Restraint with the intent of placing him or returning him to a condition/ violation of civil/ human rights shall be fined under Title or Imprisoned not more than 10 years or both. (b) Whoever obstruct, or in any way interfere with, or prevent the enforcement of this section shall be liable to penalties prescribed in subsection (a) Source (June 25, 1948) ch. 645, 62 Stat. 772 Pub. 1-103-322, Title xxxiii sec 330016 (1) R) Sept. 13 1994 108 stat. 2147. Pub. 104-208 Div. Title 2 Sec 218 (a) Sept. 1996. 100 Stat. 3009 J 73.

Fraud-

Permitting shown and demonstrated acts of fraud and actively participating in a scheming conspiracy of untruths and misrepresentation to deceive those who entrusted themselves in dealing in good faith, while specifically acting in deliberate bad faith and such fraud was shown (Cal. Penal Code sec. 532 18 USC 1001).

Conspiracy-

A confederation of two or more individuals who may not know each other but by their joint effort, commit some unlawful or criminal act.(Black's Law Dictionary). Multiple officials, agents, and other persons named properly noticed by the attached commercial affidavit and the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates who under a color of official right and appearance and

color of law, continued to perform such acts to continue to raise revenue by fraud and extortion, theft of exemption of and the general public at large. (California Racketeering Act 18 USC 1961 et. Seq.)

Racketeering

Is the combination of the above identified crimes. Title 18 United States Codes Section 1961 (RICO) defines it as involving a host of patterned criminal actions that includes but is not limited to an act or threat of murder, kid napping, gambling, arson, and as in the instant case, robbery, bribery, extortion, Fraud, slavery, misrepresentation, etc..

The explanation of crimes above stem from other hidden crimes being forced upon the general public at large/ the People of this California Republic and the International Communities. Such Crimes and this Affidavit of Information, is registered in the overall context of the Bankruptcy of the United States the, District of Columbia) as per Jurisdiction set for In the U.S. Constitution Article 1, section 8, clause 17, and 18 and Article 4, Section 3, clause 2) the United States Bankruptcy is a direct result of the Federal Reserve act of Dec. 22, 1913, in which the delegated authority of Congress to be Responsible for the Nation's currency was unconstitutional and was clearly reiterated on march 17, 1993 on the floor of the House of Representatives by James Traficant, Jr. (Ohio) addressing the House, it is recorded in the United States Congressional Record, Wednesday, March 17, 1993, vol. 33 page HI303:

"Mr. Speaker, we are here now in chapter 11, member of congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history. The U.S. Government," he further mentioned, "the U.S. attorney general the "permanent member" to the Secretariat of the Interpol operation and the Secretary of the Treasury , the "alternate permanent member" under article 30 of the constitution , and regulation of Interpol 22 USC 263 (a), the agents are required to renounce their allegiance to their respective countries and expatriate consequently, all "public servant" official, Congressmen, politician, Judges, attorney, law enforcement personnel, the states and their various agencies are express agents of the foreign principal. Private Municipal Corporation in behalf of the United States



EXHIBIT 6

PAGE 81

A) A Federal Corporation title 28 U.S.C. Section 300(5) chapter 176 mentions in the United States is a Corporation 534 federal supplement 724.

This RICO enterprise should be subject to 28 USC sec 4 of the commission of crimes cognizable by a court of the United States. Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a counterfeited security of a State or political subdivision thereof or of an organization, or whoever makes, utters, or possesses a forged security of a state or political subdivision thereof, or organization with intent to deceive another person, organization, or government shall be fined not more than $250,000 or imprisoned not more than ten (10) years or both." Among securities defined at 18 USC sec 2311 is included: "evidence" of indebtedness, which in a broad sense may mean anything that is due and owing, which would include a duty, obligation , or right of action.

**Waiver of Contractual Right**

The failure of either party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that Party's right agreement. **The Benjamin Ashley Acting. Attorney –in –Fact/** Private Attorney General, shall not be deemed to have waived right under this agreement unless such waiver is given in writing and signed by the Petitioner. No delay or omission on the part of the Petitioner in exercising a right shall operate as waiver of such right or any other right. A waiver by the Petitioner of a provision of this agreement shall not prejudice or constitute a waiver of the Secured Party's right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by Benjamin Ashley nor any course of dealing between Benjamin Ashley , and the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates and Associates A. Mayorgu/ Los Angeles Police Department shall constitute a waiver of the Secured Party's rights or of Debtor obligations under this agreement as to future Transactions, whenever the consent of is required under this



EXHIBIT G

PAGE 82

Agreement, the granting of such consent by the Petitioner in one instance shall not constitute consent over the whole.

UCC 3-103 fraud, misrepresentation, duress, Estoppel, Bankruptcy, principal and agent law of contract.

UCC 3-103. Duty to act in good faith Requires honesty not dishonest/ reasonable Commercial Standard of fair Dealing.

UCC 403. Filing Public Record or upon Acceptance by Filing offer.

UCC 1-201 (11) offer/ consideration/ Acceptance

UCC 1-105 Territorial, Application of the act, practice, Power to choose, Application Law, choose law, conflict of Law.

**Payment of One Billion Dollars, U.S. $1,000,000,000.00**

| Nature of Crime | Damage Penalty | Authority of Damage |
|---|---|---|
| Fraud | $10,000.00 | $ 18USC 1001 |
| 3 counts theft of exemption | $5,000.00 | $ 18 USC 872 |
| from count 3 (felony) (18USC 2112) no | $250,000.00 | $18USC 3571, 3623 |
| Conspiracy | $10,000.00 | $18USC, 241 |
| Racketeering (Criminal) | $25,000.00 | $18USC, 1963 |
| Grand theft Larceny | $250,000.00 per day | $18 USC 872 |

See attachment: Bill of Exchange upon default

Subtotal amount, see attachment (A)



EXHIBIT 6
PAGE 83

Racketeering (Civil Value) Whatever the actual damages are, that can be proven, multiplied by 3, triple the damages.

$10,000.00 x 3 = $ 18 USC, 1964

| | |
|---|---|
| 100 Constitutional Violations | |
| (150 Human Rights violation) | $100,000,000.00 |
| from count 21 | $ see attachment |
| partial table total | |
| Racketeering civil penalties | $ upon default, see exhibit of Bill of Exchange for said amount of One Billion Dollars. |

I, Benjamin Ashley, Declared and Attest / affirm that the above Information mentioned in this Affidavit of Truth, True Bill" is correct to the best of my knowledge and belief. P.S. within 30 days Can you please give me your legal Authority, if you choose not to prosecute, Nor Qualified for a Grand Jury Investigation of Operations under the Color of Law and why each member doesn't fall in the realm of Investigation or Review by a Grand Juries of Criminal Elements, and if evidence of Crime, criminal prosecution for violations mentioned in the above.

Henceforth Submitted

Benjamin Ashley

Benjamin Ashley Attorney-in -Fact



EXHIBIT 6

PAGE 34

# UNITED STATES DISTRICT COURT
# SOUTHERN JUDICIAL DISTRICT

## DECLARATION OF SERVICE

I am over the age of 18 and I hereby attest and confirm that I personally served an Authorized Agent of
**USD COURT**
**at their place of business known as 880 FRONT ST , San Diego, CA 92101, and that I served the following documents:**

**CRIMINAL COMPLAINT;Benjamin Ashley.**

**To Proof of Service, I do hereby declare to be true and correct to the best of my knowledge and ability that I have served the party(s) named hereon with a true copy of the document within.**

**This 6TH Day Of November 2007**

[signature] ______________________ **Signature of Person Serving**

EXHIBIT G

PAGE 95