AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

**Benjamin Ashley**

**V.**

**JUDGMENT IN A CIVIL CASE**

**President of First Federal Bank,**

**Vice President of First Federal Bank,**

**Rob Buchan,**

**Patricia Murray,**

**Deutsche Bank National Trust and Associates,**

**Los Angeles Police Department,**

**First Federal Bank of California.**

**CASE NUMBER:** 07cv2123 BEN(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiffs Motion to Proceed In Forma Pauperis is denied. Accordingly, the Complaint is dismissed without prejudice..........................................................................................................................................

December 17, 2007
Date

W. Samuel Hamrick, Jr.
Clerk

S/J Hathaway
(By) Deputy Clerk

ENTERED ON December 17, 2007