STEVEN N. RICHMAN, State Bar No. 101267
H. MARK MADNICK, State Bar No. 228126
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone: (310) 785-0885
Facsimile: (310) 785-0787
E-Mail: *srichman@erlaw.com*
*Hmmadnick@erlaw.com*

Attorneys for Defendant
FIRST FEDERAL BANK

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM CARTER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOMES LOANS; EMC MORTGAGE CORPORATION; INDYMAC BANK; PACIFIC MONARCH RESORTS, INC.; FIRST FEDERAL BANK; GE MONEYBANK; HOUSEHOLD BANK; BANK OF NEW YORK; DAVID L. SKELTON, Bankruptcy Trustee; JOHN J. KRALIK; SUPERIOR COURT CHIEF CLERK C. SCLINSKY; PRESIDING ADMINISTRATIVE JUDICIAL OFFICE; COMMISSIONERS/LEVY OFFICERS; DOES 1-45,<br><br>Defendants. | CASE NO. 07-CV-02334-WQH (WMC)<br><br>**Assigned to the Honorable William Q. Hayes**<br><br>**NOTICE OF RELATED CASES [CivLR 40.1e.]** |
| CATHERINE POPE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION, INDYMAC BANK, PACIFIC MONARCH RESORT, INC., FIRST | CASE NO. 07 CV 925 JLS (AJB)<br><br>Assigned to the Honorable Janis L. Sammartino<br><br>Courtroom 6 |

| | |
|---|---|
| FEDERAL BANK, GE MONEYBANK, and HOUSEHOLD BANK,<br><br>Defendant. | |
| BENJAMIN ASHLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRST FEDERAL BANK OF CALIFORNIA, DEUTSCHE NATIONAL TRUST AND ASSOC,<br><br>Defendants. | CASE NO. 07 CV 2123 BEN (NLS)<br><br>Assigned to the Honorable Roger T. Benitez<br><br>Courtroom 3 |
| CHARLETTE SNEED,<br><br>Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE, GMAC/SIVERSTATE, | CASE NO. 07 CV 729 LAB (AJB)<br><br>Assigned to the Honorable Larry Alan Burns<br><br>Courtroom 9 |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

First Federal Bank of California ("First Federal"), a Defendant in Carter v. Countrywide Homes Loans, et al. (Case No. 07 CV 2334), Ashley v. First Federal et al. (Case No. 07 CV 2123), Sneed v. Chase Home Finance, LLC et al. (Case No. 07 CV 729) and Pope v. Countrywide Home Loans et al. (Case No. 07 CV 925), but not a party to Belle v. Chase Home Finance LLC et al., (Case No. 06 CV 2454), submits the following Notice of Related Cases pursuant to Local Rule of Civil Procedure 40.1e., identifying the cases of which First Federal has become aware that are related to the above-captioned matter.

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

A. Earliest Filed Case Known to First Federal

Belle v. Chase Home Finance LLC et al., Case No. 06 CV 2454, filed on November 7, 2006, is the earliest filed case among the cases First Federal believes to be related.[1] A true and correct copy of the Complaint filed in Belle is attached as Exhibit "A." Belle was dismissed in its entirety without prejudice on October 31, 2007. See Order of Dismissal in Belle, a true and correct copy of which is attached hereto as Exhibit "B."

B. Other Related Cases Known to First Federal

First Federal has discovered three cases which are related to Belle. The first of these cases is Sneed v. Chase Home Finance LLC et al., Case No. 07 CV 729, filed on April 20, 2007. A true and correct copy of the Complaint in Sneed is attached hereto as Exhibit "C." Sneed was dismissed in its entirety without prejudice on September 7, 2007. See Order of Dismissal in Sneed, a true and correct copy of which is attached hereto as Exhibit "D."

The second case is Pope v. Countrywide Home Loans et al., Case No. 07 CV 925, filed on May 22, 2007. A true and correct copy of the Complaint in Pope is attached hereto as Exhibit "E." Pope was dismissed in its entirety without prejudice on October 3, 2007. See Order of Dismissal in Pope, a true and correct copy of which is attached hereto as Exhibit "F."

The third case is Ashley v. First Federal et al., Case No. 07 CV 2123, filed on November 6, 2007. A true and correct copy of the Complaint in Ashley is attached hereto as Exhibit "G." Ashley is currently pending before the Honorable Roger T. Benitez, and First Federal has filed a Motion to Dismiss All Causes of Action Against First Federal [F.R.C.P. 8 & 12(b)(6)] or, in the Alternative, For a More Definite Statement [F.R.C.P.

---

[1] First Federal has not filed this Notice in Belle due to the facts that: (1) First Federal is not a party in that case, and (2) Belle has now been dismissed with prejudice and is a closed matter.

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

12(e)], a true and correct copy of which is attached hereto as Exhibit "H."

The Fourth and final case is Carter v. Countrywide Home Loans, et al., Case No. 07 CV 9334, filed on December 13, 2007. A true and correct copy of the Complaint in Carter is attached hereto as Exhibit "I." Caster is currently pending before the Honorable William Q. Hayes, and First Federal has filed a Motion to Dismiss All Causes of Action Against First Federal [F.R.C.P. 8 & 12(b)(6)] or, in the Alternative, For a More Definite Statement [F.R.C.P. 12(e)], a true and correct copy of which is attached hereto as Exhibit "J."

C. <u>Statement of Relationship of Cases</u>

First Federal has filed this Notice pursuant to Local Rule of Civil Procedure 40.1e., which states, in pertinent part,

> "counsel shall promptly file and serve on all known parties to each related action or proceeding a notice of related cases, stating the title, number, and filing date of each action or proceeding together with a brief statement of their relationship and the reasons why assignment to a single district judge is or is not likely to effect a saving of judicial effort and other economies."

A related case is defined as a case involving: (1) the same parties and similar claims; (2) the same property, transaction, or event; or (3) involve substantially the same facts and the same questions of law. CivLR 40.1f.

1. <u>Similar Facts and Questions of Law</u>

While the complaints in all of these cases are almost incomprehensible, these cases (as nearly as counsel can discern) all seem to deal with substantially similar facts and questions of law. All of the plaintiffs in these cases have named multiple lenders as defendants. While the facts in the complaints are unclear, each of these complaints seems to allege that somehow these lenders have acted inappropriately with respect to the real property secured by their loans.

These complaints seem to have been written using a common form, and while the claims are nonsensical, the nonsensical claims appear to relate back to a common source. Each of them seems to rely on a premise that the credit system upon which the lending industry in the United States is invalid, and that the only valid loans are loans for cash or gold and silver. In each of these complaints, the plaintiffs allege securities counterfeiting, allege RICO violations, cite international treaties (including the Treaty of the United Nations, the Universal Declarations of Human Rights, and the International Bill of Rights,), and seek the enforcement of criminal code provisions against lenders. These complaints rely on identical sources of law, many of them either wholly irrelevant for the relief sought or non-existent.

While Ashley is different from the other cases in that the Plaintiff has not disclosed a lending relationship with any of the defendants named in his complaint, his claims seem to involve the real property known as 2402 Cullivan Street, Inglewood, California (the "Cullivan Street Property"), which was also central to the claims of the plaintiff in Sneed. While the Ashley complaint deviates from the general form of the others (it is also entitled a "Criminal Complaint"), the relief sought from lenders relating to real property is substantially similar to the other complaints.

Similarly, Carter has not disclosed a lending relationship with any of the defendants in his Complaint, yet his Complaint appears to deal with real property more commonly known as 1224 Weaver Street, San Diego, California (the "Weaver Street Property,") which was also related to the claims of the Plaintiff in Pope. Just as in Ashley, the Carter Complaint takes the form of a "criminal complaint," while presenting the same allegations as the other complaints.

2. Similar Property and Parties

First Federal was named as a defendant in all of these cases except Belle, in which First Federal had no involvement. Also, both Sneed and Ashley involve the Cullivan Street Property, while both Carter and Pope involve the Weaver Street

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

Property, and from what First Federal can discern, First Federal was sued in both instances due to its status as either a lender or owner of the respective properties.

3. Assignment to a Single Judge is Will Save Judicial Economy

Because First Federal has now become aware of multiple suits involving the same set of facts, First Federal believes that the currently pending actions, Carter and Ashley, should be assigned to a single judge in order to preserve judicial economy.

DATED: Janaury 3, 2008 EPPORT, RICHMAN & ROBBINS, LLP

By: /S/H. MARK MADNICK
H. MARK MADNICK
Attorneys for Defendant
FIRST FEDERAL BANK

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

Rodney L. Belle
640 Pyramid Street
San Diego, CA 92114

FILED
06 NOV -7 AM 10:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rodney L. Belle,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC.<br><br>Defendant | Case No. '06 CV 2454 WQH (LSP)<br><br>**Complaint to Action of Quiet Title/Lis Penden**<br><br>**1) Violation of Regulation Z of the Truth in Lending Act, pursuant to Title 5 U.S.C. section 1635(a) and Title 12 CFR 226.23 (d)(i).**<br>**2) Invasion of Title 5 USC Section 1635 (A) and title CFR 226.23 Title 11, U.S. Code 9th Circuit Ruling in Yamamoto v.Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency to Grant Relief.**<br>**3) Invasion of International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes/ House Joint Resolution- 192 (the United States insurance policy),and the Emergency Bankruptcy of 1933, Am Jur 2d 81.** |

"Here comes the Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson in behalf of the unincorporated corporation (RODNEY L. BELLE) Creditor/ Non-Joint Tenant, Has Exhausted All Administrative Process under Notary Protest to the Comptroller of the Currency bringing this Article III Court Claim/ Action to Quiet Title/ Lis Penden/ **International Protocol of the United**



EXHIBIT A
PAGE 7

**Nations Convention on International Bills of Exchange and International Promissory Notes.** This controversy is over Four Hundred Thousand to over Six Hundred Thousand Dollars and it also involves real properties; located at 640 Pyramid St. San Diego, CA 92114 **(loan no.20929816 of Chase Home Finance, LLC and Loanstar Mortgage Service, LLC/ Loan No 2013993 Nova Star Mortgage Inc./Loan No.0014405549.**

**Jurisdiction of the Court**

The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; Judicial power of the United States shall be vested in the Supreme Court by the Constitution for the United States of America. The Amendments 1-10, absolutely, and without qualification petition relief upon the Constitution, which has not been abolished and repealed by Congress.

The jurisdiction of this subject matter involves real property, constructive fraud, misinformation, failure to give full disclosure of contract, counterfeiting securities, conspiracy, and violation of Regulation Z of the Truth and Lending Act/ and GAAP/ the Federal Reserve Board Regulation. In further notice of jurisdiction and judicial notice the Secured Party, Rodney L. Belle/ Non-Joint tenant, reserves all rights, waiver none ever, displaying of Bonds (Financial Statement) from the Secretary of State. A claim of relief can only be granted under the Bankruptcy Reform Act of 1978 (Bankruptcy Emergency Act), House Joint Resolution-192 Public Policy, and the Uniform



EXHIBIT A
PAGE 8

Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate of protest of dishonor of International Bill of Exchange Pursuant to the International Protocol of United Nations pursuant to the International Protocol of the United Nations, to the Comptroller of the Currency by notary public.

Additional jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction over subject matter/ Title 18 is enforcement of criminal elements, and furthermore, the United States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of jurisdiction of Federal Court/ and thus grounds, which governs jurisdiction and remedies under Title 42, 1983 and 1984 is operational under the color of State Law and offices.

**Parties of Interest**

Plaintiff at all times mentions Secured Party, Rodney L. Belle/ Non-Joint tenant.

Defendant at all times Mentioned is: 1) CHASE HOME FINANCE LLC, 2) LOANSTAR MORTGAGE SERVICES, LLC, 3) MARRIOTT VACATION CLUB INTERNATIONAL, 4) NOVASTAR MORTGAGE, INC.

**Fact**

On or around July, 2006 an agreement was made between CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, NOVASTAR MORTGAGE, INC., and the

Grantor, Rodney L. Belle/ Non-Joint tenant. The Grantor, Rodney L. Belle/ Non-Joint tenant has **honored/ tendered in full with good faith funds the said amount of the property ($400,000.00 to over $600,000.00)** by commercial instrument No. 4443800530 from Washington Mutual Check No. 263/ Bill of Exchange. Rodney L. Belle/ Non-Joint tenant was then waiting for the notice of full Reconveyance of the Deed of Trust of said property by the President or Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL and NOVASTAR MORTGAGE, INC. The Grantor, Rodney L. Belle/ Non-Joint tenant, **in good faith, honored** and sent, by independent courier, a payment in full of the full amount of the property. The affirmative fact, due to the Dishonor mentioned in the above waiver of rights pursuant to the our settlement agreement and stipulations, that any dishonor/ arguments the grantor can regain his rights and the original Deed of Trust was rescinded in good faith due to the following reasons:

A) the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC **dishonored/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act pursuant to the Freedom of Information Act, that lawful money was loaned out (CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Dishonored**



EXHIBIT A
PAGE 10

by silence, Rodney Belle's Request to all the Corporations listed in the above to have a professional accountant to check the credit and debit of the account.

B) GHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE, INC refused to sign under there **full commercial liability under the penalty of perjury by sworn Affidavit/ Jurat** that pursuant to article 1 section 10 of the Constitution for the United States of America, lawful money was loaned out to the Plaintiff Rodney L. Belle/ Non-Joint tenant, and the Plaintiff Rodney L. Belle/ Non-Joint tenant does not qualify pursuant to the personal belief of the President and Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC who feel that Rodney L. Belle/ Non-Joint tenant Doesn't qualify under the United States insurance policy, which is **House Joint Resolution-192 and its responsibility to discharge all public and private debts, pursuant the Emergency Bankruptcy/ Executive order of President Roosevelt in 1933.**

C) The ultimate fact due to the dishonor/ unethical and outrageous business practice of the Defendant CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC. Rodney L. Belle/ Non-Joint tenant, in his own stead, gave notice of rescission of the Deed of Trust under the statutes of fraud and also due to breach of agreement/ dishonor of the administrative process, in which Rodney L.



EXHIBIT A
PAGE 11

Belle/ Non-Joint tenant **honored/ regained his power to hire a notary to do a certificate of protest of the dishonor to the Secretary of the Treasury and the Insurance Commissioner and the Comptroller of the Currency.** Due to dishonor/ continued arguments and outrageous and unethical business practices of the, CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC under the color of office and State Law.

The affirmative fact, that I, Rodney L. Belle/ Non-Joint tenant, further have reason to believe that the general public and the public at large are in jeopardy due to these unethical business practices and the President and Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC's willful refusal to give full disclosure pursuant to Regulation Z of the Truth in Lending Act and am expecting Relief under said act. This is the reason I, Rodney L. Belle/ Non-Joint tenant honor the defendant's mutual administrative settlement agreement and stipulations to have filed, a Quiet title Lis Penden, under the rules of the common law, to test the Validity and let the Jury make the Determination whether there is a Breach of Contract between the Grantor and the Grantee, who is the lawful owner of the property. The Quiet title is also to test the validity to whether there was a breach of agreement or a breach of duty of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE, INC to give full Reconveyance of the property. To

Further Test the Validity of whether the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC has the right to enforce an acceleration clause that is on the deed of trust, when a payment in full was dishonored by the CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC and when there is evidence that the defendant CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC never loaned anything of substance to Rodney L. Belle/ Non-Joint tenant and, does CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC qualify for the security/ estate to foreclose on the security.

Rodney L. Belle/ Non-Joint tenant has reason to believe that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC in want of Jurisdiction/ acceleration clause after the dishonor the $400,000.00, for which CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC apologized for any inconvenience in an unsigned cover letter by President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC (see attachments). Also due to the affirmative fact that Rodney L. Belle/ Non-Joint tenant registered a UCC-1 financing statement

with the Secretary of the State and transmitted utilities to the Secretary of the Treasury and notified all parties of his status. The Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson for the non-debtor corporation RODNEY L. BELLE/ NON-JOINT TENANT, with UCC-1 Financial Statement with the Secretary of State, gave 72 hour notice to all parties of interest, of transmitting utilities (UCC-3) and through means of Bill of Exchange Pursuant to the International Protocol of United Nations, "acceptance for value" and notice of rescission, due to failure to give full disclosure, for said amount of One Million Eight Hundred Thousand Dollars and zero cents lawful money, which was sent to the Secretary of the Treasury for adjustment of my prepaid account under Public Policy HJR-192, Emergency Bankruptcy Act of 1978, which was transmitted by the Chief Justice of the Supreme court to Congress, wherefore the Secured Party Reserves Right by Judicial Notice to all of that which is mentioned in the above of how a claim of relief can be granted. Please take Judicial Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the Judge mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.

The respondent failed to respond within the 20 days as requested or cancel the transaction and return the property back (Rescission and Replevine).

**Judicial Notice of International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes/ Counterfeiting Securities of the United States**

The Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson for the non-debtor corporation (RODNEY L. BELLE) declares and is informed that CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC willfully failed to give full disclosure, according to Regulation Z and the Truth and Lending Act, of check book credit/ credit debit, a.k.a. letter of credit (bill of credit) and they declined to have an independent, certified accountant to review the lawful money that was originally loaned to see if there was clean hands in the above matter.

The Secured Party, Rodney L. Belle/ Non-Joint tenant further affirms and is informed that the president/ vice president of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC further declined to sign the affidavit under the penalty of perjury, and also further declined in setting a public conference and invitation of the press/ media in front of the place of business of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC. to answer one hundred and fifty questions/ schedule within a specified time, which was also declined by the defendant CHASE HOME FINANCE LLC, LOANSTAR

MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC., who continue to this day to refuse to give full disclosure that check book entries/ debit credit was created, and no lawful money was lent to the Plaintiff. For this reason, the Secured Party has reason to believe that all of that mentioned in the above qualifies as counterfeiting securities of the United States, which is a violation of the Securities and Exchange Commission Act of 1933 and 1934.

**International Protocol/ Treaty with the United States**

**United Nations Convention on International Bills of Exchange and International Promissory Notes**

**Security Exchange Commission Act of 1933 and 1934**

Article 1, section 8, clause 6 in the Constitution for the united States of America provides that, "the Congress shall have power to provide for the punishment of counterfeiting the securities and current coin of the United States.

Pursuant to Title 28 U.S.C., section 4 of the Commission of Crimes Cognizable by a Court of the United States under Title 18 U.S.C. section 513 to wit 513(a), whoever makes utters or possesses a counterfeited security in a private capacity of a state or a political subdivision thereof, or of an organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten years or both. See also section 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. 2311-15 included evidence of indebtedness, which, in a broad sense may mean anything that is

due or owing, which would include a duty, obligation, or right of action. The negotiable instrument that was deposited in the above mentioned account, qualifies as counterfeited securities.

**Failure to give full disclosure of contract according to the Truth and Lending Act and Regulation Z**

The Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson for the non-debtor corporation, reserve all rights and remedy under the Uniform Commercial Code and the Emergency Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the Chief Justice transmitted to Congress that all courts of the United States are subject to the Bankruptcy Court and the Bankruptcy code is the Supreme Law of the Land. For the affirmative fact the Secured Party, pursuant to Public Policy HJR-192, Bill of Exchange Pursuant to the International Protocol of United Nations for Four Hundred Thousand Dollars and Zero Cents, the Secured Party transmitted Utilities to the Secretary of State and the Secretary of the Treasury, instructing all parties to make adjustment of account, wherefore the defendant and all parties of interest have currently been served.

**Statement of Cause**

The Secured Party Rodney L. Belle/ Non-Joint tenant, attests and is informed that all rights are reserved under the **Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights,**



EXHIBIT A
PAGE 17

**International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes. If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days).**

Further definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.

The Secured Party, Rodney L. Belle/ Foreign African National Non-Joint tenant is further informed that it is the responsibility of the lender (creditor) CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC to give full disclosure of contract pursuant to the **Freedom of Information Act** and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin**

**money, emit bills of credit..." And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.**

The affirmative fact is that the President/ Vice President of, CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC and cohorts, also dishonored/ failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the plaintiff. The defendant further failed to disclose the loan was pre-paid and the plaintiff would be converted into a joint tenant for 30 years. It also was not disclosed to the plaintiff that he was a Joint Tenant/ Mortgage was a lien and all monthly payments of Federal Reserve Notes, tender for debt. ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

See **Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.**

The Secured Party, Rodney L. Belle/ Non-Joint tenant, further has reason to believe this operation under the color of



EXHIBIT A
PAGE 19

authority by President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC is in direct violation of the Constitution for the united States of America, also the International Protocol (United Nations Convention on International Bills of Exchange and International Promissory Notes, and the U.S. Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and the general public at large. The Secured Party, Rodney L. Belle/ Non-Joint tenant, in his own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a **special well informed grand jury of the rules of the Common Law/ Article III Court Proceeding/ International Protocol/ treaties of the United Nations Convention on International Bills of Exchange and International Promissory Notes. Further investigation of Violation of the Securities and Exchange Commission Act of 1933 and 1934 the RICO allegation/ criminal elements.**

## Judicial Notice of How a Claim of Relief Can be Granted

The Secured Party, Rodney L. Belle/ Non-Joint tenant gives **Judicial Notice to the United States District Court that relief can only be granted under his bond/ UCC-1 Financing Statement/ Article III Court Proceeding under the rules of the Common Law, all rights reserved, waiver none ever to an Article II Maritime**



EXHIBIT A

PAGE 30

**Court proceeding. Further relief can be granted? A) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d) (i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933. B) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code. C) Under the Settlement agreement and the stipulations between the parties, Rodney L. Belle/ Non-Joint tenant and the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC.**

In further Judicial Notice, the plaintiff/ Secured Party, Rodney L. Belle/ Non-Joint tenant, spokesperson for the none debtor Corporation, RODNEY L. BELLE, honor any and all arguments and anticipate dishonor of the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC and its attorneys, to continue to **Dishonor/ harassment of the Secured Party by threatening of non-judicial foreclosure in state court, by interference of a third party/ silent partner or newly appointed trustee,** after secured party notice of



EXHIBIT A

PAGE 21

rescission/termination of the former trustee and demand according to the Secured Party's mortgage insurance Company policy to pay off the balance, which was also refused pursuant to the United States insurance Policy, which is House Joint Resolution-192.

## Conclusion

The Secured Party, Rodney L. Belle/ Non-Joint tenant, **honors** and further anticipates that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC/ Dishonor by invasion of administrative settlement agreement between the parties, by **political arguments and debates on Points and Authority contrary to the principles of the National Banking Association Act of 1863** in a spurious attempt to cover up the RICO and unclean hands, request an order for dismissal due to plaintiff's failure to post bond or state how a claim of relief can be granted, when the affirmative fact shows the Acceptance for value by the Secured Party, see exhibit of bond, a.k.a. financial statement/ transmit of utilities and adjustment of account has been taken care of under Public Policy HJR-192/ Emergency Bankruptcy Act of 1933, which the plaintiff gives Judicial Notice of the settlement agreement and stipulations and this is how a claim of relief can be granted



EXHIBIT A
PAGE 22

under my bond/ Financing Statement Registered with the Secretary of State and all of the mentioned in the above.

**Prayer**

1) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Honor** the terms and conditions of the settlement agreement between the parties to Stay of all dishonor/ non-judicial foreclosure proceeding, stay of harassment of the defendant and its silent partner.

2) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC honor the terms and conditions of the settlement agreement between the parties request for three times the above and the amount of the Bill of Exchange Pursuant to the International Protocol of United Nations, which will be presented at trial.

3) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Honor** the terms and conditions of the settlement agreement between the parties the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC, cease and desist



EXHIBIT A
PAGE 23

all commercial **dishonor/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out (CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Dishonored** by silence, Rodney Belle's Request to have a professional accountant to check the credit and debit of the account Request that this court accept my bond UCC-1 financial statement by the Secretary of State and give further Judicial Notice of Full Acceptance of the Defendant's Dishonor and accept it for value and exchange in behalf of his exemption and further release the property to him before the end of business hours, which will conclude any and all commercial transaction, which includes but is not limited to the Defense's spurious claims of defective service to authorized agent/ other political arguments and debates that are contrary to Regulation Z of the Truth-in-Lending-Act/ the Security Exchange Commission of 1933 and 1934/ House Joint Resolution-192, which is the United States Insurance Policy. This is also includes in the acceptance and merit evidence that a claim of relief has been mentioned according to HJR-192 Public Policy and the Bankruptcy Reform Act of 1978/ Uniform Commercial Code.

4) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC honor the terms and conditions of the settlement agreement between the parties Special Request that this controversy is governed only according to the rule of the Common Law Article



EXHIBIT A

PAGE 24

III proceeding, waiver of Rights none ever to special Maritime Territory and Jurisdictional proceeding of legislative none ever, unless signed by a notary public...

5) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC honor the terms and conditions of the settlement agreement between the parties and further **relief can only be granted by Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

6) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Honor** the terms and conditions of the settlement agreement between the parties to have the President and Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC before they hire any attorney dishonor/ protest Rodney L. Belle's **Honor Draft** (Quiet Title Lis Penden) that they first swear under their full commercial liability under the penalty of perjury and sign a jurat or record a full Reconveyance on the Deed of Trust in the County Recorder and do

7) **Judicial Notice of Request for a well informed Grand Jury review, who understands the rules of the Common Law in an Article III Court proceeding only. By the Plaintiff, Rodney L. Belle, being a Foreign African National he makes reservation under the Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights, International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes. If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days) (see further reference: Am Jur 2d 81).**

whatever the District Court of the United States Article III Court deem to be just and proper.

**Verification**



EXHIBIT_ A

PAGE_ 26

The Secured Party, Rodney L. Belle/ Non-Joint tenant, declares and attests that he has **Honored** all of the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, AND MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC's notice/ letter of dishonor of the $400,000.00 to over $600,000.00 letter bond by Nancy Marks and Associates, LLC of Accounting who apologized for any inconvenience of returning the $400,000.00 to over $600,000.00. In further dishonor by **Invasion of International Protocol of United Nations International Bill of Exchange Pursuant to the International Protocol of United Nations**/ by the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC's refusal to sign under their full commercial liability under the penalty of perjury and give disclosure pursuant to the Truth and Lending Act/ Regulation Z by signed jurat before a notary public that all loans are lawful money and are backed by gold and silver and the plaintiff, Rodney L. Belle/ Non-Joint tenant qualifies under the House Joint Resolution-192, the United States insurance policy, (and according to Rodney L. Belle's home insurance policy) to have the public debt discharged. Any mention that judicial notice of relief can only be granted under Public Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and the President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC dishonoring the administrative settlement agreement between the parties by non judicial

foreclosure/ counter claims/ motion for dismissal shall be viewed as a breach of agreement between the parties shall also be viewed as true and correct.

Henceforth Submitted

Rodney L. Belle

Secured Party, Rodney L. Belle/
Non-Joint tenant, spokesperson for
the unincorporated corporation/
vessel, (RODNEY L. BELLE)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY L. BELLE, Plaintiff, vs. CHASE HOME FINANCE LLC; LOANSTAR MORTGAGE SERVICES, LLC; and NOVASTAR MORTGAGE, INC., Defendants. | CASE NO. 06CV2454 WQH (LSP)<br>ORDER RE: DEFENDANT'S MOTION TO DISMISS |

HAYES, Judge:

Pending before the Court is the motion to dismiss filed by Defendant Chase Home Finance, LLC and joined by Loanstar Mortgage Services, LLC. (Docs. # 39, 40). The court finds this matter suitable for submission on the papers without oral argument pursuant to Local Civil Rule 7.1(d)(1).

**PROCEDURAL BACKGROUND**

On November 7, 2006, Plaintiff Rodney L. Belle filed the Complaint in this matter, asserting various claims against Defendants Chase Home Finance, LLC (Chase), Loanstar Mortgage Services, LLC (Loanstar), Marriot Vacation Club International (Marriot), and Novastar Mortgage, Inc. (Novastar). (Doc. # 1). On December 1, 2006, Defendant Chase moved to dismiss the Complaint for failure to state a claim pursuant to FED R. CIV. P. 12(b)(6), and in the alternative, moved for a more definite statement pursuant to FED R. CIV. P. 12(e). (Doc. # 3). On December 5, 2006, Defendant Marriot moved to dismiss for lack of personal jurisdiction, insufficiency of service of process, and



EXHIBIT B
PAGE 29

failure to state a claim pursuant to FED R. CIV. P. 12(b)(2), (b)(5), and (b)(6). (Doc. # 4). On May 18, 2007, Loanstar joined Chase's motion to dismiss. (Doc. # 35). On May 22, 2007, the Court granted the Defendants' motions to dismiss without prejudice. (Doc. # 37).

On June 21, 2007, Plaintiff Belle timely filed an amended complaint. (Doc. # 38). On July 9, 2007, Defendant Chase again moved to dismiss Plaintiff's Amended Complaint for failure to state a claim pursuant to FED R. CIV. P. 12(b)(6). (Doc. # 39). On July 12, 2007, Loanstar joined Chase's motion to dismiss. (Doc. # 40). Plaintiff Belle did not file an opposition to Defendant Chase's motion to dismiss.

## ALLEGATIONS OF THE AMENDED COMPLAINT

In his Amended Complaint, Plaintiff Rodney Belle alleges that in or about July of 2006, he entered into an agreement with Defendants Chase, Lonestar, and Novastar. *Amended Complaint* at 6. Though it is not entirely clear, the agreement appears to pertain to real properties located in San Diego and San Bernardino. *Amend. Compl.* at 2. Plaintiff alleges that he "honored/ tendered in full with good faith funds the said amount of the property ($400,000.00 to over $600,000.00) by commercial instrument No. 4443800530 . . . ." *Amend. Compl.* at 7.

Plaintiff specifically alleges that

> [t]his controversy involves real properties; located at 640 Pyramid St. San Diego, CA 92114 (loan no. 20929816 of Chase Home Finance, LLC and Loanstar Mortgage Service, LLC/ Loan No. 2013993 Nova Star Mortgage Inc. /Loan No. 0014405549 and Second Location 777 W. 27th , San Bernardino Ca.92405 and this said amount of the controversy is under Nine Hundred Thousand dollars.

*Amend. Compl.* at 2.

Ostensibly related to the above agreement, or perhaps related to a "settlement agreement" or other "stipulations," Plaintiff alleges that Defendants "dishonored/failed to give full disclosure pursuant to regulation Z of the Truth-in-Lending Act pursuant to the Freedom of Information Act . . . ." *Amend. Compl.* at 7. In addition, Plaintiff alleges that Defendants failed to "sign under there [sic] full commercial liability under the penalty of perjury by sworn Affidavit/ Jurat that...lawful money was loaned out . . . ." *Amend. Compl.* at 8. Plaintiff alleges that Defendants have engaged in "dishonor/ unethical and outrageous business practice" and that the "general public and the public at large are in jeopardy due to these unethical business practices . . . ." *Amend. Compl.* at 9.

Plaintiff appears to allege that Defendants "counterfeited securities" in violation of the Security and Exchange Commission Act of 1933 and 1934. *Amend. Compl.* at 11-13. Plaintiff also alleges that Defendants violated the International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes. *Amend. Compl.* at 11-12, 17. Finally, Plaintiff briefly alleges a breach of contract (*Amend. Compl.* at 9), violation of the Racketeer Influenced and Corrupt Organizations Act (*Amend. Compl.* at 17), a violation of the Uniform Commercial Code (*Amend. Compl.* at 10) and a violation of the Federal Tort Claims Act (*Amend. Compl.* at 5).

Although it is difficult to discern what relief Plaintiff is requesting, it appears Plaintiff would like the Court to enforce the terms of an undisclosed "settlement agreement" and or order reconveyance of a deed of trust. *Amend. Compl.* at 7, 21-22.

**STANDARD OF REVIEW**

FED. R. CIV. P. 8 requires a complaint to contain "a short and plain statement of the claim showing that the pleader is entitled to relief . . . ." FED. R. CIV. P. 8(a). "The Federal Rules adopt a flexible pleading policy; however every complaint must, at a minimum, give fair notice and state the elements of each claim against each defendant plainly and succinctly." *Rasidescu v. Midland Credit Management, Inc.*, 435 F. Supp. 2d 1090, 1098-99 (S.D. Cal. 2006). When presented with a pro se complainant, the pleadings must be construed liberally, and the plaintiff must be given the "benefit of any doubt." *Abassi v. I.N.S.*, 305 F.3d 1028, 1032 (9th Cir. 2002) (citations omitted). However, "even pro se plaintiffs must allege, with at least some degree of particularity, overt acts taken by [the] defendant which support his claims." *Rasidescu,* 435 F. Supp. 2d at 1099.

A motion to dismiss under Rule 12(b)(6) tests the legal sufficiency of the pleadings. *De La Cruz v. Tormey*, 582 F.2d 45, 48 (9th Cir. 1978). A complaint may be dismissed for failure to state a claim under Rule 12(b)(6) where the factual allegations do not raise the "right to relief above the speculative level." *Bell Atlantic v. Twombly*, 127 S. Ct. 1955, 1965 (2007). Conversely, a complaint may not be dismissed for failure to state a claim where the allegations plausibly show "that the pleader is entitled to relief." *Id.*, *citing* FED R. CIV. P. 8(a)(2). In ruling on a motion pursuant to Rule 12(b)(6), a court must construe the pleadings in the light most favorable to the plaintiff, and further,



EXHIBIT B
PAGE 31

must accept as true all material allegations in the complaint, as well as any reasonable inferences to be drawn therefrom. *See Broam v. Bogan*, 320 F.3d 1023, 1028 (9th Cir. 2003), *see also Chang v. Chen*, 80 F.3d 1293 (9th Cir. 1996). In considering a Rule 12(b)(6) dismissal, a court may not look beyond the complaint. *Moore v. Costa Mesa*, 886 F.2d 260, 262 (9th Cir. 1989).

**DISCUSSION**

Defendants Chase and Loanstar move to dismiss Plaintiff's Amended Complaint pursuant to FED. R. CIV. P. 12(b)(6) for failure to state a claim upon which relief can be granted. Defendants contend that Plaintiff's Amended Complaint fails to cure any of the deficiencies identified by the Court in the order granting Defendant's motion to dismiss Plaintiff's original Complaint. Defendants further contend that the Amended Complaint does not comply with FED. R. CIV. P. 8(a), and that the Amended Complaint contains insufficient allegations to support the various claims. Defendants request that the Court dismiss Plaintiff's Amended Complaint with prejudice because "further leave to amend would be futile." (Doc. # 39 at 3).

**A. Whether Plaintiff's Amended Complaint Complies with Rule 8(a)**

Defendants assert that Plaintiff's Amended Complaint is undecipherable, confusing, and contains varied references to a number of laws without distinguishing among the various claims being alleged. In addition, Defendants contend that the Complaint's factual allegations are insufficient to support the claims.

FED. R. CIV. P. 8(a), requires that a complaint contain "a short and plain statement of the claim showing that the pleader is entitled to relief." A complaint satisfies Rule 8 if it gives the Defendant "fair notice of what the plaintiff's claim is and the grounds upon which it rests." *Swierkiewicz v. Sorema N.A.*, 534 U.S. 506, 513 (2002), *citing Gibson*, 355 U.S. at 47. A complaint fails to give fair notice when it is "so verbose, confused, and redundant that its true substance, if any, is well disguised." *Corcoran v. Yorty*, 347 F.2d 222, 223 (9th Cir. 1956).

Plaintiff's Amended Complaint is twenty-five pages long, and it is titled "Amended Complaint to Action to Quiet Title /Lis Penden." After reviewing the Amended Complaint, it is still unclear whether Plaintiff is in fact seeking an action to quiet title. As in Plaintiff's previous Complaint, the Amended Complaint is essentially devoid of references to "quiet title" outside of



EXHIBIT B
PAGE 32

the case caption and page numbering. In its Order dated May 22, 2007, the Court directed Plaintiff to support his quiet title claim with clear factual allegations including who owns the referenced property, whether it is subject to adverse claims, and whether Defendants have an interest in the property. (Doc. # 37 at 6). Plaintiff has failed to include any of these factual elements in his Amended Complaint. (Doc. # 38). Instead, Plaintiff created further confusion by identifying a second piece of property located in San Bernardino which apparently relates to his quiet title claim. With respect to the second piece of property, Plaintiff has again failed to allege any of the necessary elements to support an action to quiet title. *See also* CAL. CODE CIV. PROC. § 761.020. Plaintiff has failed to include a legal description of the property, the basis on which he claims title to the property, or an identification of any adverse claims by Defendants to Plaintiff's title. CAL. CODE CIV. PROC. § 761.020. Without these necessary elements, Defendants are unable to frame an appropriate response to Plaintiff's allegations. The Court concludes that Plaintiff has neither stated a claim for, nor put the Defendants on fair notice of, a claim to quiet title.

Plaintiff also attempts to assert a claim for violation of the Truth-in-Lending Act, *see* 15 U.S.C. § 1601, specifically Regulation Z. *See* 15 C.F.R. § 226.1. Although Plaintiff refers to Regulation Z repeatedly throughout the Amended Complaint, he never specifies which of its provisions he contends Defendants violated. Regulation Z contains four sub-parts and appendices, and each subpart relates to a different type of transaction and is governed by particular rules and requirements, e.g. "Open-end credit," "closed-end credit," "oral disclosures," and "special rules for mortgage transactions." *See* 15 C.F.R. § 226.1(d)(1-6). In its previous order the Court advised Plaintiff to provide additional detail to his Regulation Z claim because the incoherent allegations in the original complaint were not sufficient to allow Defendants to frame a responsive pleading. The Amended Complaint, however, does not succeed in curing the defects previously enumerated by the Court. Plaintiff again makes reference to Defendants' failure to disclose that "lawful money was loaned out," but does not specify why this constitutes a violation of Regulation Z. *Amend. Compl.* at 7. Plaintiff also alleges that Defendants violated Regulation Z by declining "to have an independent, certified accountant to review the lawful money that was originally loaned to see if there was unclean hands in the above matter." *Amend. Compl.* at 12. Yet Plaintiff does not

identify the provisions of Regulation Z that require such review. The Court concludes that these allegations do not, standing alone, properly assert a claim for violation of Regulation Z given the breadth, scope, and detail of the statute. In addition, Plaintiff again makes reference to *Yanamoto v. Bank of New York*, 329 F.3d 1167 (9th Cir. 2003), but does not explain how that case is relevant to the circumstances alleged here. In *Yanamoto*, the court held that a mortgagee seeking rescission of a mortgage based on a violation of the Truth and Lending Act can be required to provide evidence that they can tender the proceeds of the loan before the court reaches the merits of the alleged violation. *Id.* at 1173. The only thing that the Court can glean based on the *Yanamoto* reference is that Plaintiff may have tried to rescind an agreement. However, due to the lack of supporting allegations, it is not clear exactly what agreement Plaintiff may have attempted to rescind. The Court concludes that the Amended Complaint does not allege facts which establish the applicability of Regulation Z. *See* 15 C.F.R. § 226.1(c)).

In his original complaint, Plaintiff alleges that Defendants have counterfeited securities in "violation of the Securities and Exchange Commission Act of 1933 and 1934." *Amend. Compl.* at 12. However, Plaintiff again fails to provide any details or factual allegations to support his securities counterfeiting claim. Plaintiff appears to contend that Defendants violated the Act because Defendants "declined in setting a public conference and invitation of the press/ media...to answer one hundred and fifty questions" and "refuse to give full disclosure that check book entries/ debit credit was created, and no lawful money was lent to Plaintiff." *Amend. Compl.* at 12. Though the Amended Complaint does identify specific code sections from the Act, it does not explain how Defendants' conduct constitutes a violation of those sections. Plaintiff does not specify what security Defendants allegedly counterfeited. The Court concludes that Plaintiff has neither stated a claim for, nor put the Defendants on fair notice of, a securities counterfeiting claim.

The Amended Complaint alleges that Defendants violated the "International Protocol/ Treaty with the United States United Nations Convention on International Bills of Exchange and International Promissory Notes." *Amend. Compl.* at 12-13, 17. The United Nations Convention on International Bills of Exchange and International Promissory Notes (UN Convention) applies to

international bills of exchange and promissory notes. It is difficult, however, for the Court to determine how Defendants violated the UN Convention. There is nothing on the face of the Amended Complaint to indicate the presence of an international transaction. All of Plaintiff's allegations appear to revolve around two pieces of property, one located in San Diego, and the other located in San Bernardino, and Plaintiff does not explain how the UN Convention is implicated by his ownership of real property located solely in the United States. Further, Plaintiff does not allege that Defendants are foreign nationals or that the loan originated from a bank located in a foreign nation. Plaintiff does refer to himself as "the Secured Party, Rodney L. Belle/a Foreign state National" (*Amend. Compl.* at 1, 4, 5). However Plaintiff fails to indicate how his putative status as a foreign state national establishes the applicability of the UN Convention. *Amend. Compl.* at 1, 4, 5. Plaintiff's UN Convention claim suffers from the same lack of specificity identified by the Court in its order of May 22, 2007. (Doc. # 37). Plaintiff fails to indicate what portion of the UN Convention the Defendants violated, and how Defendants violated it. The Court concludes that the Amended Complaint does not allege facts which establish the applicability of, or a violation of, the UN Protocol.

The Amended Complaint makes references to other federal claims, including violation of the Racketeer Influenced and Corrupt Organizations Act (RICO) (*Amend. Compl.* at 17), the Freedom of Information Act (FOIA) (*Amend. Compl.* at 7, 15,16), the Federal Tort Claims Act (FTCA) (*Amend. Compl.* at 5), the National Banking Association Act of 1863 (*Amend. Compl.* at 19), the Emergency Bankruptcy Act of 1933 (*Amend. Compl.* at 19), and the Bankruptcy Reform Act of 1978 (*Amend. Compl.* at 14). However, after reviewing the entirety of the Amended Complaint, the Court is unable to determine the specific nature of the claims asserted, how the claims relate to the allegations of the Complaint, and which sections or subsections of the various Acts or statutes Defendants have allegedly violated.

**CONCLUSION**

After reviewing the Amended Complaint, the Court concludes that Plaintiff has failed to state a claim for quiet title, for violation of the Truth-in-Lending Act, or for any other federal or state law. Accordingly, Defendant Chase's motion to dismiss (Doc. # 39) for failure to comply



EXHIBIT B

PAGE 35

with FED. R. CIV. P. 8(a) & 12(b)(6), joined by Defendant Loanstar (Doc. # 40), is GRANTED. Plaintiff's Complaint is dismissed in its entirety, but without prejudice.

Plaintiff has thirty days from the date this Order is stamped "filed," to file and serve a Second Amended Complaint. *See* Local Civil Rules 4.1; 15.1. If Plaintiff chooses to file a Second Amended Complaint, Plaintiff shall cure the deficiencies outlined in this Order. If Plaintiff fails to file a Second Amended Complaint within the time allowed, or fails to cure the deficiencies of his previous Complaints, the Court will terminate this case with prejudice.

IT IS SO ORDERED.

DATED: October 31, 2007

William Q. Hayes

**WILLIAM Q. HAYES**
United States District Judge

Charlette Sneed
640 Pyramid Street
San Diego, CA 92114

FILED
07 APR 20 PM 4:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Charlette Sneed,<br>Plaintiff,<br>vs.<br>CHASE HOME FINANCE LLC, FRIST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE, GMAC/SILVERSTATE),<br>Defendant | Case No.: '07 CV 0729 LAB (AJB)<br>**Complaint to Action of Quiet Title/Lis Penden**<br>**1) Violation of Regulation Z of the Truth in Lending Act, pursuant to Title 5 U.S.C. section 1635(a) and Title 12 CFR 226.23 (d)(i).**<br>**2) Invasion of Title 5 USC Section 1635 (A) and title CFR 226.23 Title 11, U.S. Code 9th Circuit Ruling in Yamamoto v.Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency to Grant Relief.**<br>**3) Invasion of International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes/House Joint Resolution- 192 (the United States insurance policy),and the Emergency Bankruptcy of 1933, Am Jur 2d 81.** |

"Here comes the Secured Party, Charlette Sneed/ Non-Joint tenant, spokesperson in behalf of the unincorporated corporation (CHARLETTE SNEED) Creditor/ Non-Joint Tenant, Has Exhausted All Administrative Process under Notary Protest to the Comptroller of the Currency bringing this Article III Court Claim/ Action to Quiet Title/ Lis Penden/ **International Protocol of the United**



EXHIBIT C
PAGE 37

**Nations Convention on International Bills of Exchange and International Promissory Notes.** This controversy is over One Hundred Thousand to over Five Hundred Thousand Dollars and it also involves real properties; located at 2402 W. Cullivan Street, Inglewood, CA 90303 (**loan no. 49963660 of First Federal Bank of California**), 10513 Crenshaw Blvd., Inglewood, CA 90303 (**loan no. 142714640 of Countrywide Home Loans**), 620 E. 135th Street, Los Angeles, CA 90059 (**loan no. 111862464 of Countrywide Home Loans**), 9300 W. Kramer Lane, Arizona city, AZ 85223 (**loan no.0281910600 & 0292107506 of GMAC MORTGAGE**), 148 Coral Tree Drive, Rialto, CA 92377 (**loan no. 22523740 & 22523757 of Chase Home Finance, LLC**), and 9510 W. Santa Cruz Blvd., Arizona City, AZ 85223 (**loan no. 23266901 &23266919 of Chase Home Finance)**

**Jurisdiction of the Court**

The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; Judicial power of the United States shall be vested in the Supreme Court by the Constitution for the United States of America. The Amendments 1-10, absolutely, and without qualification petition relief upon the Constitution, which has not been abolished and repealed by Congress.

The jurisdiction of this subject matter involves real property, constructive fraud, misinformation, failure to give full disclosure of contract, counterfeiting securities, conspiracy, and violation of Regulation Z of the Truth in Lending Act/ and GAAP/ the Federal Reserve Board Regulation. In

Case 3:07-cv-007 -LAB-AJB Document 1 Filed 04/. 2007 Page 3 of 25

further notice of jurisdiction and judicial notice the Secured Party, Charlette Sneed/ Non-Joint tenant, reserves all rights, waiver none ever, displaying of Bonds (Financial Statement) from the Secretary of State. A claim of relief can only be granted under the Bankruptcy Reform Act of 1978 (Bankruptcy Emergency Act), House Joint Resolution-192 Public Policy, and the Uniform Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate of protest of dishonor of International Bill of Exchange Pursuant to the International Protocol of United Nations pursuant to the International Protocol of the United Nations, to the Comptroller of the Currency by notary public.

Additional jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction over subject matter/ Title 18 is enforcement of criminal elements, and furthermore, the United States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of jurisdiction of Federal Court/ and thus grounds, which governs jurisdiction and remedies under Title 42, 1983 and 1984 is operational under the color of State Law and offices.

**Parties of Interest**

Plaintiff at all times mentions Secured Party, Charlette Sneed/ Non-Joint tenant.

Defendant at all times Mentioned is: 1) CHASE HOME FINANCE LLC, 2) FIRST FEDERAL BANK OF CALIFORNIA, 3) HOMEQ SERVICING 4) COUNTRYWIDE HOME LOANS, 5) GMAC MORTGAGE/(SILVERSTATE)



EXHIBIT C

PAGE 39

Case 3:07-cv-00729-LAB-AJB Document 1 Filed 04/20/2007 Page 4 of 25

**Fact**

On or around JANUARY 22, 2007 an agreement was made between CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE, and the Grantor, Charlette Sneed/ Non-Joint tenant. The Grantor, Charlette Sneed/ Non-Joint tenant has **honored/ tendered in full with good faith funds the said amount of the property ($150,000.00 to over $500,000.00)** by commercial instrument No. 201540739 from Citibank Checking Account / Bill of Exchange. Charlette Sneed/ Non-Joint tenant was then waiting for the notice of full Reconveyance of the Deed of Trust of said property by the President or Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE. The Grantor, Charlette Sneed/ Non-Joint tenant, **in good faith, honored** and sent, by independent courier, a payment in full of the full amount of the property. The affirmative fact, due to the Dishonor mentioned in the above waiver of rights pursuant to our settlement agreement and stipulations, that any dishonor/ arguments the grantor can regain his rights and the original Deed of Trust was rescinded in good faith due to the following reasons:



EXHIBIT C

PAGE 40

A) the President/Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE, **dishonored/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act pursuant to the Freedom of Information Act, that lawful money was loaned out (CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE **Dishonored** by silence, Charlette Sneed's Request to all the Corporations listed in the above to have a professional accountant to check the credit and debit of the account.

**B)** CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE refused to sign under their **full commercial liability under the penalty of perjury by sworn Affidavit/ Jurat** that pursuant to article 1 section 10 of the Constitution for the United States of America, lawful money was loaned out to the Plaintiff Charlette Sneed/ Non-Joint tenant, and the Plaintiff Charlette Sneed/ Non-Joint tenant does not qualify pursuant to the personal belief of the President and Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE who feel that Charlette Sneed/ Non-Joint tenant Doesn't qualify under the United States insurance policy, which is **House Joint Resolution-192 and its responsibility to discharge all public and private debts, pursuant to the**

**Emergency Bankruptcy/ Executive order of President Roosevelt in 1933.**

C) The ultimate fact due to the dishonor/ unethical and outrageous business practice of the Defendant CHASE HOME FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE Charlette Sneed/ Non-Joint tenant, in her own stead, gave notice of rescission of the Deed of Trust under the statutes of fraud and also due to breach of agreement/ dishonor of the administrative process, in which Charlette Sneed/ Non-Joint tenant **honored/ regained his power to hire a notary to do a certificate of protest of the dishonor to the Secretary of the Treasury and the Insurance Commissioner and the Comptroller of the Currency.** Due to dishonor/ continued arguments and outrageous and unethical business practices of the, CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE under the color of office and State Law.

The affirmative fact, that I, Charlette Sneed/ Non-Joint tenant, further have reason to believe that the general public and the public at large are in jeopardy due to these unethical business practices and the President and Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE, willful refusal to give full disclosure pursuant to Regulation Z of the Truth in Lending Act and am expecting Relief under said act. This is the



EXHIBIT C

PAGE 42

reason I, Charlette Sneed/ Non-Joint tenant honor the defendant's mutual administrative settlement agreement and stipulations to have filed, a Quiet title Lis Penden, under the rules of the common law, to test the Validity and let the Jury make the Determination whether there is a Breach of Contract between the Grantor and the Grantee, who is the lawful owner of the property. The Quiet title is also to test the validity as to whether there was a breach of agreement or a breach of duty of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE) to give full Reconveyance of the property.

To Further Test the Validity of whether the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE has the right to enforce an acceleration clause that is on the deed of trust, when a payment in full was dishonored by the CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE)and when there is evidence that the defendant CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE /(SILVERSTATE)never loaned anything of substance to Charlette Sneed/ Non-Joint tenant and, does CHASE HOME FINANCE LLC,FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE



EXHIBIT C
PAGE 43

/SILVERSTATE qualify for the security/ estate to foreclose on the security.

Charlette Sneed/ Non-Joint tenant has reason to believe that the President/ Vice President of CHASE HOME FINANCE FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE) are in want of Jurisdiction/ acceleration clause after the dishonor of $150,000.00 - over $500,000.00. Also due to the affirmative fact that Charlette Sneed/ Non-Joint tenant registered a UCC-1 financing statement with the Secretary of the State and transmitted utilities to the Secretary of the Treasury and notified all parties of her status. The Secured Party, Charlette Sneed/ Non-Joint tenant, spokesperson for the non-debtor corporation CHARLETTE SNEED/ NON-JOINT TENANT, with UCC-1 Financial Statement with the Secretary of State, gave 72 hour notice to all parties of interest, of transmitting utilities (UCC-3) and through means of Bill of Exchange Pursuant to the International Protocol of United Nations, "acceptance for value" and notice of rescission, due to failure to give full disclosure, for said amount of Two Million Two Hundred Eighty Eight Thousand Dollars and zero cents lawful money, which was sent to the Secretary of the Treasury for adjustment of my prepaid account under Public Policy HJR-192, Emergency Bankruptcy Act of 1978, which was transmitted by the Chief Justice of the Supreme court to Congress, wherefore the Secured Party Reserves Rights by Judicial Notice to all of that which is mentioned in the

above of how a claim of relief can be granted. Please take Judicial Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the Judge mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.

The respondent failed to respond within the 15 days as requested or cancel the transaction and return the property back (Rescission and Replevine).

**Judicial Notice of International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes/ Counterfeiting Securities of the United States**

The Secured Party, Charlette Sneed/ Non-Joint tenant, spokesperson for the non-debtor corporation (CHARLETTE SNEED) declares and is informed that CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE willfully failed to give full disclosure, according to Regulation Z and the Truth and Lending Act, of check book credit/ credit debit, a.k.a. letter of credit (bill of credit) and they declined to have an independent, certified accountant to review the lawful money that was originally loaned to see if there was clean hands in the above matter.

The Secured Party, Charlette Sneed/ Non-Joint tenant further affirms and is informed that the president/ vice



EXHIBIT C
PAGE 45

president of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE)further declined to sign the affidavit under the penalty of perjury, and also further declined in setting a public conference and invitation of the press/ media in front of the place of business of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE) to answer one hundred and fifty questions/ schedule within a specified time, which was also declined by the defendant CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE) who continue to this day to refuse to give full disclosure that check book entries/ debit credit was created, and no lawful money was lent to the Plaintiff. For this reason, the Secured Party has reason to believe that all of that mentioned in the above qualifies as counterfeiting securities of the United States, which is a violation of the Securities and Exchange Commission Act of 1933 and 1934.

**International Protocol/ Treaty with the United States United Nations Convention on International Bills of Exchange and International Promissory Notes**

**Security Exchange Commission Act of 1933 and 1934**

Article 1, section 8, clause 6 in the Constitution for the united States of America provides that, "the Congress shall have power to provide for the punishment of counterfeiting the securities and current coin of the United States.

Pursuant to Title 28 U.S.C., section 4 of the Commission of Crimes Cognizable by a Court of the United States under Title 18 U.S.C. section 513 to wit 513(a), whoever makes utters or possesses a counterfeited security in a private capacity of a state or a political subdivision thereof, or of an organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten years or both. See also section 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. 2311-15 included evidence of indebtedness, which, in a broad sense may mean anything that is due or owing, which would include a duty, obligation, or right of action. The negotiable instrument that was deposited in the above mentioned account, qualifies as counterfeited securities.

## Failure to give full disclosure of contract according to the Truth In Lending Act and Regulation Z

The Secured Party, Charlette Sneed/ Non-Joint tenant, spokesperson for the non-debtor corporation, reserve all rights and remedy under the Uniform Commercial Code and the Emergency Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the Chief Justice transmitted to Congress that all courts of the United States are subject to the Bankruptcy Court and the Bankruptcy code is the Supreme Law of the Land. For the affirmative fact the Secured Party, pursuant to Public Policy HJR-192, Bill of Exchange Pursuant to the International Protocol of United Nations for Two Million Two Hundred Eighty Eight

Thousand Dollars and zero cents, the Secured Party transmitted Utilities to the Secretary of State and the Secretary of the Treasury, instructing all parties to make adjustment of account, wherefore the defendant and all parties of interest have currently been served.

**Statement of Cause**

The Secured Party Charlette Sneed/ Non-Joint tenant, attests and is informed that all rights are reserved under the **Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights, International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes. If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days).**

Further definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.

The Secured Party, Charlette Sneed/ Foreign African National Non-Joint tenant is further informed that it is the responsibility of the lender (creditor) CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC MORTGAGE/(SILVERSTATE MORTGAGE) to give full disclosure of contract pursuant to the **Freedom of Information Act** and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin money, emit bills of credit..." And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.**

The affirmative fact is that the President/ Vice President of, CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE MORTGAGE and cohorts, also dishonored/ failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the plaintiff. The defendant further failed to disclose the loan was pre-paid and the plaintiff would be converted into a joint tenant for 30 years. It also was not disclosed to the plaintiff that he was a Joint Tenant/ Mortgage was a lien and all monthly payments of Federal Reserve Notes, tender for debt. ("Federal Reserve Notes



EXHIBIT C
PAGE 49

are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

See **Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.**

The Secured Party, Charlette Sneed/ Non-Joint tenant, further has reason to believe this operation under the color of authority by President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE is in direct violation of the Constitution for the united States of America, also the International Protocol (United Nations Convention on International Bills of Exchange and International Promissory Notes, and the U.S. Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and the general public at large.

The Secured Party, Charlette Sneed/ Non-Joint tenant, in her own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a **special well informed grand jury of**



EXHIBIT C

PAGE 50

the rules of the Common Law/ Article III Court Proceeding/ International Protocol/ treaties of the United Nations Convention on International Bills of Exchange and International Promissory Notes. Further investigation of Violation of the Securities and Exchange Commission Act of 1933 and 1934 the RICO allegation/ criminal elements.

## Judicial Notice of How a Claim of Relief Can be Granted

The Secured Party, Charlette Sneed/ Non-Joint tenant gives Judicial Notice to the United States District Court that relief can only be granted under his bond/ UCC-1 Financing Statement/ Article III Court Proceeding under the rules of the Common Law, all rights reserved, waiver none ever to an Article II Maritime Court proceeding. Further relief can be granted? A) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933. B) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code.



EXHIBIT C

PAGE 51

Case 3:07-cv-007 LAB-AJB Document 1 Filed 04/2 2007 Page 16 of 25

**C) Under the Settlement agreement and the stipulations between the parties, Charlette Sneed/ Non-Joint tenant and the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE.**

In further Judicial Notice, the plaintiff/ Secured Party, Charlette Sneed/ Non-Joint tenant, spokesperson for the none debtor Corporation, CHARLETTE SNEED, honor any and all arguments and anticipate dishonor of the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE, and its attorneys, to continue to **Dishonor/ harassment of the Secured Party by threatening of non-judicial foreclosure in state court, by interference of a third party/ silent partner or newly appointed trustee**, after secured party notice of rescission/termination of the former trustee and demand according to the Secured Party's mortgage insurance Company policy to pay off the balance, which was also refused pursuant to the United States insurance Policy, which is House Joint Resolution-192.

## Conclusion

The Secured Party, Charlette Sneed/ Non-Joint tenant, **honors** and further anticipates that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and

GMAC/SILVERSTATE Dishonor by invasion of administrative settlement agreement between the parties, by **political arguments and debates on Points and Authority contrary to the principles of the National Banking Association Act of 1863** in a spurious attempt to cover up the RICO and unclean hands, request an order for dismissal due to plaintiff's failure to post bond or state how a claim of relief can be granted, when the affirmative fact shows the Acceptance for value by the Secured Party, see exhibit of bond, a.k.a. financial statement/ transmit of utilities and adjustment of account has been taken care of under Public Policy HJR-192/ Emergency Bankruptcy Act of 1933, which the plaintiff gives Judicial Notice of the settlement agreement and stipulations and this is how a claim of relief can be granted under my bond/ Financing Statement Registered with the Secretary of State and all of the mentioned in the above.

**Prayer**

1) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE **Honor** the terms and conditions of the settlement agreement between the parties to Stay of all dishonor/ non-judicial foreclosure proceeding, stay of harassment of the defendant and its silent partner.

2) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ

SERVICING, COUNTRYWIDE HOME LOANS, and GMAC MORTGAGE / (SILVERSTATE) honor the terms and conditions of the settlement agreement between the parties request for three times the above and the amount of the Bill of Exchange Pursuant to the International Protocol of United Nations, which will be presented at trial.

3) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC MORTGAGE / (SILVERSTATE) **Honor** the terms and conditions of the settlement agreement between the parties, the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE cease and desist all commercial **dishonor/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out. CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE **Dishonored** by silence Charlette Sneed's Request to have a professional accountant to check the credit and debit of the account Request that this court accept my bond UCC-1 financial statement by the Secretary of State and give further Judicial Notice of Full Acceptance of the Defendant's Dishonor and accept it for value and exchange in behalf of her exemption and further release the property to her before the end of business hours, which will conclude any and all commercial transaction, which includes but is not limited to the Defense's spurious claims of defective service to authorized

agent/ other political arguments and debates that are contrary to Regulation Z of the Truth-in-Lending-Act/ the Security Exchange Commission of 1933 and 1934/ House Joint Resolution-192, which is the United States Insurance Policy.

This also includes in the acceptance and merit evidence that a claim of relief has been mentioned according to HJR-192 Public Policy and the Bankruptcy Reform Act of 1978/ Uniform Commercial Code.

4) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE honor the terms and conditions of the settlement agreement between the parties Special Request that this controversy is governed only according to the rule of the Common Law Article III proceeding, waiver of Rights none ever to special Maritime Territory and Jurisdictional proceeding of legislative none ever, unless signed by a notary public...

5) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE honor the terms and conditions of the settlement agreement between the parties and further **relief can only be granted by Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for**

**rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

6) Request to the Court that the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE **Honor** the terms and conditions of the settlement agreement between the parties to have the President and Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE before they hire any attorney dishonor/ protest Charlette Sneed's **Honor Draft** (Quiet Title Lis Penden) that they first swear under their full commercial liability under the penalty of perjury and a signed jurat or record a full Reconveyance on the Deed of Trust in the County Recorder and do

7) **Judicial Notice of Request for a well informed Grand Jury review, who understands the rules of the Common Law in an Article III Court proceeding only. By the Plaintiff, Charlette Sneed, being a Foreign African National she makes reservation under the Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights, International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes. If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling**

**in Yamamoto v. Bank of New York, 329 F3d 1167 (9[TH] Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days) (see further reference: Am Jur 2d 81).**

whatever the District Court of the United States Article III Court deem to be just and proper.

**Verification**

The Secured Party, Charlette Sneed/ Non-Joint tenant, declares and attests that he has **Honored** all of the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE notice/ letter of dishonor of the $150,000.00 to over $500,000.00. In further dishonor by **Invasion of International Protocol of United Nations International Bill of Exchange Pursuant to the International Protocol of United Nations**/ by the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE refusal to sign under their full commercial liability under the penalty of perjury and give disclosure pursuant to the Truth in Lending

Case 3:07-cv-00729-LAB-AJB Document 1 Filed 04/20/2007 Page 22 of 25

Act/ Regulation Z by signed jurat before a notary public that all loans are lawful money and are backed by gold and silver and the plaintiff, Charlette Sneed/ Non-Joint tenant qualifies under the House Joint Resolution-192, the United States insurance policy, (and according to Charlette Sneed's home insurance policy) to have the public debt discharged. Any mention that judicial notice of relief can only be granted under Public Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and the President/ Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE dishonoring the administrative settlement agreement between the parties by non judicial foreclosure/ counter claims/ motion for dismissal shall be viewed as a breach of agreement between the parties, and shall also be viewed as true and correct.

Henceforth Submitted

Charlette Sneed

Secured Party, Charlette Sneed/
Non-Joint tenant, spokesperson for
the unincorporated corporation/
vessel, (CHARLETTE SNEED)



EXHIBIT C
PAGE 58

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLETTE SNEED,<br>Plaintiff,<br>vs.<br>CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE, GMAC/SILVERSTATE,<br>Defendants. | CASE NO. 07CV0729-LAB (AJB)<br>**ORDER OF DISMISSAL** |

On April 20, 2007, Plaintiff filed her complaint against all Defendants. On May 11, summonses were issued as to all Defendants.

On July 24, Defendant Chase Home Finance filed a motion to dismiss and motion for a more definite statement. Plaintiff did not oppose these motions, nor did she respond to Defendant Chase Home Finance's reply noting that she had not responded. The Court may therefore grant Defendant Chase Home Finance's motion as unopposed. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995); Civil Local Rule 7.1(f)(3)(c).

No proofs of service were ever filed; however, in addition to Defendant Chase Home Finance, Defendants First Federal Bank of California and Countrywide Home Loans, Inc. appeared and all claims against them have been dismissed. The two remaining Defendants, HomEq Servicing and GMAC/Silverstate, have not appeared. Pursuant to Fed. R. Civ. P.



EXHIBIT D
PAGE 59

4(l), proof of service must be provided to the Court. Pursuant to Fed. R. Civ. P. 4(m), service of the summons and complaint must be made no later than 120 days after the filing of the complaint. Noting that this time period had already passed, the Court ordered Plaintiff to file proofs of service on the remaining Defendants (HomEq Servicing and GMAC/Silverstate) no later than 14 calendar days from the date the order to show cause was entered. If Plaintiff wished to show good cause for failure to serve within the time limit, she was directed to do so by filing a memorandum of points and authorities, to be filed within the same time limit.

Plaintiff has not shown cause as ordered, nor has she attempted to do so, nor has she sought relief from the Court's order. The last activity by Plaintiff in this case was an attempt to file an amended complaint, which was rejected by the Court by discrepancy order on August 1, 2007.

Defendant Chase Home Finance's motion to dismiss is therefore **GRANTED**. All claims against Defendants HomEq Servicing and GMAC/Silverstate are likewise **DISMISSED**. Because all claims against all Defendants have been dismissed without prejudice, this action is therefore **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED: September 7, 2007

Larry A. Burns

HONORABLE LARRY ALAN BURNS
United States District Judge



EXHIBIT D

PAGE 60

Catherine Pope
1224 Weaver St.
San Diego, CA 92114

FILED
07 MAY 22 PM 2:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE POPE,<br>Plaintiff,<br>vs.<br>COUNTRYWIDE HOME LOANS,<br>EMC MORTGAGE CORPORATION,<br>INDYMAC BANK,<br>PACIFIC MONARCH RESORT, INC.,<br>FIRST FEDERAL BANK,<br>GE MONEYBANK, and<br>HOUSEHOLD BANK<br>Defendant | Case No.: '07 CV 925 JM (AJB)<br>**Complaint to Action of Quiet Title/ Lis Penden**<br>**1) Violation of Regulation Z of the Truth in Lending Act, pursuant to Title 5 U.S.C. section 1635(a) and Title 12 CFR 226.23 (d)(i).**<br>**2) Violation/ invastion of Title 15, Chapter 41, subchapter I, part D, 1666a thru (e)**<br>**3) First National Bank of Montgomery vs. Jerome Daily/ Am Jur 2d 81**<br>**4) Security Exchange Act of 1933/ National Bank Act of 1863** |

"Here comes Catherine Pope, bringing this complaint/ Action to Quiet Title/ Lis Penden. This controversy is over Four Hundred Thousand Dollars and it also involves real properties; located at 1) **5950 Barbosa Drive 8, North Las Vegas, NV 89031** with associated loan no. **121809640** and **121810000-4** from COUNTRYWIDE HOME LOANS , 2) **5774-5776 Midwick St., San Diego, CA 92139** with associated loan no. **114683126** and **114683190** from COUNTRYWIDE HOME LOANS, 3) **5945 Palmilla St., Las Vegas, NV** with associated loan no. **122113997** and **121819793** from COUNTRYWIDE HOME LOANS, 4) **3705 TIGER RIDGE LN, NORTH LAS VEGAS, NV 89084** with associated loan no. **14543201** and **1006700916** from EMC MORTGAGE CORPORATION, 5) **Timeshare Act. 15100499** with associated loan no. **15100499** from PACIFIC



EXHIBIT E
PAGE 61

MONARCH RESORT, 6) **1224 WEAVER STREET, SAN DIEGO, CA 92114** with associated loan no. **49803128** from **FIRST FEDERAL BANK,** and 7) 4774 Wabash, San Diego, CA 92105.

**Jurisdiction of the Court**

The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; Judicial power of the United States shall be vested in the Supreme Court by the Constitution for the United States of America. The Amendments 1-10, absolutely, and without qualification petition relief upon the Constitution, which has not been abolished and repealed by Congress.

The jurisdiction of this subject matter involves real property, constructive fraud, misinformation, failure to give full disclosure of contract, counterfeiting securities, conspiracy, and violation of Regulation Z of the Truth and Lending Act/ and GAAP/ the Federal Reserve Board Regulation. In further notice of jurisdiction and judicial notice, Catherine Pope, reserves all rights, waiver none ever, displaying of Bonds (Financial Statement) from the Secretary of State. A claim of relief can only be granted under the Bankruptcy Reform Act of 1978 (Bankruptcy Emergency Act), House Joint Resolution-192 Public Policy, and the Uniform Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate of protest of dishonor, and a Reorganization Chapter 11 in the United States Bankruptcy Court (341 Meeting).

Additional jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction over subject matter/ Title 18 is enforcement of criminal elements, and furthermore, the United States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of jurisdiction of Federal Court/ and thus grounds, which governs jurisdiction and remedies under Title 42, 1983 and 1984 is operational under the color of State Law and offices.

**Parties of Interest**

Plaintiff at all times mentioned is Catherine Pope a foreign State National.

Defendant at all times Mentioned as:

1) COUNTRYWIDE HOME LOANS, located at **P. O. Box 10287, Van Nuys, CA 91410-0287, P.O Box 10219, Van Nuys, CA 91410-0219, and P. O. Box 10222, Van Nuys, CA 91410-0222**
2) EMC MORTGAGE CORPORATION located at **P.O. Box 660530, Dallas, TX 75266-0530**
3) INDYMAC BANK located at **P. O. Box 78826, PHOENIX, AZ 85062-8826**
4) PACIFIC MONARCH RESORT, INC. located at **23091 MILL CREEK DRIVE, LAGUNA HILLS, CA 92653-1258**
5) FIRST FEDERAL BANK located at **401 WILSHIRE BLVD, SANTA MONICA, CA 90401**

**Fact**

The affirmative fact is that the grantor, Catherine Pope, has exercised her right pursuant to Title 15, subsection 1666 (a) thru (e), and in good faith, gave notice of error and request for investigation/ full reconveyance of the deed of trust, etc. An agreement was made between the Defendants and the Grantor, Catherine Pope. The Grantor, Catherine Pope has **honored/ tendered in full with good faith funds the said amount of each property listed above** by commercial instrument Nos.3226, 3225, 3233, 3234, 3227, 3228, 3231, 3230, 3229, 3223 to each of the Companies listed above. Catherine Pope was then waiting for the notice of full Reconveyance of the Deed of Trust of said property by the President or Vice President of said lenders. The Grantor, Catherine Pope, **in good faith, honored** and sent, by certified mail, a payment in full of the full amount of the property. The affirmative fact, due to the Dishonor mentioned in the above waiver of rights pursuant to the our settlement agreement and stipulations, that any dishonor/ arguments the grantor can regain his rights and the original Deed of Trust was rescinded in good faith due to the following reasons:

A) the President/ Vice President of said lenders listed in the above, **dishonored/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out (Defendants **Dishonored** by silence, Catherine Pope's Request to have a professional accountant to check the credit and debit of the account.

**B)** Defendants refused to sign under there **full commercial liability under the penalty of perjury by sworn Affidavit/ Jurat** that pursuant to article 1 section 10 of the Constitution for the United States of America, lawful money was loaned out to the Plaintiff Catherine Pope, and the Plaintiff Catherine Pope does not qualify pursuant to the personal belief of the President and Vice President of Defendants who feel that Catherine Pope Doesn't qualify under the United States insurance policy, which is **House Joint Resolution-192 and its responsibility to discharge all public and private debts, pursuant the Emergency Bankruptcy/ Executive order of President Roosevelt in 1933.**

C) The ultimate fact due to the dishonor/ unethical and outrageous business practice of the Defendants listed above, Catherine Pope, in her own stead, gave notice of rescission of the Deed of Trust under the statutes of fraud and also due to breach of agreement/ dishonor of the administrative process, in which Catherine Pope **honored/ regained her power to hire a notary to do a certificate of protest of the dishonor to the Secretary of the Treasury and the Insurance Commissioner and the Comptroller of the Currency**. Due to dishonor/ continued arguments and outrageous and unethical business practices of each Defendant under the color of office and State Law.

The affirmative fact, that I, Catherine Pope, further have reason to believe that the general public and the public at large are in jeopardy due to these unethical business practices and the President and Vice President of each Defendant's willful refusal to give full disclosure pursuant to Regulation Z of the Truth in Lending Act and am expecting Relief under said act. This is the reason I, Catherine Pope honor the defendant's mutual administrative settlement agreement and stipulations to have filed, a Quiet title Lis Penden, under the rules of the common law, to test the Validity and let the Jury make the Determination whether there is a Breach of



EXHIBIT E

PAGE 60

Contract between the Grantor and the Grantee, who is the lawful owner of the property. The Quiet title is also to test the validity to whether there was a breach of agreement or a breach of duty of the Defendants to give full Reconveyance of the property. To Further Test the Validity of whether the President/ Vice President of each Defendant has the right to enforce an acceleration clause that is on the deed of trust, when a payment in full was dishonored by the Defendants, and when there is evidence that the defendants never loaned anything of substance to Catherine Pope and, does each Defendant qualify for the security/ estate to foreclose on the security.

Catherine Pope has reason to believe that the President/ Vice President of each Defendant is in want of Jurisdiction/ acceleration clause after the dishonor the checks, for which each Defendant apologized for any inconvenience in an unsigned cover letter by President/ Vice President. Also due to the affirmative fact that Catherine Pope registered a UCC-1 financing statement with the Secretary of the State and transmitted utilities to the Secretary of the Treasury and notified all parties of his status. Catherine Pope, gave 72 hour notice to all parties of interest, of transmitting utilities (UCC-3) and through means of bill of exchange, "acceptance for value" and notice of rescission, due to failure to give full disclosure, for said amount of Five Hundred Million Dollars and zero cents lawful money, which was sent to the Secretary of the Treasury for adjustment of my prepaid account under Public Policy HJR-192, Emergency Bankruptcy Act of 1978, which was transmitted by the Chief Justice of the Supreme court to Congress, wherefore Catherine Pope Reserves Right by Judicial Notice to all of that which is mentioned in the above of how a claim of relief can be granted. Please take Judicial Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the Judge mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.

The respondent failed to respond within the 20 days as requested or cancel the transaction and return the property back (Rescission and Replevine).

**Security Exchange Act of 1933/ National Bank Act of 1863**

**(Counterfeiting Securities of the United States)**

Catherine Pope declares and is informed that the Named Defendants willfully failed to give full disclosure, according to Regulation Z and the Truth and Lending Act, of check book credit/ credit debit, a.k.a. letter of credit (bill of credit) and they declined to have an independent, certified accountant to review the lawful money that was originally loaned to see if there was clean hands in the above matter.

Catherine Pope further affirms and is informed that the president/ vice president of each named Defendant further declined to sign the affidavit under the penalty of perjury, and also further declined in setting a public conference and invitation of the press/ media in front of the place of business of each Defendant to answer one hundred and fifty questions/ schedule within a specified time, which was also declined by the defendants, who continue to this day to refuse to give full disclosure that check book entries/ debit credit was created, and no lawful money was lent to the Plaintiff. For this reason, Catherine Pope has reason to believe that all of that mentioned in the above qualifies as counterfeiting securities of the United States.

Article 1, section 8, clause 6 in the U.S. Constitution provides that, "the Congress shall have power to provide for the punishment of counterfeiting the securities and current coin of the United States.

Pursuant to Title 28 U.S.C., section 4 of the Commission of Crimes Cognizable by a Court of the United States under Title 18 U.S.C. section 513 to wit 513(a), whoever makes utters or possesses a counterfeited security in a private capacity of a state or a political subdivision thereof, or of an organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten years or both. See also section 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. 2311-15 included evidence of

indebtedness, which, in a broad sense may mean anything that is due or owing, which would include a duty, obligation, or right of action. The negotiable instrument that was deposited in the above mentioned account, qualifies as counterfeited securities.

**Failure to give full disclosure of contract according to the Truth and Lending Act and Regulation Z/ Violation/ invastion of Title 15, Chapter 41, subchapter I, part D, 1666a thru (e)**

Catherine Pope reserves all rights and remedy under the Uniform Commercial Code and the Emergency Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the Chief Justice transmitted to Congress that all courts of the United States are subject to the Bankruptcy Court and the Bankruptcy code is the Supreme Law of the Land. For the affirmative fact that Catherine Pope, pursuant to Public Policy HJR-192, Bill of Exchange for Four Hundred Thousand Dollars and Zero Cents, Catherine Pope transmitted Utilities to the Secretary of State and the Secretary of the Treasury, instructing all parties to make adjustment of account, wherefore the defendant and all parties of interest have currently been served.

**Statement of Cause**

The affirmative fact is that the grantor, Catherine Pope, has exercised her right pursuant to Title 15, subsection 1666 (a) thru (e), and in good faith, gave notice of error and request for investigation/ full reconveyance of the deed of trust, etc. An agreement was made between the Defendants and the Grantor, Catherine Pope. The Grantor, Catherine Pope has **honored/ tendered in full with good faith funds the said amount of each property listed above** by commercial instrument Nos.3226, 3225, 3233, 3234, 3227, 3228, 3231, 3230, 3229, 3223 to each of the Companies listed above. Catherine Pope was then waiting for the notice of full Reconveyance of the Deed of Trust of said property by the President or Vice President of said lenders. The Grantor, Catherine Pope, **in good faith, honored** and sent, by certified mail, a payment in full of the full amount of the property. The affirmative fact, due to the Dishonor

mentioned in the above waiver of rights pursuant to the our settlement agreement and stipulations, that any dishonor/ arguments the grantor can regain his rights and the original Deed of Trust was rescinded in good faith Catherine Pope further attests and is informed of the definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.

Catherine Pope is further informed that it is the responsibility of the lender (creditor) / Defendants, to give full disclosure of contract and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin money, emit bills of credit..." And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.**

The affirmative fact is that the President/ Vice President of, each named Defendant and cohorts, also failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the plaintiff. The defendant further failed to disclose the loan was pre-paid and the plaintiff would be converted into a joint tenant for 30 years. It also was not disclosed to the plaintiff that all monthly payments of Federal Reserve Notes, tender for debt. ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

See **Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.**

Catherine Pope, further has reason to believe this operation under the color of authority by President/ Vice President of each named Defendant is in direct violation of the Constitution for the United States of America, also the U.S. Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and the general public at large. Catherine Pope, in her own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a special grand jury investigation of the RICO allegation/ criminal elements.

**Judicial Notice of How a Claim of Relief Can be Granted**

Catherine Pope gives **Judicial Notice to the United States District Court that relief can only be granted A) Under the Emergency Bankruptcy of 1933/ House Joint Resolution-192, which is the United States Insurance Policy B) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192. C) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code.**

**D) Further Relief can be granted under the Settlement agreement (notice of Acceptance of Contract) and the stipulations between the parties, Catherine Pope and the President/ Vice President of each named Defendant.**

In further Judicial Notice, the plaintiff/, Catherine Pope, honored any and all political arguments (or corporate politics) and anticipates dishonor of the President/ Vice President of each named Defendant and its attorneys, to continue to dishonor/ harassment of Catherine Pope by threatening of non-judicial foreclosure in state court, by silent partner or newly appointed trustee, after Catherine Pope's notice of rescission/termination of the trust/ deed of trust and the former trustee, who under the color of office and state law, due to unethical business practice, refused to give full reconveyance of the deed of trust, nor pursuant to the notice of error/ request for investigation. Defendant's failed to set a remedy and a cure pursuant to Title 15 subsection 1666 (a) thru (e).

## Conclusion

Catherine Pope, **honored** and further anticipates that the President/ Vice President of each named Defendant/ invasion of administrative settlement agreement between the parties, in a spurious attempt to cover up the RICO and unclean hands, request an order for dismissal due to plaintiff's failure to post bond or state how a claim of relief can be granted, when the affirmative fact shows the Acceptance for value by Catherine Pope, see exhibit of bond, a.k.a. financial statement/ transmit of utilities and adjustment of account has been taken care of under Public Policy HJR-192/ Emergency Bankruptcy Act, which the plaintiff gives Judicial Notice of the settlement agreement and stipulations and this is how a claim of relief can be granted and all of the mentioned in the above.

## Prayer

1) I, Catherine Pope, a foreign State National, declare and attest that the only form of relief can be granted through the Article III Court The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; Judicial power of the United



EXHIBIT E
PAGE 70

States shall be vested in the Supreme Court by the Constitution for the United States of America. The Amendments 1-10, absolutely, and without qualification petition relief upon the Constitution, which has not been abolished and repealed by Congress, and further relief under appointment of Article III Court Judges, Special-Choice- of- Law, under International Protocol (Universal Declaration of Human Rights, International Bill of Rights/ United Nations Convention on International Bills of Exchange and International Promissory Notes/ UPU (Universal Postal Union), Criminal Code of Canada (when an institution refuses to surrender its bonds to be abandoned when demanded/ Alien Tort Claim Act against all third party interferences of malfeasant/ esquires practicing without bonds for professional performance issued by the California State commissioner. Further request for the district Court of the United States that the President/ Vice President of each named Defendant to honor the terms and conditions of the settlement agreement between the parties to Stay of all dishonor/ non-judicial foreclosure proceeding, stay of harassment of the defendant and its silent partner.

2) Additional Request to the Court that the President/ Vice President of each named Defendant honor the terms and conditions of the settlement agreement between the parties and further **relief can only be granted by Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

3) Additional Request to the Court that the President/ Vice President of each named Defendant honor the terms and conditions of the settlement agreement between the parties the President/ Vice President of each named Defendant, cease and desist all commercial **dishonor/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out (Each Defendant **Dishonored** by silence, Catherine Pope's Request to have a professional accountant to check the credit and debit of the account Request that this court accept my bond UCC-1 financial statement by the secretary of state as an acceptance merit evidence

that a claim of relief has been mentioned according to HJR-192 Public Policy and the Bankruptcy Emergency Act/ Uniform Commercial Code.

4) Additional Request to the Court that the President/ Vice President of each named Defendant honor the terms and conditions of the settlement agreement between the parties Special Request that this controversy is governed only according to the rule of the Common Law Article III proceeding, waiver of Rights none ever to special Maritime Territory and Jurisdictional proceeding of legislative none ever, unless signed by a notary public.

5) Additional Request to the Court that the President/ Vice President of each named Defendant honor the terms and conditions of the settlement agreement between the parties request for three times the above and the amount of the Bill of Exchange, which will be presented at trial.

6) Additional Request to the Court that the President/ Vice President of each named Defendant honor the terms and conditions of the settlement agreement between the parties to have the President and Vice President of each named Defendant before they hire any attorney dishonor/ protest Catherine Pope's honor draft (Quiet Title Lis Penden) that they first swear under their full commercial liability under the penalty of perjury and sign a jurat or record a full Reconveyance on the Deed of Trust in the County Recorder and do whatever the Dis-trict Court of the United States article III court deem to be just and proper.

**Verification**

I, Catherine Pope, declare and attest that I have honored all of the President/ Vice President of each named Defendant, mentioned in the above, notice/ letter of dishonor. The Defendants have failed to give full disclosure of Contract pursuant to Regulation Z of the Truth in Lending Act/ the Security Exchange Act of 1933, which requires these individuals to post it in place noted in the Federal Register. All named Defendants refused to adjust the Account of Catherine Pope pursuant to Public Policy/ United States Insurance Policy House Joint Resolution

192, and the Emergency Bankruptcy of 1933. Any mention that judicial notice of relief can only be granted under Public Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and the President/ Vice President of each named Defendant dishonoring the administrative settlement agreement between the parties by non judicial foreclosure/ invasion of Title 15, 1666 (a) thru (e), which states that "**If a creditor receives a further written notice from and obligor that and amount is still in dispute within the time allowed for payment under subsection (a) of this section, a creditor may not report to any third party that the amount of the obligor is delinquent because the obligor has failed to pay an amount which he has indicated under section 1666 (a)(2) of this title, unless the creditor also reports that the amount is in dispute and, at the same time, notifies the obligor of the name and address of each party to whom the creditor is reporting information concerning the delinquency.**" shall be viewed as a breach of agreement between the parties shall also be viewed as true and correct. In further dishonor by the President/ Vice President of each named Defendant's refusal to sign under their full commercial liability under the penalty of perjury and give disclosure pursuant to the Truth and Lending Act/ Regulation Z by signed jurat before a notary public that all loans are lawful money and are backed by gold and silver and the plaintiff, Catherine Pope qualifies under the House Joint Resolution-192, the United States insurance policy, (and according to Catherine Pope's home insurance policy) to have the public debt discharged.

Henceforth Submitted

Catherine Pope

Catherine Pope

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

CATHERINE POPE,

Plaintiff,

vs.

COUNTRYWIDE HOME LOANS et al.,

Defendants.

CASE NO. 07CV925 JLS (AJB)

ORDER (1) ACKNOWLEDGING VOLUNTARY DISMISSAL and (2) DENYING MOTIONS AS MOOT

(Doc. Nos. 13, 15, 17, 21, 24, 27)

Presently before the Court is plaintiff's "Judicial Notice of Dismissal."[1] (Doc. No. 27.) Where, as here, the notice of dismissal is filed "before service by the adverse party of an answer or of a motion for summary judgment," dismissal does not require an Order of the Court. Fed. R. Civ. P. 41(a)(1)(ii). Therefore, this action **HAS BEEN DISMISSED WITHOUT PREJUDICE.** The Clerk **SHALL CLOSE** the case. The Court **DENIES AS MOOT** plaintiff's motion for summary judgment (Doc. No. 13) and defendants' motions to dismiss (Doc. Nos. 15, 17, 21, & 24.)

//

//

//

[1] Plaintiff brings her notice pursuant to Federal Rule of Civil Procedure 41(b), which allows a defendant to move for dismissal. Therefore, the Court construes plaintiff's notice as a notice for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED.

DATED: October 3, 2007

Janis L. Sammartino
Honorable Janis L. Sammartino
United States District Judge

Recording Requested by

When Recorded Mail to:
Name: **Benjamin Ashley**
Address: 7107 Broadway Ave
ZIP: Lemon Grove Ca 91945

FILED
07 NOV -6 PM 2: 10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: POZ DEPUTY

'07 CV 2123 BEN (NLS)

Space above this line for Recorder use only

To: United States Attorney
California Attorney General
880 Front St. Rm 6293
San Diego, CA 92101

**CRIMINAL COMPLAINT**
**Affidavit of information**
**Affidavit of Obligation/ Truth**
**"True Bill in Commerce" By the Petitioner, Benjamin Ashley,**
Complaint
Felony, High Crimes and Racketeering Influenced and Corrupt Organization
18 USC (RICO)
Alien Tort Claim Act
A)Violation of Federal Civil Rights Act of 1871 and Title 12, 1983, 1984, 1986 Equal protection and Due process of Law, and Refusal to Make a Arrest on all Parties for Criminal Trespass, etc.

B) Trespassing and Invasion of International Protocols, the Law of the Nations, the Law of Merchants, Human Rights Violations, also of the World Constitution and Treaty of the United Nations, the Universal Declarations of Human Rights, International Bill of Rights, etc.

**Demand for Grand Jury Investigation / Review of Finding**

THIS CRIMINAL COMPLAINT AND AFFIDAVIT OF INFORMATION/ TRUE BILL DOES NOT ARISE FROM THE SUBJECT MATTER OF ANY PREVIOUS DISPUTES IN CLASS ACTION.

**Affidavit of Information/ Affidavit of Obligation (Affidavit of Truth) "True Bill in Commerce" in support of a Criminal Complaint/ Alien Tort Claim Act.**

I, **Benjamin Ashley, Attorney-in- Fact** the Complainant/ Affiant in the instant matter, am reporting, by affidavit of obligation, and am giving (Public Notice of Criminal Trespassing /Violations of International Protocols and the law of the Nations/Law of Merchants/Human Rights Violations, of the

EXHIBIT 6
PAGE 76

General Public at Large are in Jeopardy due to the Unlawful unethical Business Practice , the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates Insolvent Corporation Impersonating International Creditor of Debts of 1930 -33 Reorganization of UNITED STATES BANKRUPTCY as Debt Collector's .) to this office of the United States Attorney, and U.S. Attorney General believed to be the Competent authorities to which knowledge of criminal action should be reported. This "True Bill in Commerce" Affidavit of Obligation is pursuant to 18 United States Code Section 4 (18 USC 4), the Federal Rules of Criminal Procedure, Rule 3, Title 18 (18 USC) Section 4 States:

"Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals, and does not as soon as possible make known, the same to some Judge or other person in civil or Military authority under the United States, shall be fined not more than $500.00 or imprisoned not more than three years, or both."

Federal Rules of Criminal Procedure Rule 3 States:

"The complaint is a written statement of the essential fact constituting the offense charged. It shall be made upon oath, before a magistrate."

In order for a crime to exist, four elements must exist. First there must be a clearly defined crime or criminal action. Second, there must be a victim. Third, that the victim must have been damaged or injured, and fourth, the criminal intent must be established on the part of the accused. Without proof of all four elements, no action can be considered criminal.

In this matter the complainant affiant is the victim, the Commercial Affidavit set the complained issues and this criminal complaint defines the crimes, verifies the actual damages, and the intent was established by proof that the accused the President and Vice President of First Federal Bank and its Partnership/silent Partner Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust, Trustee for Insolvent New Century Mortgage Company/

**PARTIES OF INTEREST**

Petitioner at all times mentioned is **Benjamin Ashley Attorney-in-Fact**.

Respondent at all times mentioned is 1) the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates, 2) Los Angeles Police Department

**STATEMENT OF FACTS**

I Benjamin Ashley Declare and Attest this Controversy, of above Insolvent Mortgage Company Call New Century Mortgage, who no longer in Business or in a Reorganizations due to Outrageous and Unethical Business Practice of Impersonating and International Creditors , Pretending to Give a Loan to the General Public at Large ,and Refusal to Give Full Disclosure that Pursuant to Regulation Z and the Truth and Lending Act, all Mortgage is Not a Loan Only a Common Law Lien on Said Property, and also failure to Inform Pursuant to the National Bank Act of 1863 All Banks and Mortgage Company are Prohibits of Lending any Money, also not to mention Article 1 Section 10 of the Constitution for the united States of America which Prohibit , one from Emit Bill of Credit in the 50 Republic States, and only Gold & Silver is the Form of Legal Tender of Debts, under the Color of Office without the Grantor Consent the Insolvent Mortgage sold the loan to First Federal Bank , and the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust is Acting Trustee and Asset Back Pass Through Certificates and Fraudulent Loans of the General Public at Large. In Good Faith Mrs. Sneed wash her hand by Grant Deed Said Property Located at : 2402 Inglewood Ca 90303 and Surrender to Key to Logical Mortgage Banker, and Mrs. Sneed later filed for Bankruptcy / Quiet Title Action an she Move out of state, on or around Oct 24, 2007 am

Mrs. Patricia Murray and Associated Mrs. Lisa Fisher Attorney at Law ,come with the Municipal Police Sergeants Fernandez , I show the Grant Deed and etc. the office mention it's a civil Matter and he is prohibit of getting involved, the next day at 6pm I step out of the house for a couple of hour only to see that under the color of office and state law the lock has been change the second time without my permission and the Respondent mention in the above has Criminal Trespass, and on that follow sat 27,2007 the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates had some Mover and Municipal Police officer A Mayorgu ,appear and Refused to Arrest the Mover , after the Mover acknowledge that I was calling the Sheriff Department and A Citizenship will be made , despite of Municipal Police officer Mayorgu Refusal to do his Job, the Worker all Fled the Locations and the Representatives of the Realtors Rob Buchan and Mortgage never appear at the Scene, and I Benjamin Ashley Has Reason to believe that as long as these Outrageous and Unethical Behavior of Persons who are Party of the Municipal Police Department, Acting Sheriff for the Republic of California, does not Serve and Protect the General Public, Rather act as a Spokespersons for the Mortgage Company , by Political Argument and Debates of Moot Points, who First Second Position of Title Recorded in the County Recorder, does not exempt one from Criminal Trespass and Violation of the Law.

Domestic Mixed War- a mixed war is one which is made on one side of public authority, and the other by mere private Insolvents Corporation Impersonating as International Creditor(the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates) and ( (Black's Law Dictionary 5th Ed. Page 1420). War does not exist merely because of an armed attack by Military forces of another nation until it is a condition recognized or accepted by political authority of Government, which is attacked either through an actual declaration of war or other acts demonstrating such, criminally under Title 18, Section 4, civilly under Title 42, Section 1983, 1985, 1986, position emphasis added: (Suaser V. Sun Life Assure Co. Of Canada, D.C. 57 F Supp. 620, 621)

Mixed war is the disintegration of peace: Webster's states: "A State of hostility, conflict, or antagonism, a struggle between opposing forces," not necessarily open, violent, armed confrontations, although a continued state of disrupted peace by any forced lead to open armed conflict.

Non Bonded agent/ the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates did act in the scope of office and in their private capacity are hereby accused of the following crime against, and violation of the rights of the people of this California Republic/ International Communities/ Universal Declaration of Human Rights or obligation are secured, preserved or defined by the Constitution, art.1 sec. 10, clause 1 and also Article 1 section 9 clause 3- Bill of Attainder to prevent such abused by government officials by their oath to support said Constitution; (67 CJS, Officers, Section 46, and Oaths) Sec (15 USC).

Malfeasance A. Mayorgu/ Los Angeles Police Department of office by such wrongful action, by Refusal to Make an Arrest upon all those who Criminal Trespass and these individuals have acted with malfeasance of office in deliberate conspiracy with knowingly and willfully acted under the color of state law and office by Refusal to Arrest All Parties for Criminal Trespass and Change of the Locks on said Property Listed in above Refusal to Call After Sergeant Fernandez and Confirm mention it's a civil Matter and he can't get involve and they the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates are guilty of misconduct in office whether public or private.

Treason-

Treason is defined as the assault against the authority to which one owes allegiance. It is one of three specific crimes named in the United States Constitution. It requires that one commit an act of war against the Constitution or giving aid and comfort to an enemy, such clearly, action by government officer and such private officer who have privileged authority in Commerce by the Constitution, in specific

connection to the above violation. Malfeasance of office along with violating their oath of office and in the related connected activities here in as listed below is nothing short of Treason.

In addition to and along with the above cited crimes, the accuser's acting in concert with such so called government official or impersonation of the Sheriff (A. Mayorgu/ Los Angeles Police Department without professional performance Bonds) Pursuant to the California Government Code Section 110 Define only the Sheriff is Police of California Republic and the Deputize Marshall Complete such acts as listed as follows:

Obstructing enforcement (a) whoever holds, or returns any person to a condition of Restraint with the intent of placing him or returning him to a condition/ violation of civil/ human rights shall be fined under Title or Imprisoned not more than 10 years or both. (b) Whoever obstruct, or in any way interfere with, or prevent the enforcement of this section shall be liable to penalties prescribed in subsection (a) Source (June 25, 1948) ch. 645, 62 Stat. 772 Pub. 1-103-322, Title xxxiii sec 330016 (1) R) Sept. 13 1994 108 stat. 2147. Pub. 104-208 Div. Title 2 Sec 218 (a) Sept. 1996. 100 Stat. 3009 J 73.

Fraud-

Permitting shown and demonstrated acts of fraud and actively participating in a scheming conspiracy of untruths and misrepresentation to deceive those who entrusted themselves in dealing in good faith, while specifically acting in deliberate bad faith and such fraud was shown (Cal. Penal Code sec. 532 18 USC 1001).

Conspiracy-

A confederation of two or more individuals who may not know each other but by their joint effort, commit some unlawful or criminal act.(Black's Law Dictionary). Multiple officials, agents, and other persons named properly noticed by the attached commercial affidavit and the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates who under a color of official right and appearance and



EXHIBIT 9

PAGE 81

color of law, continued to perform such acts to continue to raise revenue by fraud and extortion, theft of exemption of and the general public at large. (California Racketeering Act 18 USC 1961 et. Seq.)

Racketeering

Is the combination of the above identified crimes. Title 18 United States Codes Section 1961 (RICO) defines it as involving a host of patterned criminal actions that includes but is not limited to an act or threat of murder, kid napping, gambling, arson, and as in the instant case, robbery, bribery, extortion, Fraud, slavery, misrepresentation, etc..

The explanation of crimes above stem from other hidden crimes being forced upon the general public at large/ the People of this California Republic and the International Communities. Such Crimes and this Affidavit of Information, is registered in the overall context of the Bankruptcy of the United States the, District of Columbia) as per Jurisdiction set for In the U.S. Constitution Article 1, section 8, clause 17, and 18 and Article 4, Section 3, clause 2) the United States Bankruptcy is a direct result of the Federal Reserve act of Dec. 22, 1913, in which the delegated authority of Congress to be Responsible for the Nation's currency was unconstitutional and was clearly reiterated on march 17, 1993 on the floor of the House of Representatives by James Traficant, Jr. (Ohio) addressing the House, it is recorded in the United States Congressional Record, Wednesday, March 17, 1993, vol. 33 page HI303:

"Mr. Speaker, we are here now in chapter 11, member of congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history. The U.S. Government," he further mentioned, "the U.S. attorney general the "permanent member" to the Secretariat of the Interpol operation and the Secretary of the Treasury , the "alternate permanent member" under article 30 of the constitution , and regulation of Interpol 22 USC 263 (a), the agents are required to renounce their allegiance to their respective countries and expatriate consequently, all "public servant" official, Congressmen, politician, Judges, attorney, law enforcement personnel, the states and their various agencies are express agents of the foreign principal. Private Municipal Corporation in behalf of the United States

A) A Federal Corporation title 28 U.S.C. Section 300(5) chapter 176 mentions in the United States is a Corporation 534 federal supplement 724.

This RICO enterprise should be subject to 28 USC sec 4 of the commission of crimes cognizable by a court of the United States. Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a counterfeited security of a State or political subdivision thereof or of an organization, or whoever makes, utters, or possesses a forged security of a state or political subdivision thereof, or organization with intent to deceive another person, organization, or government shall be fined not more than $250,000 or imprisoned not more than ten (10) years or both." Among securities defined at 18 USC sec 2311 is included: "evidence" of indebtedness, which in a broad sense may mean anything that is due and owing, which would include a duty, obligation , or right of action.

**Waiver of Contractual Right**

The failure of either party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that Party's right agreement. **The Benjamin Ashley Acting. Attorney –in –Fact/** Private Attorney General, shall not be deemed to have waived right under this agreement unless such waiver is given in writing and signed by the Petitioner. No delay or omission on the part of the Petitioner in exercising a right shall operate as waiver of such right or any other right. A waiver by the Petitioner of a provision of this agreement shall not prejudice or constitute a waiver of the Secured Party's right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by Benjamin Ashley nor any course of dealing between Benjamin Ashley , and the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates and Associates A. Mayorgu/ Los Angeles Police Department shall constitute a waiver of the Secured Party's rights or of Debtor obligations under this agreement as to future Transactions, whenever the consent of is required under this

Agreement, the granting of such consent by the Petitioner in one instance shall not constitute consent over the whole.

UCC 3-103 fraud, misrepresentation, duress, Estoppel, Bankruptcy, principal and agent law of contract.

UCC 3-103. Duty to act in good faith Requires honesty not dishonest/ reasonable Commercial Standard of fair Dealing.

UCC 403. Filing Public Record or upon Acceptance by Filing offer.

UCC 1-201 (11) offer/ consideration/ Acceptance

UCC 1-105 Territorial, Application of the act, practice, Power to choose, Application Law, choose law, conflict of Law.

**Payment of One Billion Dollars, U.S. $1,000,000,000.00**

| Nature of Crime | Damage Penalty | Authority of Damage |
|---|---|---|
| Fraud | $10,000.00 | $ 18USC 1001 |
| 3 counts theft of exemption | $5,000.00 | $ 18 USC 872 |
| from count 3 (felony) (18USC 2112) no | $250,000.00 | $18USC 3571, 3623 |
| Conspiracy | $10,000.00 | $18USC, 241 |
| Racketeering (Criminal) | $25,000.00 | $18USC, 1963 |
| Grand theft Larceny | $250,000.00 per day | $18 USC 872 |

See attachment: Bill of Exchange upon default

Subtotal amount, see attachment (A)



EXHIBIT 6

PAGE 84

Racketeering (Civil Value) Whatever the actual damages are, that can be proven, multiplied by 3, triple the damages.

$10,000.00 x 3 = $ 18 USC, 1964

| | |
|---|---|
| 100 Constitutional Violations | |
| (150 Human Rights violation) | $100,000,000.00 |
| from count 21 | $ see attachment |
| partial table total | |
| Racketeering civil penalties | $ upon default, see exhibit of Bill of Exchange for said amount of One Billion Dollars. |

I, Benjamin Ashley, Declared and Attest / affirm that the above Information mentioned in this Affidavit of Truth, True Bill" is correct to the best of my knowledge and belief. P.S. within 30 days Can you please give me your legal Authority, if you choose not to prosecute, Nor Qualified for a Grand Jury Investigation of Operations under the Color of Law and why each member doesn't fall in the realm of Investigation or Review by a Grand Juries of Criminal Elements, and if evidence of Crime, criminal prosecution for violations mentioned in the above.

Henceforth Submitted

Benjamin Ashley

Benjamin Ashley Attorney-in -Fact

# UNITED STATES DISTRICT COURT
# SOUTHERN JUDICIAL DISTRICT

## DECLARATION OF SERVICE

I am over the age of 18 and I hereby attest and confirm that I personally served an Authorized Agent of
**USD COURT**
**at their place of business known as 880 FRONT ST , San Diego, CA 92101, and that I served the following documents:**

**CRIMINAL COMPLAINT;Benjamin Ashley.**

**To Proof of Service, I do hereby declare to be true and correct to the best of my knowledge and ability that I have served the party(s) named hereon with a true copy of the document within.**

**This 6TH Day Of November 2007**

______________________ **Signature of Person Serving**

EXHIBIT G
PAGE 86

STEVEN N. RICHMAN, State Bar No. 101267
CHRISTOPHER NELSON, State Bar No. 242859
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone: (310) 785-0885
Facsimile: (310) 785-0787
E-Mail: *srichman@erlaw.com*
*cnelson@erlaw.com*

Attorneys for First Federal Bank of California

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN ASHLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRST FEDERAL BANK OF CALIFORNIA, DEUTSCHE NATIONAL TRUST AND ASSOC,<br><br>Defendants. | CASE NO. 07 CV 2123<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT FIRST FEDERAL BANK OF CALIFORNIA:**<br>**(1) TO DISMISS ALL CAUSES OF ACTION AGAINST FIRST FEDERAL BANK OF CALIFORNIA [F.R.C.P. (8) & 12(b)(6)];**<br>**OR, IN THE ALTERNATIVE,**<br>**(2) FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]**<br><br>Date: January 7, 2007<br>Time: 10:30 a.m.<br>Crtrm.: 3<br>Judge: Hon. Roger T. Benitez<br><br>Complaint Filed: November 6, 2007 |

EXHIBIT H
PAGE 87

**TO PLAINTIFF BENJAMIN ASHLEY AND ALL OTHER INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN THAT on January 7, 2008, or as soon thereafter as the matter may be heard in Courtroom 3 of the United States District Court for the Southern District of California, located at the Edward J. Schwartz Courthouse, 940 Front Street, San Diego, California, defendant First Federal Bank of California ( "First Federal") will, and hereby does, move the Court to dismiss Plaintiff's entire Complaint as to First Federal.[1] This motion is made pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Complaint does not nor does it contain a short and plain statement of the claim showing that Plaintiff Benjamin Ashley ("Ashley") is entitled to relief.

NOTICE IS FURTHER GIVEN THAT, in the alternative, should the Court decide not to dismiss the Complaint as to First Federal at this time, First Federal requests that the Court order Plaintiff Ashley to provide a more definite statement regarding the basis of his claims against First Federal. This alternative Motion is made pursuant to Rule 12(e) of the Federal Rules of Civil Procedure on the grounds that the Complaint is so vague and ambiguous that First Federal cannot reasonably be required to frame a responsive pleading.

///

///

---

[1] First Federal brings this Motion on its own behalf because the Complaint is ambiguous as to the identities of the parties named, and First Federal believes that the Plaintiff is suing it as an entity. However, First Federal respectfully requests the Court to consider this Motion to have been brought on behalf of First Federal and any of its officers the Court considers properly named in the Complaint.

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

This Motion shall be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and the Request for Judicial Notice filed concurrently herewith, Plaintiff's Complaint, any other pleadings or documents of which the Court may take judicial notice and the oral argument, if any, permitted by the Court.

EPPORT, RICHMAN & ROBBINS, LLP

By: ______________________________
CHRISTOPHER NELSON
Attorneys for First Federal Bank of California

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

STEVEN N. RICHMAN, State Bar No. 101267
CHRISTOPHER NELSON, State Bar No. 242859
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone: (310) 785-0885
Facsimile: (310) 785-0787
E-Mail: *srichman@erlaw.com*
*cnelson@erlaw.com*

Attorneys for First Federal Bank of California

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 · FACSIMILE (310) 785-0787

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

BENJAMIN ASHLEY, an individual,

Plaintiff,

v.

FIRST FEDERAL BANK OF CALIFORNIA, DEUTSCHE NATIONAL TRUST AND ASSOC,

Defendants.

CASE NO. 07 CV 2123

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DEFENDANT FIRST FEDERAL BANK OF CALIFORNIA:**
**(1) TO DISMISS ALL CAUSES OF ACTION AGAINST FIRST FEDERAL BANK OF CALIFORNIA [F.R.C.P. (8) & 12(b)(6)];**
**OR, IN THE ALTERNATIVE,**
**(2) FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]**

Date: January 7, 2007
Time: 10:30 a.m.
Crtrm.: 3
Judge: Hon. Roger T. Benitez

Complaint Filed: November 6, 2007

## TABLE OF CONTENTS


Page

MEMORANDUM OF POINTS AND AUTHORITIES .......... 1

I. INTRODUCTION .......... 1

(a) The Complaint does not state a single coherent claim, and fails to give First Federal proper notice of the claims against it. Fed. Rul. Civ. Proc. 8. .......... 2

(b) None of the claims against First Federal are claims upon which relief can possibly be granted. Fed. Rule. Civ. Proc. 12(b)(6). It is impossible for the Court to grant relief to Ashley based on any of his spurious claims as a matter of law. .......... 2

(c) As a matter of law, Ashley lacks standing to sue on claims based on criminal statutes and international treaties. .......... 2

(d) Also as a matter of law, Ashley cannot state a claim against First Federal as he never was in privity with First Federal, and the foreclosure sale of First Federal legally eliminated all junior interests. .......... 2

In the alternative, should the Court not dismiss this case, First Federal requests that the Court require Ashley to make a more definite statement. Fed. Rule. Civ. Proc. 12(e). .......... 2

II. FACTUAL HISTORY .......... 2

A. Facts of the Case .......... 2

B. Similar Cases in the Southern District .......... 3

C. Ashley's Claims .......... 4

III. STANDARD OF REVIEW .......... 5

A. Federal Rule of Civil Procedure 8. .......... 5

B. Federal Rule of Civil Procedure 12(b)(6) .......... 5

C. Federal Rule of Civil Procedure 12(e) .......... 6

IV. ASHLEY'S CLAIMS ARE NOT COGNIZABLE LEGAL CLAIMS .......... 6

V. ASHLEY LACKS STANDING AND CANNOT POSSIBLY ALLEGE THE REQUISITE FACTS TO ESTABLISH ANY OF THE ELEMENTS OF THE CLAIMS HE HAS ASSERTED AGAINST


EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

FIRST FEDERAL .......... 8

A. First Federal Cannot Have Committed a Trespass of Any Kind Against Ashley .......... 8

B. Ashley Has Failed to Plead Any Facts or Law Which Support His RICO and RICO Conspiracy Claims .......... 8

C. Ashley Has Failed to Allege the Existence of Any Contract Between Himself and First Federal, and Therefore First Federal Cannot Have Committed the Contractual Violations Alleged in the Complaint .......... 10

D. Ashley Has No Right to Bring the Criminal Code Violations Alleged in the Complaint .......... 11

E. Ashley Has Not Alleged Any Human Rights or Constitutional Violations Against First Federal .......... 11

VI. IF THE COURT DOES NOT DISMISS THE COMPLAINT AS TO FIRST FEDERAL, ASHLEY SHOULD BE ORDERED TO PROVIDE A MORE DEFINITE STATEMENT .......... 12

VII. CONCLUSION .......... 12

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

EXHIBIT H
PAGE 92

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

## TABLE OF AUTHORITIES

Page

### CASES

Alan Neuman Productions, Inc. v. Alrbright, 862 F.2d 1388 (9th Cir. 1988) ............8
Bureerong v. Uvawas, 922 F.Supp. 1450 (C.D. Cal. 1996) ............6
Corcoran v. Yorty, 347 F.2d 222 (9th Cir. 1965) ............5
Delta Educ., Inc. v. Langlois, 719 F.Supp. 42 (D.N.H. 1989) ............6
Federal Rule of Civil Procedure 8 ............2, 5
Federal Sav. and Loan Ins. Corp. v. Musacchio, 695 F.Supp. 1053 (N.D. Cal. 1988) ............6
Girard v. Ball (1981) 125 Cal.App.3d 772 ............8
Gompper v. VISX, Inc., 298 F.3d 893 (9th Cir. 2002) ............5
Jones v. Community Redevelopment Agency of City of Los Angeles, 733 F.2d 646 (9th Cir. 1984) ............5
Levine v. Diamanthuset, Inc., 950 F.2d 1478 (9th Cir. 1991) ............5
Moore v. United States, 193 F.R.D. 647 (N.D. Cal. 2000) ............7, 8, 11
Ove v. Gwinn, 264 F.3d 817 (9th Cir. 2001) ............5
Robertson v. Dean Witter Reynolds, Inc., 749 F.2d 530 (9th Cir. 1984) ............5
Schreiber Distributing Co. v. Serv-Well Furniture Co, Inc., 806 F.2d 1393 (9th Cir. 1986) ............9
Sprewell v. Golden State Warriors, 266 F.3d 979 (9th Cir. 2001) ............6

### STATUTES

18 U.S.C. § 1001 ............11
18 U.S.C. § 1963 ............11
18 U.S.C. § 241 ............11
18 U.S.C. § 3571 ............11
18 U.S.C. § 872 ............11

Federal Rule of Civil Procedure 26 .......... 12
Federal Rule of Civil Procedure 8(a)(2) .......... 5
Federal Rule of Civil Procedure 8(e)(1) .......... 5
UCC § 1-102 .......... 10
UCC § 1-105 .......... 10
UCC § 1-201 .......... 10
UCC § 3-102(a) .......... 10
UCC § 3-103 .......... 10
UCC § 403 .......... 10
UCC § 4-102 .......... 10

**CONSTITUTIONAL PROVISIONS**

Federal Rule of Civil Procedure 9(b) .......... 8
United States Constitution, Article I, § 3 .......... 7
United States Constitution, Article I, § 8 .......... 7

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

The so-called "Criminal Complaint" of Plaintiff Benjamin Ashley ("Ashley") against Defendant First Federal Bank of California ("First Federal")[1] is one in a series of frivolous lawsuits filed with respect to the real property more commonly known as 2402 Cullivan Street, Inglewood, California (the "Property"). The Complaint seems to borrow its disjointed reasoning, form and language from an ever-growing group of lawsuits brought by *pro se* litigants against California lenders.

As referenced in the Complaint, the Property once belonged to Charlotte Sneed (the "Mrs. Sneed" referred to in the Complaint), who took out a refinance loan from First Federal using the Property as collateral. Ms. Sneed defaulted on her loan, and First Federal subsequently took title to the Property at the foreclosure sale. Ms. Sneed even filed a complaint against First Federal in federal court, which has been dismissed. See Sneed v. Chase Home Finance LLC, et al., Case No. 07 CV 729, Complaint attached as Exhibit "A" to Request for Judicial Notice ("RJN").

The Complaint is incomprehensible. The facts alleged by Ashley are rambling and incoherent. The claims are unsupported by the "facts," and many of them simply do not exist as a matter of law. Further, Ashley does not even clearly identify the parties against whom he is bringing this Complaint.

First Federal seeks the dismissal of this Complaint with prejudice on the

---

[1] First Federal brings this Motion on its own behalf because the Complaint is ambiguous as to the identities of the parties named, and First Federal believes that the Plaintiff is suing it as an entity. However, First Federal respectfully requests the Court to consider this Motion to have been brought on behalf of First Federal and any of its officers the Court considers properly named in the Complaint.

EXHIBIT H
PAGE 95

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

following grounds:

(a) The Complaint does not state a single coherent claim, and fails to give First Federal proper notice of the claims against it. Fed. Rul. Civ. Proc. 8.

(b) None of the claims against First Federal are claims upon which relief can possibly be granted. Fed. Rule. Civ. Proc. 12(b)(6). It is impossible for the Court to grant relief to Ashley based on any of his spurious claims as a matter of law.

(c) As a matter of law, Ashley lacks standing to sue on claims based on criminal statutes and international treaties.

(d) Also as a matter of law, Ashley cannot state a claim against First Federal as he never was in privity with First Federal, and the foreclosure sale of First Federal legally eliminated all junior interests.

In the alternative, should the Court not dismiss this case, First Federal requests that the Court require Ashley to make a more definite statement. Fed. Rule. Civ. Proc. 12(e).

## II.

## FACTUAL HISTORY

A. Facts of the Case

On or about November 17, 2006, Ms. Sneed borrowed $370,000.00 from First Federal, using the Property as collateral for the loan. Ms. Sneed never made a single payment on the loan, and instead claimed that the loan with First Federal was void *ab initio* because First Federal did not lend her "real money" but instead provided only credit. See Exhibit "A" to RJN. First Federal foreclosed upon the Property and at the foreclosure sale, First Federal acquired lawful title to the Property. See Trustee's Deed Upon Sale, Los Angeles County Recorder Doc. No. 20071391349,

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

Exhibit "B" to RJN.

Ashley does not own the Property. In fact, Ashley has never owned the Property. The Complaint never explains what, if any, relationship Ashley has with the Property. Further, the Complaint fails to allege any facts which show that First Federal has any relationship with Ashley or could have damaged Ashley. The only facts Ashley alleges are that Ms. Sneed owned the Property, parties other than First Federal (which also allegedly include the Sheriff of Los Angeles County) were shown a "Grant Deed," and that the locks to the Property (which has never belonged to him) were changed twice "without his permission." None of these facts implicate First Federal in any sort of wrongdoing; in fact, First Federal is not alleged to have taken any action at all with respect to these allegations. First Federal owns the Property and is therefore entitled to its possession. As a matter of law, a foreclosure sale extinguishes all junior interests, including possessory interests. Conversely, Ashley failed to allege that he possessed any interest in the Property.

B. Similar Cases in the Southern District

Ashley's Complaint bears all the hallmarks of a recent wave of substantially similar frivolous complaints which have been brought against lenders by *pro se* litigants. See Sneed, supra, Exhibit "A" to RJN. First Federal first became aware of this pattern after Ms. Sneed filed her complaint. Multiple plaintiffs have filed substantially similar complaints in the Southern District of California, each of them relying on similarly invalid points of law, and each using almost identically indecipherable jargon. See Pope v. Countrywide Home Loans, et al., 07 CV 925, Complaint attached as Exhibit "C" to RJN; and Belle v. Chase Home Finance LLC et al., 06 CV 2454, Complaint attached as Exhibit "D" to RJN.

In each of these complaints, including the present Complaint, the plaintiffs allege securities counterfeiting, cite international treaties (including the Treaty of the United Nations, the Universal Declarations of Human Rights, and the International

Bill of Rights,), and seek the enforcement of criminal code provisions against lenders. Likewise, these complaints are all virtually incomprehensible. All of them have been dismissed.

These cases were dismissed due to the deficiencies in these complaints. See Order Dismissing First Federal from Sneed, Exhibit "E" to RJN; Order Dismissing Pope, Exhibit "F" to RJN; and Order Dismissing Belle, Exhibit "G" to RJN. While First Federal recognizes that this Court is not bound by these decisions, it respectfully requests the Court to consider their persuasive authority given the similarity of these cases. Ashley's Complaint is similarly flawed, but unlike these complaints, Ashley is not even a borrower. In fact, Ashley has never owned the Property.

C. Ashley's Claims

Ashley's claims are conclusory, and do not work with the facts he has alleged to support his legal theories. Ashley, as a private citizen, has no standing to bring many of his claims against First Federal, such as "domestic mixed war," treason, malfeasance and non-bonded agent. Further, most (if not all) of these claims are not cognizable as a matter of law. Other claims Ashley brings against First Federal, such as criminal trespass, Racketeer Influenced and Corrupt Organizations ("RICO") violations, and his many various contractual claims are not claims which Ashley can possibly support: First Federal owns the Property, and cannot trespass upon it. Ashley has failed to allege the existence of an enterprise or even an unlawful purpose, much less specific facts to support these claims, and therefore his RICO claim is unjustified. Ashley has failed to allege the existence of any contract between himself and First Federal, and has also failed to allege any facts showing that a waiver of any contractual right has occurred, or that any violation of the multiple UCC sections he cites has occurred in any instance.

EXHIBIT A

PAGE 98

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

## III.

## STANDARD OF REVIEW

A. Federal Rule of Civil Procedure 8

A complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." FED. R. CIV. P. 8(a)(2). The Rule also requires that each claim be "simple, concise, and direct." FED. R. CIV. P. 8(e)(1). These rules ensure that a complaint gives fair notice to defendants and states the elements of the claim plainly and succinctly. Jones v. Community Redevelopment Agency of City of Los Angeles, 733 F.2d 646, 649 (9th Cir. 1984). A complaint fails to give fair notice when it is "so verbose, confused and redundant that its true substance, if any, is well disguised." Corcoran v. Yorty, 347 F.2d 222, 223 (9th Cir. 1965).

B. Federal Rule of Civil Procedure 12(b)(6)

A Complaint is appropriately dismissed when it "appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Levine v. Diamanthuset, Inc., 950 F.2d 1478, 1482 (9th Cir. 1991). A complaint may be dismissed as a matter of law for two reasons: (1) lack of a cognizable legal theory, or (2) insufficient facts under a cognizable theory. Robertson v. Dean Witter Reynolds, Inc., 749 F.2d 530, 534 (9th Cir. 1984). In reviewing a motion to dismiss pursuant to Rule 12(b)(6), the court must assume the truth of all factual allegations and must construe them in the light most favorable to the nonmoving party. Gompper v. VISX, Inc., 298 F.3d 893, 895 (9th Cir. 2002). However, conclusory legal allegations and unwarranted inferences are insufficient to defeat a motion to dismiss. Ove v. Gwinn, 264 F.3d 817, 821 (9th Cir. 2001).

A Rule 12(b)(6) motion may take into consideration the exhibits and matters subject to judicial notice, and how they refute conclusory allegations of a complaint:

EXHIBIT H
PAGE 99

The court need not...accept as true allegations that contradict matters properly subject to judicial notice or by exhibit. Nor is the court required to accept as true allegations that are merely conclusory, unwarranted deductions of fact, or unreasonable inferences."
Sprewell v. Golden State Warriors, 266 F.3d 979, 988 (9th Cir. 2001).

C. Federal Rule of Civil Procedure 12(e)

Federal Rule of Civil Procedure 12(e) authorizes a defendant to move for a more definite statement if the complaint "is so vague and ambiguous that a party cannot reasonably be required to frame a responsive pleading[.]" FED. R. CIV. PROC. 12(e). A complaint must provide the defendant with a sufficient basis to frame a responsive pleading. Federal Sav. and Loan Ins. Corp. v. Musacchio, 695 F.Supp. 1053, 1060 (N.D. Cal. 1988). Generally, the court will require a more definite statement when the pleading is "so vague or ambiguous that the opposing party cannot respond, even with a simple denial, in good faith or without prejudice to himself." Delta Educ., Inc. v. Langlois, 719 F.Supp. 42, 50 (D.N.H. 1989); Bureerong v. Uvawas, 922 F.Supp. 1450, 1461 (C.D. Cal. 1996) ("[A] motion for a more definite statement should not be granted unless the defendant literally cannot frame a responsive pleading.").

IV.

ASHLEY'S CLAIMS ARE NOT COGNIZABLE LEGAL CLAIMS

Ashley has made a litany of allegations against First Federal which are unsupported by any act of Congress or pendant common law tort or contract claim recognized in the state of California. Claims which are factually or legally impossible for a *pro se* plaintiff to prove are properly terminated, as "a court may dismiss a *pro se* litigant's complaint without leave to amend if it appears beyond a doubt that the plaintiff can prove no set of facts that would entitle him to relief and

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

this defect cannot be cured by amendment." Moore v. United States, 193 F.R.D. 647, 651 (N.D. Cal. 2000) (emphasis added).

Ashley has alleged that First Federal has committed acts of treason, "domestic mixed war," and malfeasance, and additionally alleged that First Federal acted as a "non-bonded agent." The facts in Ashley's Complaint fail to establish how any of these claims, if true, would affect him. Further, Ashley has failed to identify any act of Congress or other source of law which would give him standing to bring any of these claims in a civil lawsuit.

Treason and is recognized in Article I section 3 of the United States Constitution as an act which can only be committed against the United States. Likewise, only Congress has the power to declare war. U.S. CONST. ART. I, § 8. Ashley has not alleged that Congress has either declared war against First Federal, or given standing to private parties to sue for treason.

Ashley's claim of malfeasance is only supported by his allegation that First Federal has committed "misconduct in office." First Federal cannot possibly hold any public office, as it is a federal bank, and Ashley has not even alleged which private office First Federal holds, much less how its actions in office have legally damaged him. Ashley claims that First Federal has somehow committed an act against the people of California, "International Communities," and "Universal Declaration of Human Rights" by acting as a "non-bonded agent," or what this even means. Ashley has failed to allege how he has standing to claim that he has been personally damaged by First Federal's actions as a "non-bonded agent." Further, Ashley has failed to establish how First Federal's actions as a non-bonded agent give rise to any claim recognized under common law or Congressional act.

None of these claims could ever be brought as a cognizable legal claim by an individual. It is impossible for Ashley to replead these claims in a manner that could entitle him to relief. Therefore, these claims should be dismissed pursuant to Rule 12(b)(6).

EXHIBIT H
PAGE 101

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

V.

## ASHLEY LACKS STANDING AND CANNOT POSSIBLY ALLEGE THE REQUISITE FACTS TO ESTABLISH ANY OF THE ELEMENTS OF THE CLAIMS HE HAS ASSERTED AGAINST FIRST FEDERAL

### A. First Federal Cannot Have Committed a Trespass of Any Kind Against Ashley

Ashley has alleged, without any factual foundation, that First Federal has committed some sort of trespass. A trespass is the unlawful interference with another's possession of property. Girard v. Ball (1981) 125 Cal.App.3d 772, 788.

First Federal is the rightful title holder to the Property. See Deed, Exhibit "C" to RJN. The Property is the only property mentioned in the Complaint. As such, it is impossible for Ashley to successfully plead trespass, as First Federal cannot trespass upon land that it owns. Ashley has not even alleged that he has any right to possession of the Property. Ashley has no possible hope of reviving this claim against First Federal and therefore this claim should be dismissed with prejudice. See Moore, supra.

### B. Ashley Has Failed to Plead Any Facts or Law Which Support His RICO and RICO Conspiracy Claims

Ashley has failed to allege any facts exist which could possibly sustain his RICO conspiracy claim against First Federal. Rather, he has alleged that First Federal and others have raised revenue by fraud and extortion, and "theft of exemption and the general public at large." He further claims that First Federal has counterfeited securities under a RICO enterprise.

As a preliminary matter, civil RICO is a form of fraud and any claim of a RICO violation must be plead with particularity. FED. RUL. CIV. PROC. 9(b); Alan Neuman Productions, Inc. v. Alrbright, 862 F.2d 1388, 1392 (9th Cir. 1988). Ashley has not claimed that First Federal has engaged in a pattern of unlawful

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

activity or a collection of unlawful debt. 18 U.S.C. § 1962(b). Likewise, he has not complied with the more specific pleading formalities of RICO, which require that Ashley "must state the time, place, and specific content of the false representations as well as the identities of the parties to the litigation." Schreiber Distributing Co. v. Serv-Well Furniture Co. Inc., 806 F.2d 1393, 1401 (9th Cir. 1986).

Ashley has additionally alleged, without any specificity, that First Federal has counterfeited securities. Ashley fails to explain what security he believes First Federal counterfeited or how that alleged counterfeiting damaged him. Nor does Ashley allege any facts regarding when or where the alleged counterfeiting occurred. Moreover, the code sections to which Ashley has cited are only applicable as criminal penalties. See Complaint at 8,citing to Title 18 of the U.S. Code. Nowhere in the Complaint does Ashley identify the act of Congress that vests him with a private right of civil action to pursue a counterfeiting claim.

Ashley has made no specific statements of fact to show exactly how First Federal has violated RICO. His RICO claims are conclusory, and assume that First Federal has violated and conspired to violate the substantive provisions of RICO without alleging any facts to support this proposition. The only allegation he makes in support of RICO violations is the criminal counterfeiting of securities, an act for which he has no standing to sue. He has cited no law in support of his claim that First Federal has violated RICO. His RICO allegations are bare legal conclusions and are wholly without merit. Therefore, his RICO and RICO conspiracy claims should be dismissed pursuant to Rule 12(b)(6).

EXHIBIT H
PAGE 103

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

C. Ashley Has Failed to Allege the Existence of Any Contract Between Himself and First Federal, and Therefore First Federal Cannot Have Committed the Contractual Violations Alleged in the Complaint

Ashley has alleged that First Federal has committed several various contractual violations, including the waiver of contractual right, and various UCC provisions. Yet Ashley has failed to allege that he and First Federal have a contractual relationship, nor has he attached any contract evidencing this relationship.

Unsurprisingly, Ashley cites no facts to support his claim that First Federal has waived a contractual right. In fact, the language in this claim appears to be a boilerplate non-waiver of contractual right clause which would appear in a contract. The language of this provision would militate against First Federal having waived any contractual rights it would have against Ashley, stating that "[t]he failure of either party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that Party's right [sic] agreement." See Complaint, p. 8. Ashley has admitted in this section of the Complaint that it is impossible for First Federal to have waived any contractual right, foreclosing the possibility that he may replead this claim with any hope of success. Therefore, this claim should be dismissed with prejudice.

The Complaint also refers to several Uniform Commercial Code ("UCC") provisions which Ashley believes First Federal has violated. These provisions include UCC 3-103, 403, 1-201, and 1-105. However, Ashley has not alleged at any point in the Complaint that any contract existed between himself and First Federal. Moreover, he has not alleged any facts at all in support of these alleged UCC violations. Further, the UCC is restricted to commercial transactions, and does not affect real property. UCC 1-102, 3-102(a), and 4-102. Therefore, these claims should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

D. Ashley Has No Right to Bring the Criminal Code Violations Alleged in the Complaint

At the end of his Complaint, Ashley demands payment of one billion dollars for various "crimes" First Federal has committed against him, in addition to an unidentified human rights violation. See Complaint, p. 9. As he has done throughout the Complaint, Ashley has omitted any facts in support of this claim.

In support of his rights under the various criminal claims he has brought against First Federal, Ashley cites exclusively to provisions of Title 18 of the United States Code, which provides for criminal penalties. See Complaint, p. 9 (citing to 18 U.S.C. §§ 241, 872, 1001, 1963, 3571, and 3623). None of these provisions provide a civil right of recovery to claimants. Since these claims cannot possibly provide relief to Ashley, his claims against First Federal should be dismissed under Federal Rule of Civil Procedure 12(b)(6). See Moore, supra.

E. Ashley Has Not Alleged Any Human Rights or Constitutional Violations Against First Federal

In addition to his demands under criminal law, Ashley alleges that First Federal and others have subjected him to "100 Constitutional Violations (150 Human Rights Violation)," totaling $100 million in damages. See Complaint, p. 10. Ashley alleges these violations for the first time at the end of his Complaint, and offers no facts in support of these hopelessly vague allegations. These allegations are conclusory in their entirety, and cannot form a basis for relief. As such, these claims should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

EXHIBIT H
PAGE 105

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

## VI.

## IF THE COURT DOES NOT DISMISS THE COMPLAINT AS TO FIRST FEDERAL, ASHLEY SHOULD BE ORDERED TO PROVIDE A MORE DEFINITE STATEMENT

Should the Court decide not to dismiss this case, First Federal requests that Ashley be ordered to provide a more definite statement. Federal Rule of Civil Procedure 12(e) authorizes the Court to order a plaintiff to provide a more definite statement if portions of a complaint are so vague and ambiguous that the defendants cannot reasonably frame a responsive pleading.

First Federal will be prejudiced if it is forced to respond to the vague allegations in this Complaint under the disclosure requirements of Federal Rule of Civil Procedure 26. Therefore, if the Complaint is not dismissed, First Federal requests that the Court require Ashley to submit a more definite statement pursuant to Federal Rule of Civil Procedure 12(e).

## VII.

## CONCLUSION

For the foregoing reasons, First Federal respectfully requests that the Court dismiss this action in its entirety with prejudice or, in the alternative, that the Court order Ashley to provide a more definite statement.

EPPORT, RICHMAN & ROBBINS, LLP

By: [signature]
CHRISTOPHER NELSON
Attorneys for First Federal Bank of California

EXHIBIT H
PAGE 106

Recording Requested by
**California Private Attorney General**
When Recorded Mail to:
William Carter
c/o 5778 Midwick ST.
San Diego, California some where near (92139)

07 DEC 13 PM 2:22

'07 CV 2334 WQH WMc

Space above this line for Recorder use only

**CRIMINAL COMPLAINT**
**Alien Tort Claim Act**
**Affidavit of Obligation/ Truth**
**"True Bill in Commerce" By the**
**Petitioner,** William Carter and Catherine Carter aka

Catherine Pope.

**Felony, High Crimes and Racketeering Influenced**

**and Corrupt Organization**

**18 USC (RICO)**

**A)Violation of Regulation Z of the Truth in Lending Act, pursuant to Title 5 U.S.C., section 1635a and Title 12 CFR 226.23(d)(i).**

**B) Yanamoto V. The Bank of New York, 329 f3d 1167, 2003: a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.**

**TO: Hon. Bill Lockyer**
**Attorney General**
**1300 I Street, 17th Floor**
**Sacramento, California 95814**

**C)Violation of The Law of the Ntaions, Federal Civil Rights Act of 1871 and Title 12, 1983, 1984, 1986 Equal protection and Due process of Law, Racial Discrimination Minority Home Owner/ Target For Predatory Loans and further violation of Title 5-556d Government employees displaying of the burden of proof or dismissal of action is the evidence of want of Jurisdiction (18 United States Code 4 Federal Rules of Criminal Procedure, Rule 3. Title 15 1666 a-e Forfeitures of Creditors**

**D) Violation/ Invasion International Protocols , United Nation Conventions on International Bill of Exchange/ Promissory Notes**

EXHIBIT I
PAGE 107

**of the Emergency Bankruptcy of 1933/ House Joint Resolution — 192/ the Bankruptcy Reform Act of 1978**

**E) International Protocol s Universal Declarations of Human Rights /International Bill of Rights , Geneva Convention which Prohibits Crime against Humanities also Treaties of the United States Code 4 Federal Rules of Criminal Procedure, Rule 3.**

**F) Request for a Grand Jury investigation/ indictment.**

**THIS CRIMINAL COMPLAINT AND AFFIDAVIT OF INFORMATION/ TRUE BILL DOES NOT ARISE FROM THE SUBJECT MATTER OF ANY PREVIOUS DISPUTES IN CLASS ACTION / CAVEAT NOTICE JOINDER OF CLAIMS WITH THE NAAACP IN BEHALF OF THE GENERAL PUBLIC AT LARGE FOR DISCRIMNATION OF HOME OWNER WHO ARE MINORITIES THAT WERE TARGETED FOR PREDATORY LOANS, and Related cases no. 07 CV 925 JM (AJB) file No. 07-63613/ U.S Bankruptcy No Affidavit of Information/ True B ill"**

**Affidavit of Information/ Affidavit of Obligation (Affidavit of Truth) "True Bill in Commerce" in support of a Criminal Complaint.**

I, William Carter and Catherine Carter the Complainant/ Affiant in the instant matter, am reporting, by Affidavit of obligation, True Bill / Alien Tort Claim Act in behalf of my Wife and the General Public and am giving ( CAVEAT /Public Notice the General Public at Large are in Jeopardy due to Quiet War Being Declare by Lender who Allege to be International Banker who are Collecting in Bankruptcy of 1933/ and Practice of **Racial Discrimination Minority Home Owner/ Target For Predatory Loans which the National Bank Act of 1863/ Article 1 section 10 , of the Constitution for the united States of America Prohibits Emit of Letter of Credit** ) to this office of the United States Attorney, and believed to be the Competent authorities to which knowledge of criminal action should be reported. This "True Bill in Commerce" Affidavit of Obligation is pursuant to 18 United States Code Section 4 (18 USC 4), the Federal Rules of Criminal Procedure, Rule 3, Title 18 (18 USC) Section 4 States:

"Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals, and does not as soon as possible make known, the same to some Judge or other person in civil or Military authority under the United States, shall be fined not more than $500.00 or imprisoned not more than three years, or both."

Federal Rules of Criminal Procedure Rule 3 States:

"The complaint is a written statement of the essential fact constituting the offense charged. It shall be made upon oath, before a magistrate."

In order for a crime to exist, four elements must exist. First there must be a clearly

defined crime or criminal action. Second, there must be a victim. Third, that the victim must have been damaged or injured, and fourth, the criminal intent must be established on the part of the accused. Without proof of all four elements, no action can be considered criminal.

In this matter the complainant affiant is the victim, the Commercial Affidavit has set forth the complained issues and this criminal complaint defines the crimes, verifies the actual damages, and the intent was established by proof that the accused The CEO of COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58, failed to give full disclosure and CAVEAT NOTICE That they are International Banker and They where given Executive Order Authorities to Emit Letter of Credit and Collection of the Emergency Bankruptcy of 1933/ National Bank Act of 1863 which Prohibit all Financial Institution for Lending Credit as Money / Truth in Lending Act, Regulation Z.

**PARTIES OF INTEREST**

Petitioner at all times mentioned is William Carter and Catherine Carter aka Catherine Pope.

Respondent at all times mentioned is 1) COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58

2) David L Skelton Bankruptcy Trustee, 3) John J. Kralik/ Michael B. Wilson/ Sanford Shatz/ Keenan E. Mc Clenanhan/ Steven N. Richman and Christopher Nelson Allege Attorney At Law 4) Superior Court Chief Clerks C. Selinsky / Presiding Administrative Judicial office/ Commissioners / Levy Officers does 1-45 of Case No 37-2007-00039577-CL-UD-CTL

**Statement of Cause**

William Carter and Catherine Carter aka Catherine Pope., attests and Declared I Currently filed a Quiet Title In the United States District and Joinder of State Court Claim to the Federal Claim Not as a Mean for Delay , I Demand for a Jury Trial in a Article 3 Court Proceeding , only not a Article 2 Court Proceeding , for the 7th Amendment mention only under the rule of the Common Law is the Governing law and Not Maritime Law, we William Carter and Catherine Carter aka Catherine Pope has further Reason to Believe that state Court Chief Clerk of the Court C. Selinsky / Commissioner under color of office and state Law, Knew or should have Known A Quiet Title Judgments / Finding of the Court Must be Submitted in state Court Before a Unlawful Detainer is Issue ,show also the Burden of Proof the United States District Court Granted Authoritization for the Sale due to the Affirmative Fact the Quiet Title was File Before the Notice of Foreclosures ,which also Trustee was given a Final Notice of Rescission/ Termination before the Erroneous Elected sale , we William Carter and Catherine Carter aka Catherine Pope. Acting Private Attorney General further declares not only a . Constitution and Equal Protection and Due Process of Law, and a Conventional Victory for the Respondents who Falsely Declared to be International Creditors, and without a Judgment from the United States District Court to Cover up the Racial Discriminations Target of Minority Home Owner, and the Outrageous and Unethical Business Practice of a Insolvent Financial Institutions / Respondents

Falsely Declaring to be International Banker Collecting on debt of the Bankruptcy of 1933 or a debt / letter of Credit as definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.

California Private Attorney General William Carter and Catherine Carter aka Catherine Pope.

is further informed that it is the responsibility of the lender (creditor) the CEO COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58, to give full disclosure of contract and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; "no state shall enter into any treaty, alliance, or confederation, grant letter of marque and reprisal, coin money, emit bills of credit..." And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.

The Affirmative fact is that the Respondents the CEO COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK ,

BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58 , SELECT PORTFOLIO SERVICE, OCWEN LOAN SERVICE, AND NEW CENTURY MORTGAGE FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE, and cohorts, also failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the plaintiff. The defendant further failed to disclose the loan was pre-paid and the plaintiff would be converted into a joint tenant for 30 years. It also was not disclosed to the plaintiff that all monthly payments of Federal Reserve Notes , tender for debt. ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

See Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.

California Private Attorney General William Carter and Catherine Carter aka Catherine Pope, further has reason to believe this operation under the Color of Authority by COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK,



EXHIBIT I
PAGE 112

PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58, is a direct violation of the Constitution for the United States of America, also the U.S. Federal Constitution, which prohibits Bill of credit, and authenticates securities of the United States and defer payment with the people and the general public at large. The Secured Party, Stephanie Ashley, in her own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a special grand jury investigation of the RICO allegation/ criminal elements.

## STATEMENT OF FACTS

**" True Bill"**

**The Affirmative Fact William Carter and Catherine Carter aka Catherine Pope. gives Caveat Notice of Recuse for Cause David L . Skelton U.S. Bankruptcy Trustee / Termination of His Acting As a Fiduciary Indenture Servant due to Conflict of Interest Under the Color of Officer and state law , Unethical and Outrageous Business Practice and Failure to Properly Aid the General Public at Large who in Jeopardy, due to Malfeasants listed in below Impersonate a International Banker to Collect on the Emergency Bankruptcy of 1933, Title 15 1666 (a) – (e) Fortifiture of Creditors who failure to provide a cure , and US Trustee David L . Skelton Know or should have know , the General Public can not pay off their debts , due to the Rescission of the Gold & Silver Certificate has been Rescinded , U. S. Bankruptcy Trustee David L . Skelton / officer of the Court knew or should have know both Foreign state National and U S. Federal Citizen can Used**



EXHIBIT I
PAGE 113

**House Joint Resolution -192 The United States Insurance Policy to Discharge of the Debts / Transmit of Utilities to the Secretary of the Treasury in behalf of the American Citizen who reside outside of the Extra- Territory of the UNITED STATES/DISRICT OF COLUMBIA, and to aid Insult to Injury David L . Skelton Trustee officer of the Court Also Know or should have Known California state Commissioner never Issue License to Malfeasants** John J. Kralik/ Michael B. Wilson/ Sanford Shatz/ Keenan E. Mc Clenanhan/ Steven N. Richman and Christopher Nelson Allege / Insolvent Attorney At Law (Felons who Refuse to Swear under the Penalty of perjury and Under their Full Commercial Liability/ Hazard Bonds Number and Address, etc. ) Who has No Standing in a Article 3 Court , None Legislative Court Proceeding , and these Malfeasants Attorney should be Subjected to the Alien Tort Claim Act , for legal Malpractice pursuant to the Uniform Bonding Code, and due the Affirmative Fact U.S. Bankruptcy Trustee David L . Skelton Refuse to Work with the NAACP to Bring to Justice the CEO of the Fictitious Corporations who Abandon the Battlefield by Hiding Behind Malfeasant Attorney who can't display the Burden of Proof of Hazard Bond/Standing /License from the California state Commissioner ,these Parties Behind the Fictitious Corporation in a Contempt of Court Proceeding against the People / General public at Large Real Living Being/ Who has been **FOR DISCRIMNATION OF HOME OWNER WHO ARE MINORITIES THAT WERE TARGETED FOR PREDATORY LOANS, ( Domestic Terrorist on the General Public) The Affirmative fact David L . Skelton also knew or should California state Constitution was Repeal in 1879 and Never Ratified and California Constitution Never Delegated Executive Order to the Sheriff / Marshall Superior Court Chief Clerk of the Court , and Presiding Administrative Judge / Commissioner DOES 1-45 Knew or should have Know that Malfeasant Allege Attorney at Law 1) John J. Kralik/ Michael B. Wilson/ Sanford Shatz/ Keenan E. Mc Clenanhan/ Steven N. Richman and Christopher**

**Nelson Allege Attorney At Law Has No Standing to Filed a Unlawful Detainer without First Being Awarded a Quiet Title Judgment in the Federal United States District Court 2# California State Commissioner Never issue a License to Practice Law as a Attorney at Law in behalf of a Fictitious Plaintiff in a Contempt of Court Proceeding against a Real Party, in the state of California , nor in the 50 states ,etc**

I William Carter and Catherine Carter aka Catherine Pope., Lien Claimant an Individual Acting Private Attorney General / foreign state National attests and Declare All CEO/ Defendant's willfully, Knowingly, failure to give full Disclosure of (**Identified themselves as International Banker** )Pursuant to **Freedom of Information Act** the **Right to Challenge The Creditor Give a Caveat Public Actual And Constructive Notice** to come out of Hiding and **Gives Full Disclosure Pursuant to the Freedom of Information Act, What is Public Policy** and how did the CEO OF COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58 **Under What Executive Order How did you become Creditor's aka Known as International Banker,** and Can further Produce Document's, wherefore Personal Debt is Established a loan (deed of Trust/Mortgage) Whereby showing **the foreign State National** William Carter and Catherine Carter aka Catherine Pope. **, Knowingly, willing and Voluntarily Promise to pay any U.S. Corporate Bankruptcy obligation made in the 1930.**

Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights, International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes. If there is any

Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days). Further definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment. The William Carter and Catherine Carter aka Catherine Pope. Foreign State National/ Non- Federal Employee is further informed that it is the responsibility of the lender (creditor) CEO OF COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58 to give full disclosure of contract pursuant to the Freedom of Information Act and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; "**no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin money, emit bills of credit...**" **And it further mentions the only** lawful tender is gold and silver coin, Am Jur 2d 81.

**CAVEAT notice to** : Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was



EXHIBIT I
PAGE 116

standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.

California Private Attorney General William Carter and Catherine Carter aka Catherine Pope,, further has reason to believe this operation under the color of authority by the CEO OF COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58 .is in direct violation of the Constitution for the united States of America, also the International Protocol (United Nations Convention on International Bills of Exchange and International Promissory Notes, and the U.S. Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and the general public at large. The Secured Party, William Carter and Catherine Carter aka Catherine Pope.

/ Non-Joint tenant, in her own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a **special well informed grand jury of the rules of the Common Law/ Article III Court Proceeding/ International Protocol/ treaties of the United Nations Convention on International Bills of Exchange and International Promissory Notes. Further investigation of Violation of the Securities and Exchange Commission Act of 1933 and 1934 the RICO allegation/ criminal elements.**

**CAVEAT Judicial Notice of How a Claim of Relief Can be Granted**

The Secured Party William Carter and Catherine Carter aka Catherine Pope., gives **Judicial Notice to the United States District Court that relief can only be granted under her bond**

**and Article III Court Proceeding under the rules of the Common Law, all rights reserved, waiver none ever to an Article II Maritime Court Extra territory proceeding. Further relief can be granted? A) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i); 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933. B) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192; the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code.**

**C) Under the Settlement agreement and the stipulations between the parties, Stephanie Ashley, and the** CEO OF COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58 **and Third Parties Interference.**

Concerning Loan of Controversy, The Fictitious Corporations Entities Listed in the above as "respondents" failed to give full disclosure according to the Truth in Lending Act, and due to the fact that William Carter and Catherine Carter aka Catherine Pope has registered her UCC 1 with the Secretary of State and transmitted utilities to the Secretary of the Treasury in Washington D.C. and tendered a secondary discharge of the loan with a Bill of Exchange for 1.5 Billion Dollars, the named respondents have been threatening with continuing foreclosure and invading Regulation Z and House Joint Resolution -192 and Emergency Bankruptcy of 1933. The Respondents knew or should have known that President Roosevelt cancelled the Gold and Silver Certificates, meaning there is no lawful means to tender

a debt. The Respondents should have further known, pursuant to HJR-192, that the U.S. and its citizens come under protection of HJR-192, the U.S. insurance policy. Furthermore, under the color of state law and office, and due to unethical business practice and outrageous conduct, these malfeasant corporations listed above refused to sign 1) a proof of claim/ conditional acceptance for value, 2) a notice of fault and opportunity to cure, 3) Certificate of Non-response, and 4) a notice of default. Therefore the Respondents agree that there is no longer any existing debt. On or around March , 2006 payment was made to COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58, and due to William Carter and Catherine Carter aka Catherine Pope exercising their rights to accept the debt for value and exchange her exemption for settlement and closure of the matter/ payment in full, and serve all parties, the three entities decided to go forward with threats of foreclosure of said property. The three respondents went forward also due to the fact that Carter/Pope registered a UCC-1 financing statement with the Secretary of the State and transmitting of utilities to the Secretary of the Treasury and notified all parties of his status. The Secured Party/ California Private Attorney General William Carter and Catherine Carter aka Catherine Pope, spokesperson for the non-debtor corporation William Carter and Catherine Carter aka Catherine Pope., with UCC-1 Financial Statement with the Secretary of State, gave 72 hour notice to all parties of interest, of transmitting utilities (UCC-3) and through means of Bill of Exchange, "acceptance for value" and notice of rescission, due to failure to give full disclosure, for said amount of

$1,000,000,000.00 (ONE BILLION DOLLARS) PER DAY lawful money, which was sent to the Secretary of the Treasury for adjustment of my prepaid account under Public Policy HJR-192, Emergency Bankruptcy Act of 1978, which was transmitted by the Chief Justice of the Supreme court to Congress, wherefore the Secured Party Reserves Right by Judicial Notice to all of that which is mentioned in the above of how a claim of relief can be granted. Please take Judicial Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the Judge mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.

The respondent failed to respond within the 21 days as requested or cancel the transaction and return the property back (Rescission and Replevine). This information is for the California Attorney General and the Attorney General and if they feel that this information is not of any great importance please pass this information on to the United States Attorney for secondary opinion and the ultimate fact that Ashley has a list of over 20 people that wish to file a class action lawsuit against COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58 We, William Carter and Catherine Carter aka Catherine Pope.

California Private Attorney General William Carter and Catherine Carter aka Catherine Pope, have further reason to believe that my equal protection and due process of law was violated by all

malfeasant agents and I have exhausted all administrative and judicial remedies. Any judicial remedies or controversies over 20 dollars should be governed under the rules of the Common Law/ Emergency Bankruptcy of 1933, Bankruptcy Reform Act of 1978, and Title 11 Adversary proceeding. I William Carter and Catherine Carter aka Catherine Pope. Gives Caveat How a Claim of Relief can be Granted under The Law of the Nations: International Protocols Remedies of United Nation Convention on International Bill of Exchange / Promissory Note, and Subjecting All Malfeasants to Alien Tort Claim Act and , submit this in request for a U.S. Grand Jury investigation/ indictment.

Domestic Mixed War- a mixed war is one which is made on one side of public authority, and the other by mere private person, (Black's Law Dictionary 5th Ed. Page 1420). War does not exist merely because of an armed attack by Military forces of another nation until it is a condition recognized or accepted by political authority of Government, which is attacked either through an actual declaration of war or other acts demonstrating such, criminally under Title 18, Section 4, civilly under Title 42, Section 1983, 1985, 1986, position emphasis added: (Suaser V. Sun Life Assure Co. Of Canada, D.C. 57 F Supp. 620, 621)

Mixed war is the disintegration of peace: Webster's states: "A State of hostility, conflict, or antagonism, a struggle between opposing forces," not necessarily open, violent, armed confrontations, although a continued state of disrupted peace by any forced lead to open armed conflict.

Treason-

Treason is defined as the assault against the authority to which one owes allegiance. It is one of three specific crimes named in the United States Constitution. It requires that one commit an act of war against the Constitution or giving aid and comfort to an enemy, such clearly, action by government officer and such private officer who have privileged authority in Commerce by the Constitution, in specific connection to the above violation. Malfeasance of office along with violating their oath of office and in the



EXHIBIT I
PAGE 121

related connected activities here in as listed below is nothing short of Treason.

Fraud-

Permitting shown and demonstrated acts of fraud and actively participating in a scheming conspiracy of untruths and misrepresentation to deceive those who entrusted themselves in dealing in good faith, while specifically acting in deliberate bad faith with such fraud was shown (Cal. Penal Code sec. 532 18 USC 1001).

Conspiracy-

A confederation of two or more individuals who may not know each other but by their joint effort, commit some unlawful or criminal act.(Black's Law Dictionary). Multiple officials, agents, and other persons named properly noticed by the attached commercial affidavit and the COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58) who under a color of official right and appearance and color of law, continued to perform such acts to continue to raise revenue by fraud and extortion, theft of exemption of William Carter and Catherine Carter aka Catherine Pope.

and the general public at large. (California Racketeering Act 18 USC 1961 et. Seq.)

**Racketeering**

Is the combination of the above identified crimes. Title 18 United States Codes Section 1961 (RICO) defines it as involving a host of patterned criminal actions that includes but is not limited to an act

or threat of murder, kid napping, gambling, arson, and as in the instant case, robbery, bribery, extortion, Fraud, slavery, misrepresentation, etc..

The explanation of crimes above stem from other hidden crimes being forced upon the general public at large/ the People of this California Republic and the International Communities. Such Crimes and this Affidavit of Information, is registered in the overall context of the Bankruptcy of the United States the, District of Columbia) as per Jurisdiction set for In the U.S. Constitution Article 1, section 8, clause 17, and 18 and Article 4, Section 3, clause 2) the United States Bankruptcy is a direct result of the Federal Reserve act of Dec. 22, 1913, in which the delegated authority of Congress to be Responsible for the Nation's currency was unconstitutional and was clearly reiterated on march 17, 1993 on the floor of the House of Representatives by James Traficant, Jr. (Ohio) addressing the House, it is recorded in the United States Congressional Record, Wednesday, March 17, 1993, vol. 33 page HI303:

"Mr. Speaker, we are here now in chapter 11, member of congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history. The U.S. Government," he further mentioned, "the U.S. attorney general the "permanent member" to the Secretariat of the Interpol operation and the Secretary of the Treasury , the "alternate permanent member" under article 30 of the constitution , and regulation of Interpol 22 USC 263 (a), the agents are required to renounce their allegiance to their respective countries and expatriate consequently, all "public servant" official, Congressmen, politician, Judges, attorney, law enforcement personnel, the states and their various agencies are express agents of the foreign principal. Private Municipal Corporation in behalf of the United States

A) A Federal Corporation title 28 U.S.C. Section 300(5) chapter 176 mentions in the United States is a Corporation 534 federal supplement 724.

This RICO enterprise should be subject to 28 USC sec 4 of the commission of crimes cognizable by a court of the United States. Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a counterfeited security of a State or political subdivision thereof or of an organization, or whoever makes,



EXHIBIT I
PAGE 123

utters, or possesses a forged security of a state or political subdivision thereof, or organization with intent to deceive another person, organization, or government shall be fined not more than $250,000 or imprisoned not more than ten (10) years or both." Among securities defined at 18 USC sec 2311 is included: "evidence" of indebtedness, which in a broad sense may mean anything that is due and owing, which would include a duty, obligation , or right of action.

**Waiver of Contractual Right**

The failure of either party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that Party's right agreement. The William Carter and Catherine Carter aka Catherine Pope., shall not be deemed to have waived right under this agreement unless such waiver is given in writing and signed by the Petitioner. No delay or omission on the part of the Petitioner in exercising a right shall operate as waiver of such right or any other right. A waiver by the Petitioner of a provision of this agreement shall not prejudice or constitute a waiver of the Secured Party's right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by William Carter and Catherine Carter aka Catherine Pope. nor any course of dealing between William Carter and Catherine Carter aka Catherine Pope., and the Debtor COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58, shall constitute a waiver of the Secured Party's rights or of Debtor obligations under this agreement as to future Transactions, whenever the consent of is required under this Agreement, the granting of such consent by the Petitioner in

one instance shall not constitute consent over the whole.

UCC 3-103 fraud, misrepresentation, duress, Estoppel, Bankruptcy, principal and agent law of contract.

UCC 3-103. Duty to act in good faith Requires honesty not dishonest/ reasonable Commercial Standard of fair Dealing.

UCC 403. Filing Public Record or upon Acceptance by Filing offer.

UCC 1-201 (11) offer/ consideration/ Acceptance

UCC 1-105 Territorial, Application of the act, practice, Power to choose, Application Law, choose law, conflict of Law.

**Payment of one Billion dollars lawful money per day, U.S. $1,000,000,000.00**

| Nature of Crime | Damage Penalty | Authority of Damage |
|---|---|---|
| Fraud | $10,000.00 | $ 18USC 1001 |
| 13 counts theft of exemption | $5,000.00 | $ 18 USC 872 |
| from count 13 (felony) (18USC 2112) no | $250,000.00 | $18USC 3571, 3623 |
| Conspiracy | $10,000.00 | $18USC, 241 |
| Racketeering (Criminal) | $25,000.00 | $18USC, 1963 |
| Grand theft Larceny | $250,000.00 per day | $18 USC 872 |

See attachment: Bill of Exchange upon default

Subtotal amount, see attachment (A)

Racketeering (Civil Value) Whatever the actual damages are, that can be proven, multiplied by 3, triple the damages.

$10,000.00 x 3 = $ 18 USC, 1964

| | |
|---|---|
| 100 Constitutional Violations | |
| (Human Rights violation) | $1,000,000,000.00 |
| from count 6 | $ see attachment |
| partial table total | |
| Racketeering civil penalties | $ upon default, see exhibit of Bill of Exchange for said amount of One Billion Dollar. |

## Verification

We, William Carter and Catherine Carter aka Catherine Pope, Attest and Affirm that the above information mentioned in this affidavit of truth is True and correct to the best of my knowledge and belief. of the Respondents Outrageous Unethical Behavior in Business Practice who Falsely Declared to be International Creditors, and without a Judgment from the United States District Court to Cover up the Racial Discriminations Target of Minority Home Owner, and the Outrageous and Unethical Business Practice of a Insolvent Financial Institutions / Respondents Falsely Declaring to be International Banker Collecting on debt of the Bankruptcy of 1933 **and further CAVEAT Notice of Request of the California Attorney General or the United States Attorney General to Set and Schedule within 30 day and Grand Juries Investigation within 30 days of filing of this Information's/ Alien Tort Claim Act, A Special Grand Juries Investigation , Criminal Compliant on state court judge/ Commissioner** / David L Skelton Bankruptcy Trustee, 3) John J. Kralik/ Michael B. Wilson/ Sanford Shatz/ Keenan E. Mc Clenanhan/ Steven N. Richman and Christopher Nelson Allege Attorney At Law 4) Superior Court Chief Clerks C. Selinsky /



EXHIBIT I
PAGE 126

Presiding Administrative Judicial office/ AND SUPERIOR COURT CHIEF CLERK OF THE COURT, **wherefore the Subpoena of 1)** THE CEO COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58 After Become Liable for the face Amount of the Instrument , see Section No:**2145 of the Bank Officer Handbook** , Uniform Commercial Code, United Nation Convention on International Bill of Exchange and International Promissory Note , See Section for Commercials & Protest By Notary Public of Insolvents Banks / Financial Corporations **Shall be subject to Alien Tort Claim Act FOR DISCRIMNATION OF HOME OWNER WHO ARE MINORITIES THAT WERE TARGETED FOR PREDATORY LOANS, ( Quiet War and Domestic Terrorist on the General Public) also the California state Commissioner never Issue License to Malfeasants** John J. Kralik/ Michael B. Wilson/ Sanford Shatz/ Keenan E. Mc Clenanhan/ Steven N. Richman and Christopher Nelson Allege / Insolvent Attorney At Law **(Felons** who **Refuse to Swear under the Penalty of perjury and Under their Full Commercial Liability/ Hazard Bonds Number** and Address

Henceforth Submitted

Dated: 12-12-07

William H, Carter

Private Attorney General



EXHIBIT I

PAGE 127

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 800, Los Angeles, California 90067-2512.

On January 3, 2008, I served true copies of the following document(s) described as **NOTICE OF RELATED CASES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Epport, Richman & Robbins, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 3, 2008, at Los Angeles, California.

Darice Pequignot

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

**SERVICE LIST**
**WILLIAM CARTER v. COUNTRYWIDE HOME LOANS, et al.**
**Case No. 07-CV-02334-WQH (WMC)**

| | |
|---|---|
| William Carter<br>5778 Midwick Street<br>San Diego, California 93065 | In Pro Se |
| Attorney General<br>State of California<br>Office of the Attorney General<br>110 West A Street, Suite 1100<br>San Diego, California 92101-5266 | Attorney for Defendant<br>Superior Court Chief Clerk C. Sclinsky |

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787